UNITED STATES DISTRICT COURT                                        FA6117
EASTERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| Annie TUMMINO, *et al.*, | ) | |
| Plaintiffs, | ) | |
| *v.* | ) | No. 05-CV-366 (ERK/VVP) |
| | ) | |
| Lester M. CRAWFORD, as Commissioner of | ) | (Korman, C.J.) |
| the Food and Drug Administration, | ) | (Pohorelsky, M.J.) |
| Defendant. | ) | |
| | ) | |

## <u>NOTICE OF MOTION</u>

PLEASE TAKE NOTICE that, on a date and at a time to be set by the Court, or as soon thereafter as counsel can be heard, in the Courtroom of the Honorable Edward R. Korman, Chief United States District Judge for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, NY 11201, defendant Lester M. Crawford, Commissioner of the United States Food and Drug Administration, will move this Honorable Court for an order granting him judgment on the pleadings and dismissing the amended complaint with prejudice.  In support of the instant motion, the government respectfully relies on the Memorandum of Law which is filed herewith, and the annexed exhibits, copies of which have been electronically served on counsel for the plaintiffs in accordance with the certificate of service.  Pursuant to Local Civil Rule 6.1(b)(2), any answering memoranda shall be served within ten business days after service of these moving papers.

Dated:   Brooklyn, New York
       September 16, 2005

ROSLYNN R. MAUSKOPF
United States Attorney
Eastern District of New York
One Pierrepont Plaza, 14th Floor
Brooklyn, NY 11201-2776

By:   /s/ {FILED ELECTRONICALLY}
     F. FRANKLIN AMANAT  (FA6117)
     Assistant United States Attorney
     Eastern District of New York
     (718) 254-6024

## CERTIFICATE OF SERVICE

I, F. Franklin Amanat, hereby certify under penalties of perjury that on this 16th day of September, 2005, I did cause true and correct copies of the above and foregoing instruments, Notice of Defendant's Motion for Judgment on the Pleadings, together with a Memorandum of Law in Support Thereof and certain exhibits annexed thereto, to be served by electronic mail on the following persons:

Simon Heller, Esq.
Nan E. Strauss, Esq.
Center for Reproductive Rights
120 Wall Street, 14th Floor
New York, NY 10005
sheller@reprorights.org
nstrauss@reprorights.org

Shelbi D. Day, Esq.
Andrea Costello, Esq.
Southern Legal Counsel
1229 N.W. 12th Avenue
Gainesville, FL 32601
shelbi.day@southernlegal.org
andrea.costello@southernlegal.org

By:      /s/ {FILED ELECTRONICALLY}
         F. FRANKLIN AMANAT  (FA6117)
         Assistant United States Attorney
         Eastern District of New York
         (718) 254-6024