# Exhibit 1

Case 1:05-cv-00366-ERK-VVP    Document 48-2    Filed 10/17/05    Page 1 of 30 PageID #: 575

Office Director Memorandum
Office of Drug Evaluation V
Office of New Drugs
Center for Drug Evaluation and Research


Subject :   NDA 21-045, Plan B (levonorgestrel) proposing Rx to OTC switch
Applicant: Barr Laboratories/Women's Capital Corporation
Date:        January 21, 2004

Purpose: This memorandum provides for concurrence with the reviews of Dr.
Rosebraugh and Dr. Leonard Segal and non concurrence with the recommended
regulatory action by Dr. Chen. This is not a summary but serves to articulate my
regulatory review concerns.

Regulatory History and Background
Over the Counter (OTC) availability of contraception is a well established and long
standing regulatory category of products. Monographs promulgated pursuant to the
provisions of 21CFR 330.5 provide for a category of "Contraceptive Products". The
Advisory Panel Report (published  45 FR 82014, December 12, 1980) on OTC
Contraceptives and Other Vaginal Drug Products (the Panel) placed nonoxynol 9 in
category I (safe and effective).

The panel noted strong consumer interest in labeling communicating product
effectiveness and clearly supported contraceptives as an appropriate category of product
for widespread availability. There were no concerns cited in the report as to use by
teenagers.

In addition, the current edition of the Code of Federal Regulations, 21 CFR 310.545(28),
lists OTC vaginal contraceptive drug products approved as of October 22, 1998. These
include dodecaethylene glycol monolaurate (polyethylene glycol 600 monolaurate),
Laureth 10S, methoxypolyoxyethyleneglycol 550 laurate, phenylmercuric acetate,
phenylmercuric nitrate, and approved as of  November 5, 2002, octoxynol 9.  These
additional regulatory examples are cited as evidence of a consistent and unquestioned
record of regulatory precedent of contraception as an appropriate and established OTC
product category.

Emergency Contraception Regulatory History
Based on extensive medical literature, on February 25, 1997, FDA announced in a
Federal Register (FR) notice that certain combined oral contraceptives are safe and
effective for emergency contraception and requested the submission of NDAs for this
use. Of relevance to the concerns of this memo, this FR notice by the agency did address
any need for data specific to use in teenagers. The agency has subsequently approved
New Drug Applications (NDAs) for Preven and for Plan B in 1998 and 1999,
respectively.

A citizen's petition requesting Rx to OTC switch of emergency contraception products was submitted to the Agency by the Center for Reproductive Law and Policy on February 14, 2001. The agency has not issued a final response to this petition.

NDA 21-045 for Plan B, is the first NDA submitted for an oral contraceptive product for the indication of emergency contraception for OTC marketing.

Overview of Submission
NDA 21-045, Plan B, Rx to OTC switch NDA application
Emergency contraception is defined as a method of pregnancy prevention to be started within 72 hours after a contraceptive failure or unprotected intercourse. Plan B (levonorgestrel) was approved in 1999 for this indication as an Rx product. For the purposes of this submission for the switch to OTC marketing, there are no outstanding efficacy concerns given that the proposed dose is the same as that approved for the prescription product. The labeling comprehension and actual use studies submitted have been extensively reviewed by FDA reviewers in the OTC and Reproductive Drugs divisions as well as in a public advisory committee in December 2003.

Regarding safety, the NDA database, ODS review, medical literature, as well as data from foreign marketing evidence a high level of safety for use of this product and that the product has an acceptable risk to benefit for its proposed OTC use.

Discussion
Concern has been raised by Dr. Chen of the following:

1. That the contraceptive behavior evaluation in the Plan B Actual Use Study is insufficient to assess whether OTC accessibility of Plan B may be associated with the risky (or unsafe) sexual behaviors over the long-term, particularly in the teenage population.

2. The behavior study literature does not provide strong evidence to address the inadequacy of the actual use study in assessment of risky sexual behaviors in the target OTC populations.

3. Some behavior studies in literature suggest that the advance provision of emergency contraception tends to prompt unsafe sexual behaviors in study populations.

The issues cited spuriously raise the review standard for approval of this product and indeed any contraceptive product. The issues are speculative and unbalanced in their proposition for the following reasons. The totality of data submitted has demonstrated an acceptable level of benefit to risk. There is no basis on which to assume that young women of child bearing potential would suddenly become promiscuous because of this product. Indeed, the data submitted evidenced a decrease in sexual activity short term. Conversely, there is also no basis on which to assume that minimizing available

contraceptive options will lead to a decrease in sexual activity by young women of child bearing potential.

The reviewer does not define what the risky sexual behaviors of concern are. Does the reviewer take into account that high risk sexual behavior could include sexual intercourse without recourse for pregnancy prevention? In this instance, the lack of emergency contraception as an option could conceivably be viewed as increasing the risk of high risk sexual activity.

The reviewer, particularly given the focus on teenagers, also does not take into account the following: the societal benefit based on the reduction of abortions and unwanted pregnancies as well as the societal cost of the higher morbidity associated with pregnancy at a young age to both the mother and the fetus, or more broadly, the costs to society due to parents who are not prepared for the responsibilities of child rearing.

I am unable to identify evidence in the medical literature to support the assertion that the availability of contraception directly increases high risk sexual behavior. It is however well documented that high risk sexual behavior is largely rooted in a history of child abuse, partner violence and abuse, and societal complexities of poverty and circumstances of inadequate parental involvement. Plan B nor any contraceptive can address these issues but clearly, from a public health perspective, do have a place in minimizing unplanned pregnancies and abortions resulting from these tragic circumstances. Indeed the agency's regulatory mandate is not to regulate behavior or morality but to serve the public by ensuring that safe and effective products are made available for prescriber and patient choice.

With regard to sexually transmitted infections (STIs), again, the logic is flawed and speculative. The reviewer fails to address relevant issues ranging from condom failure to drug resistance. Furthermore, from a public health perspective, there is far graver consequence to a lack of pregnancy prevention options, as evidenced by HIV fetal transmission during pregnancy, than the hypothetical concern proposed by the reviewer.

The reviewer has in effect proposed a new and unusual regulatory standard for contraceptive drug products. Based on this standard, should the agency undertake a call for data requesting that all contraceptive products, OTC and Rx, must demonstrate that use of their product does not increase high risk sexual behavior by teenagers or STIs? How the agency would credibly work with sponsors to develop a Phase 4 study to address these issues in light of privacy concerns, for the individual and legally, defies conceptualization.

As to the findings of the actual use study, it is noted that the actual use data submitted is consistent with prior Agency findings of acceptability for OTC switch determination. Specific to Agency concerns on teenagers, the findings of the study did provide a sufficient representation of subjects in the lower age groups of women of childbearing potential who are sexually active. It is noted that incorrect use was lower among subjects 16 years and younger (13.6%) than in those 17 years and older (26.4%). There was also a

higher percentage of subjects in this age group who changed to a more effective contraception (28.6% vs. 10.5%). Although a difference was found in taking of the protocol specified timing for the second dose (75.9% vs. 93%) there was no evidence that the difference in timing of the second dose adversely impacted efficacy and the reduction of the risk of pregnancy in the study population for this subgroup.

In conclusion, the sponsor has adequately demonstrated that women of reproductive potential across relevant age subgroups can use the product appropriately. The data submitted by the sponsor meets statutory requirements for safe and effective use in an OTC setting. Given that conditions of safe and effective use for this product optimally require ease of availability, there is a compelling rationale that OTC availability is imperative to better ensure proper use of the product.

I am in agreement with the overwhelmingly favorable assessment and the majority votes to agency questions by the Joint Advisory Committee (Reproductive Drug Products and the Non-Prescription Drug Products, December 2003) that adequate data has been submitted to approve Plan B for OTC marketing with product labeling modifications added to address concerns raised at this advisory committee meeting and in the Agency reviews.

This is a representation of an electronic record that was signed electronically and this page is the manifestation of the electronic signature.

/s/

Jonca Bull
1/31/04 01:07:44 PM
MEDICAL OFFICER

# Exhibit 2

Case 1:05-cv-00366-ERK-VVP    Document 48-2    Filed 10/17/05    Page 7 of 30 PageID #: 581

Case 1:05-cv-00366-ERK-VVP    Document 48-2    Filed 10/17/05    Page 8 of 30 PageID #: 582

# FDA Official Quits Over Delay on Plan B

Women's Health Chief Says Commissioner's Decision on Contraceptive Was Political

By Marc Kaufman
Washington Post Staff Writer
Thursday, September 1, 2005; A08

The top Food and Drug Administration official in charge of women's health issues resigned yesterday in protest against the agency's decision to further delay a final ruling on whether the "morning-after pill" should be made more easily accessible.

Advertisement



Susan F. Wood, assistant FDA commissioner for women's health and director of the Office of Women's Health, said she was leaving her position after five years because Commissioner Lester M. Crawford's announcement Friday amounted to unwarranted interference in agency decision-making.

"I can no longer serve as staff when scientific and clinical evidence, fully evaluated and recommended for approval by the professional staff here, has been overruled," she wrote in an e-mail to her staff and FDA colleagues.

Crawford said last week that unresolved regulatory issues made it impossible to approve expanded use of the emergency contraceptive. Wood said the decision was widely seen in the FDA as political.

"Many colleagues have made it known that they are deeply concerned about the direction of the agency," she said in an interview.

Wood also said other FDA officials who are typically involved in important matters were kept in the dark about the contraceptive, called Plan B, until Crawford announced his decision, which she believed was made at higher levels in the administration. Wood said that when she asked a colleague in the commissioner's office when the decision would be made, the answer was, "We're still awaiting a decision from above; it hasn't come down yet."

In a statement, the FDA said Wood's resignation "is unfortunate as we work toward solving the complex policy and regulatory issues related to Plan B. . . . The FDA is committed to protecting and advancing women's health, and under Susan Wood's leadership, the agency has made significant strides."

Before coming to the FDA in 2000 in a civil service position, Wood was the director for policy and program development at the Department of Health and Human Services' Office on Women's Health, where she led the development of policy for the office, and recommended initiatives for the secretary and assistant secretary for health. She has also worked as a research scientist specializing in the biochemistry of smell at Johns Hopkins University.

Her FDA job description was to "be a champion for women's health."

The Plan B issue has become an emotional one both for advocates who believe that the contraceptive will reduce the number of unwanted pregnancies and abortions, and for opponents who believe that it will encourage teenage promiscuity and that, in some cases, its mode of action constitutes abortion.

The FDA and mainstream medical associations say Plan B, which is generally effective in preventing pregnancy if taken within 72 hours of a contraceptive failure or unprotected sex, prevents a pregnancy rather than ends one.

Religious conservatives and some members of Congress say that pregnancy begins with the fertilizing of the egg. They argue that anything that harms the resulting embryo amounts to abortion. Although Plan B generally works by preventing fertilization, researchers believe that in some cases it might keep a fertilized egg from implanting in the uterus.

Wendy Wright, policy director for Concerned Women for America and a critic of easier access to Plan B, welcomed Wood's resignation.

"Thank goodness there is now one less political activist at the FDA who puts radical feminist ideology above women's health," she wrote in a statement. "Now that Susan Wood has some free time on her hands, she can look at the studies from countries that have made the morning-after pill available without a prescription. She'll find it creates a public health hazard, with no decrease in pregnancies, no decrease in abortion, but a substantial increase in sexually transmitted diseases."

Plan B has been available as a prescription-only drug since 1999, and distributor Barr Laboratories Inc. applied in 2003 for permission to sell it over the counter. An FDA expert advisory panel voted 23 to 4 in favor of the switch, which agency staff members believe would significantly cut the number of abortions and unintended pregnancies.

The FDA rejected the application last year, however, saying it did not have enough information about the possible consequences on teenagers younger than 16. At the suggestion of FDA officials, Barr Labs filed a new application that would allow over-the-counter sales for women 17 and older and prescription-only sales for those younger than 17. Crawford said Friday that the proposed division by age poses "unique" regulatory problems that cannot be resolved without a formal rule-making, which could take years.

Crawford also said FDA scientists and executives had concluded that the drug could be safely sold over the counter.

Many supporters of the Plan B application -- including Sens. Hillary Rodham Clinton (D-N.Y.) and Patty Murray (D-Wash.) -- accused Crawford of making a political decision that ignored science and public health. The two senators were especially angry at Crawford's ruling because they had lifted a hold on his pending nomination based on promises, relayed by HHS Secretary Mike Leavitt, that the Plan B issue would be resolved by Sept. 1.

Clinton and Murray have accused the administration of breaking its promise, but Leavitt has disagreed. "The commitment was they would act," he told Reuters on Monday. "Sometimes action isn't always yes and no. Sometimes it requires additional thought."

© 2005 The Washington Post Company

Advertising Links                                                                    What's this?

Save on All Your Calls with Vonage
When looking for local regional and long distance calling, use Vonage to make calls to all
50 states and Canada. Get voicemail, great international rates and more. Sign up today.
www.vonage.com

Refinance Rates Fall Again
Get $150,000 loan for $720 per month. Refinance while rates are low.
www.lowermybills.com

Compare Mortgage Offers
Up to four free mortgage, refinance or home equity offers - one easy form.
www.nextag.com

# Exhibit 3

Case 1:05-cv-00366-ERK-VVP   Document 48-2    Filed 10/17/05   Page 11 of 30 PageID #: 585

88 of 100 DOCUMENTS

Copyright 2005 American Broadcasting Companies, Inc.
ABC News Transcripts

SHOW: NIGHTLINE (11:35 PM ET) - ABC

September 27, 2005 Tuesday

**LENGTH:** 3670 words

**HEADLINE:** NIGHTLINE THE MORNING AFTER

**BODY:**

TED KOPPEL, ABC NEWS

September 27th, 2005. I'm Ted Koppel and this is "Nightline." Tonight, a small pill sets off a big debate.

DOCTOR, MALE

There's no doubt, there's no question about the safety of Plan-B.

DOCTOR DAVID HAGER, FDA ADVISORY PANEL

My concern is for the women and unborn children in this country.

TED KOPPEL

In the battle over emergency contraception, did politics trump science?

DOCTOR

This is an example of political influence that's hijacked the FDA.

TED KOPPEL

At least one FDA official agrees. That's why she quit.

DOCTOR SUSAN WOOD,

FORMER FDA DIRECTOR OF WOMEN'S HEALTH OFFICE

This is contraception. It is not abortion. The only connection it has with abortion is that it can prevent them.

TED KOPPEL.

Tonight, "the morning after," fighting over birth control.

graphics: the morning after

TED KOPPEL

(Off Camera) Perhaps because it's been called the morning-after pill, there's some genuine confusion as to what it does and does not do. So, let's begin by explaining what Plan-B, the other name by which the pill is known, let's begin by explaining what it is not. It is not the same thing at all as RU-486. I can see some of your eyes glazing over already. But a few years back, RU-486, which was developed in Europe and ultimately approved only by prescription here in the United States, was a raging political debate. It was, quite simply, a chemical abortion pill. Plan-B is not. In reality, it works just like a high-test birth control pill. But if taken as soon as possible, within 72 hours after intercourse, it prevents pregnancy by stopping the release of an egg from the ovary, or -and this is the controversial part, by preventing the implantation of a fertilized egg in the uterus. Plan-B has actually been available by prescription since 1999. Controversy arose four years later in 2003, when the drug's distributor tried to get the Food and Drug Administration to approve Plan-B for sale over the counter. A few weeks ago, and the event got lost in the Hurricane Katrina story, back at the end of August, the director of the FDA's office of women's health, resigned over the agency's decision to keep Plan-

NIGHTLINE THE MORNING AFTER ABC News Transcripts September 27, 2005 Tues

B from being sold over the counter. Susan Wood will be giving her first television interview tonight. But first, some more background from ABC News correspondent Lisa Stark.

LISA STARK, ABC NEWS

(Voice Over) In December 2003, two FDA advisory committees met to decide whether Plan-B, the morning-after pill, should be sold without a prescription. The vote was overwhelmingly in favor, 23-4.

LISA STARK

(Voice Over) The pill must be taken within 72 hours after intercourse to be effective. That's why advocates say it's important it be made over the counter, so a woman doesn't have to wait for her doctor to prescribe it.

DOCTOR DAVID HAGER

I am opposed, vote no.

LISA STARK

(Voice Over) Dr. David Hager is one of the four on the advisory panel who voted against Plan-B. An OB/GYN from Kentucky, Dr. Hager describes himself as pro-life.

DOCTOR DAVID HAGER

I did not feel comfortable at the time indicating that I favored over- the-counter sale with no age limitation whatso- ever  A nine, 10-year- old could purchase the medication as easily as a 25-year-old.

LISA STARK

(Voice Over) After the vote, Dr. Hager said he was asked, he won't say by whom, to write a letter to the head of the FDA.

DOCTOR DAVID HAGER

I wrote a letter to the commissioner, just explaining my -my concerns to make sure that those had been conveyed to the commissioner's office.

LISA STARK

(Off Camera) In May 2004, the FDA, in essence, sided with Hager. In a rare move, it rejected the advice of both its panel and senior staff, citing concerns about usage among younger girls. The FDA told the manufacturer, Barr Pharma- ceuticals, to reapply. Barr did that, asking the drug be made available over the counter for females 16 or over. Those younger would still need a doctor's prescription.

LISA STARK

(Voice Over) Five months later, speaking at a Christian college, Dr. Hager took some credit for that.

DOCTOR DAVID HAGER

I argued it from a scientific perspective. And God took that information and he used it through this minority report to influence a decision. You don't have to wave your bible to have an effect as a Christian in the public arena.

WENDY WRIGHT, CONCERNED WOMEN FOR AMERICA

I'm Wendy Wright with Concerned Women for America. And we're very disturbed by Plan-B's promoters empha- sis on access, but not on women's safety.

LISA STARK

(Voice Over) Wendy Wright is with Concerned Women for America. Its mission is to bring "biblical principles into all levels of public policy." Her organization played a lead role in fighting to keep the drug prescription-only.

WENDY WRIGHT

This will end up making particularly minor girls more vulnerable to statutory rapists. A 40-year-old man can go in and buy this drug, give it to a 13-year-old girl in order to cover up and continue his sexual abuse of that girl.

NIGHTLINE THE MORNING AFTER ABC News Transcripts September 27, 2005 Tues

LISA STARK

(Voice Over) The FDA promised it would make a decision by January 2005. The deadline passed. At that point, Senators Hillary Rodham Clinton and Patty Murray decided to play hard-ball politics.

SENATOR PATTY MURRAY, DEMOCRAT, WASHINGTON

We said, the Senate will not approve Lester Crawford as FDA commissioner until he gives us a timeline for an answer on whether Plan-B will be approved as an over-the-counter drug.

SENATOR, MALE

The FDA has a very broad and critical mission in protecting the public health.

LISA STARK

(Voice Over) A deal was struck. Crawford was confirmed as FDA commissioner in July, after the FDA promised a decision on Plan-B by September 1st, more than two years after the original application was submitted. Meantime, Wendy Wright and her group kept up the pressure on the FDA.

WENDY WRIGHT

The FDA staff and the advisory committee did not look at the overall effect that making this drug easily available can end up having.

LISA STARK

(Off Camera) Is that their job? Or is their job to determine if a drug is safe and effective?

WENDY WRIGHT

When we are at an epidemic rate in the United States of STDs, we as a society need to be taking a more serious look at it.

DOCTOR DAVID HAGER

If a young woman chose to use emergency contraception, then would she not come in to see her physician for regular contraception prescription, to be screened for sexually transmitted infections, to have her pap smear?

LISA STARK

(Voice Over) On the last Friday in August, at 4:00 PM, the FDA made its announcement. It decided not to decide.

LESTER CRAWFORD, FDA COMMISSIONER

The agency is unable at this time to reach a decision on the approvability of the application because of these unresolved regulatory and policy issues that relate to the application we were asked to evaluate.

LISA STARK

(Voice Over) The FDA asked for another 60 days for public comment. Senator Murray was furious.

SENATOR PATTY MURRAY

Rather, it's been delayed and delayed and delayed. We are only left to wonder why. And the only answer I can come up with is politics.

WENDY WRIGHT

The FDA has shown that it's sensitive to the concerns of our society. And they have rightly looked beyond some ideologues within the medical community to see, how the public will be affected by this decision.

LISA STARK

(Off Camera) The final decision on Plan-B will be in the hands of a new FDA commissioner. Just last week, Lester Crawford resigned as head of the FDA. This is Lisa Stark for "Nightline," in Washington.

TED KOPPEL.

NIGHTLINE THE MORNING AFTER ABC News Transcripts September 27, 2005 Tues

(Off Camera) When we come back, I'll talk with Dr. Susan Wood, who headed the FDA's office of women's health, and who resigned from that post in protest.

graphics: abc news: nightline

ANNOUNCER

This is ABC News "Nightline." Brought to you by ...

commercial break

TED KOPPEL

(Off Camera) Susan Wood headed the office of women's health at the Food and Drug Administration for five years, until her resignation just about a month ago. She previously worked as a biochemist at Johns Hopkins University. And just to be sure that there's no confusion, why did you quit?

DOCTOR SUSAN WOOD

I quit because I felt that science was being overruled at FDA and women's health was being damaged.

TED KOPPEL

(Off Camera) Let's start with the first part. You're saying science was being -overruled. By whose definition?

DOCTOR SUSAN WOOD

I think by the definition of all the ways we've always done business at FDA, where science and the scientists and medical professionals at FDA are the ones who review the evidence and make a decision about whether a drug should be approved or not approved.

TED KOPPEL

(Off Camera) What's the question? What's the issue that was resolved?

DOCTOR SUSAN WOOD

Right. Well, in that case, it was about emergency contraception. It has been approved by prescription use for women of all ages. And has been caught up in delay after delay, even though there's consensus at the -amongst the scientists and health professionals there that it should be approved. Not just for prescription status, but more importantly for over-the-counter the status -over-the-counter status, so that women can have access to it when it's most effective to prevent an -unintended pregnancy and ultimately to prevent abortions.

TED KOPPEL

(Off Camera) What would you say are the main reasons that - and you, you call it the consensus. So, clearly, there were some scientists who did not agree. But the preponderance of scientists who voted on this did agree.

DOCTOR SUSAN WOOD

Well -I would actually still call it a consensus. Because the scientists you're referring to who didn't agree were part -were the few of the advisory committee made up of outside experts. They voted, a preponderance, to bring it over the counter and that it was safe and effective for women to use over the counter. What then happened ...

TED KOPPEL

(Off Camera) Do you remember what the vote was?

DOCTOR SUSAN WOOD

It was 23-4, I believe, in favor. And unanimous that it was safe for women to use over the counter.

TED KOPPEL

(Off Camera) And within the FDA?

DOCTOR SUSAN WOOD

NIGHTLINE THE MORNING AFTER ABC News Transcripts September 27, 2005 Tues

Within the FDA -FDA does overturn its advisory committees on occasion. And sometimes -and usually when they do so, it's for good reason. In this case, the FDA staff, at every level within the agency, multiple levels, agreed that it should be approved for over- the-counter status. And agreed that it was appropriate for women to have access in a timely manner, so it would actually work more effectively.

TED KOPPEL

(Off Camera) You keep saying women. I gather that some of the controversy has to do with girls. If I have to go or if my daughter has to go to our physician, to her physician and the physician has to write a prescription, there is at least a -a barrier between her using it recklessly and using it in the way that it should be used.

DOCTOR SUSAN WOOD

I don't -this product is very safe. There's not much concern that it will cause -as a safety issue. The question that was raised, by a very small part of the agency, was whether or not they could understand the label and use it properly. But we've never asked that question about any other product. We don't ask it about pain medication. We don't ask it about cold medication. We don't ask it about condoms or any other contraceptive method that's available over the counter. This is very, very safe. There's no question about its safety. There's no question that it's more effective if it's used within hours not within days.

TED KOPPEL.

(Off Camera) Clearly, there is a -there is a distinction between a normal contraceptive, I mean, a pill that can be used as a contraceptive, which has to be taken before the act of sex and Plan-B, which is designed to be taken after.

DOCTOR SUSAN WOOD

And that's, that's really the central difference, is the timing. It works in a mechanism very similar to many other birth control pills. The mechanism is very similar, it just has to be taken after. And the sooner you take it after, the more effective. If you need it on Saturday morning, waiting until you get to a physician, either by phone or in person, to get a prescription by Monday morning, it's too late and it doesn't work. And the worst thing that can happen is that you would have an unintended pregnancy.

TED KOPPEL.

(Off Camera) You can understand that those who are concerned about it on moral grounds would argue that by making a pill like this available to an underage teenager, 15, 16-year-old, you could be encouraging reckless sex. The knowledge that even after you've had sex, it is still possible, then, to take a pill that will prevent a pregnancy is likely to make the sexual act more not less likely.

DOCTOR SUSAN WOOD

Actually there's no evidence to that effect. And in fact, there's evidence to the contrary. That it doesn't change your contraceptive behavior. It doesn't change sexual behavior, even in teens.

TED KOPPEL.

(Off Camera) How -how do we know?

DOCTOR SUSAN WOOD

There are studies that have been reviewed not just by me but by, again, all of the outside experts on the advisory committee and all of the staff within FDA. And they examined that issue very carefully and came to the conclusion that there is no good evidence to be concerned about that. And in fact, what you want to do is prevent an unintended pregnancy and prevent the abortions, which is, again, common ground. I think the issue around teens and sexual behavior, we have to look at what's already available. There are other contraceptive methods on the market. We know that increased access to contraception doesn't change behavior. What it does change is the risk of an unintended pregnancy.

TED KOPPEL.

(Off Camera) All right. There are political consequences to making this drug available over the counter. And I get the sense that political pressure may have been behind what happened or at least that you perceive it that way. Let's take a short break. When we come back, we'll talk about that. Back with Dr. Wood in a moment.

Case 1:05-cv-00366-ERK-VVP    Document 48-2    Filed 10/17/05    Page 16 of 30 PageID #: 590

NIGHTLINE THE MORNING AFTER ABC News Transcripts September 27, 2005 Tues

commercial break

TED KOPPEL.

(Off Camera) And I'm back again with Dr. Susan Wood. Would it be fair to say that you felt that the decision the FDA made was not on the basis of science, but made on the basis of political pressure?

DOCTOR SUSAN WOOD

I have to agree with the first half of your sentence. I can only tell you what I observed. And that was, it was not made on the basis of the scientific and medical evidence. And not just me but all of the scientific and professional staff who normally are the part of the decision-making at the agency, because they're the ones who review the evidence and evaluate it and make the recommendations, they also were cut out of the decision. People who should have known and should have been part of the decision-making, were not in the room and were not aware of what the decision was until very late in the process.

TED KOPPEL

(Off Camera) Forgive me, I think you're being a little coy. If it - if it wasn't made on the basis of scientific evidence, other than political pressure, what can you think of as having been a reason that would have caused the FDA to make the decision it made?

DOCTOR SUSAN WOOD

And I'm -I'm really trying not to be coy. But my problem is, is I don't really understand why we couldn't see this as common ground. I honestly was very hopeful that this would get approved in one fashion or another. Either through having prescription status for younger women and nonprescription for older. But some way it would be approved because the science was so compelling and the evidence is so clear. And it's common ground. This is contraception. It is not abortion. The only connection it has with abortion is that it can prevent them. So, honestly, and perhaps I'm na<ve, but honestly, I was hopeful that the science would win out and the health of women and families would win out. And so, when it didn't, I can only say what I saw, which we were out of it. And I'm - and I'm still surprised.

TED KOPPEL

(Off Camera) No, I get that. I understand that. What other possible reason can there have been then that someone brought pressure to bear, which I describe as political. But if you have some other description, tell me what it is.

DOCTOR SUSAN WOOD

Well, I won't disagree with you on that point. 'Cause I honestly don't know where it came from, either. And so, it must have come from somewhere. But because I'm a scientist, I tend to try to say, what do I know? And I honestly don't know but I won't disagree with you that it must have come from somewhere else.

TED KOPPEL

(Off Camera) Wasn't there nearly -or indeed, I think that Senator Kennedy - I mean, Senator Clinton, in particular, believed that there was a deal, that a deal had been made? What was the nature of that deal? And do you have any, any understanding as to why that deal collapsed?

DOCTOR SUSAN WOOD

Well, it sounded like semantics to me. I mean, I know as much about the deal as -from what I read in the newspapers. Was that Secretary Leavitt and Commissioner Crawford had agreed to take an action. And they did take an action. So, technically, they were correct. They took an action, which was a delay.

TED KOPPEL

(Off Camera) Clearly not the action that Senator Clinton suspected.

DOCTOR SUSAN WOOD

Not the action suspected, which was a decision. And there was no decision made here, technically. But I would argue that the decision to delay approval of this product over-the-counter is, in fact, a denial. And this is, again, in part why I resigned. Because by couching it as a delay and a non-decision, in fact denied women of all ages, not just teens but women of all ages access to timely use of this product

NIGHTLINE THE MORNING AFTER ABC News Transcripts September 27, 2005 Tues

TED KOPPEL

(Off Camera) If you had thought that it was a brief delay, in other words, if you thought it was only going to be a delay of a couple of months, you wouldn't have resigned.

DOCTOR SUSAN WOOD

Probably not.

TED KOPPEL

(Off Camera) So, you obviously think that what we're talking about here is not really a delay but a way of shelving it and not dealing with the issue.

DOCTOR SUSAN WOOD

Right. The mechanism is a rather bureaucratic one to potentially open it up to rulemaking. Which, to make a long story short, means opening up to a process that usually takes many months to years, if in fact that's the way they go.

TED KOPPEL

(Off Camera) And you're saying that insofar as health is concerned, insofar as the impact of this physically and psychologically is concerned, there's no difference between this and a rubber condom?

DOCTOR SUSAN WOOD

It's -I would have to compare it to oral contraceptives or in terms of its availability, to a condom, or spermicides or the today sponge.

TED KOPPEL

(Off Camera) Right. Are oral contraceptives - just help me out, are they available over the counter?

DOCTOR SUSAN WOOD

No. And there's an ongoing debate about that. But they're not needed on an emergency basis. They're effective on chronic use, over long periods of time. For emergency contraception, we're talking about single use of a product that's very, very safe and needs to be taken very, very quickly. Within hours to make it most effective.

TED KOPPEL

(Off Camera) Else the young lady will be pregnant?

DOCTOR SUSAN WOOD

She certainly will be at-risk of that, yes.

TED KOPPEL

(Off Camera) But you can understand how certain people who are worried about the moral impact of this will say, look, the next step then is going to be these same people who are pushing Plan-B are gonna also be pushing oral contraceptives as also being available over the counter because the same logic that apply applies, not exactly but the same logic, you want to prevent pregnancy, you want to prevent the consequences of unwanted pregnancy, let's have contraception all around.

DOCTOR SUSAN WOOD

I think at this point, the focus is on emergency use. When you need it right away and can't wait for prescription. And there are many women and girls who don't have regular access to a physician or place of regular health care. Look at the uninsured, just as a start. And we have to make sure that they are not the ones put at-risk simply because of the barrier of getting to a physician, getting a prescription, and then getting it filled, all within a window of time that will be essentially closing on them, in terms of making sure it's effective.

TED KOPPEL

(Off Camera) What are you doing now?

DOCTOR SUSAN WOOD

NIGHTLINE THE MORNING AFTER ABC News Transcripts September 27, 2005 Tues

Well, when I left the agency, I didn't have a plan. And I certainly didn't expect this kind of attention from national and international media. So, what I'm doing now is, is thinking about talking to people. Because I feel so strongly about the importance of science being what drives our health decisions. It's so important to people in their everyday lives. So, I'm continuing to try and figure out a way to tell people about that, as well as to keep working in, in health policy, to help women and families.

TED KOPPEL

(Off Camera) Dr. Wood, good of you to come in. Enjoyed having you here, thank you.

DOCTOR SUSAN WOOD

Thank you.

TED KOPPEL

(Off Camera) I'll be back in a moment with a word about tomorrow's "Nightline."

graphics: nightline: abcnews.com

ANNOUNCER

To receive a daily e-mail about each evening's "Nightline" and a preview of special broadcasts, log on to the "Nightline" page at Abcnews.com.

commercial break

TED KOPPEL

(Off Camera) Tomorrow on "Nightline," do you know what your kids are eating in school these days? The naked chef puts on some clothes, crosses the Atlantic and starts another revolution.

CHEF, MALE

If you truly love your kid, it doesn't matter where I come from or who I am. Because, you know, you should be trying to do the best of your kids.

TED KOPPEL

That's "Nightline" tomorrow. And that's our report for tonight. I'm Ted Koppel in Washington. For all of us here at ABC News, good night.

**LANGUAGE:** ENGLISH

**LOAD-DATE:** September 28, 2005

# Exhibit 4

Case 1:05-cv-00366-ERK-VVP    Document 48-2    Filed 10/17/05    Page 20 of 30 PageID #: 594



# The NEW ENGLAND JOURNAL of MEDICINE

---

## PERSPECTIVE

◄ Previous        **Volume 353:1197-1199**        **September 22, 2005**        **Number 12**        Next ►

# A Sad Day for Science at the FDA

*Alastair J.J. Wood, M.D., Jeffrey M. Drazen, M.D., and Michael F. Greene, M.D.*

The Food and Drug Administration (FDA) has again postponed issuing a decision about making emergency contraception available to women without a prescription. This decision — or nondecision — deserves serious scrutiny, since it appears to reflect political meddling in the drug-approval process.

Emergency contraception in the form of Plan B has been available by prescription in the United States since 1999, but its manufacturer, Barr Laboratories, has proposed that it be sold over the counter. Plan B consists of two 0.75-mg levonorgestrel tablets to be taken 12 hours apart as soon as possible, and within 72 hours, after an act of unprotected or inadequately protected intercourse. Time is of the essence, since the contraceptive efficacy decreases over time even within the recommended 72 hours after intercourse. The risk of pregnancy increases from 0.4 percent if contraception is initiated within 24 hours to 2.7 percent if it is initiated 48 to 72 hours after intercourse.

Currently, after an episode of unprotected intercourse, contraceptive failure, or rape, a woman has to recognize the availability of emergency contraception, find and make contact with an available physician who is willing and able to prescribe Plan B, obtain a prescription for the drug, find a pharmacy that stocks and will dispense it (not a trivial consideration in some parts of the country), fill the prescription at the pharmacy, and ingest the drug — all while the time window for efficacy is closing. Unprotected intercourse may occur at times — for instance, weekends — when it is likely to be difficult to reach a physician, particularly for women who do not have an ongoing relationship with a particular doctor. It therefore seemed logical to consider making Plan B available over the counter, as it is in many other countries.

After the manufacturer requested over-the-counter status, the FDA convened an advisory committee meeting in December 2003. The committee, made up of experts both in obstetrics–gynecology and in over-the-counter drug availability, voted overwhelmingly (23 to 4) that emergency contraception should be made available to

**THIS ARTICLE**

► PDF
► PDA Full Text

**TOOLS & SERVICES**

► Add to Personal Archive
► Add to Citation Manager
► Notify a Friend
► E-mail When Cited
► E-mail When Letters Appear

**MORE INFORMATION**

► Find Similar Articles
► PubMed Citation

Case 1:05-cv-00366-ERK-VVP     Document 48-2     Filed 10/17/05     Page 21 of 30 PageID #: 595

U.S. women over the counter. Even the small number who voted against over-the-counter status acknowledged at the time that they did so for reasons other than concern about its demonstrated efficacy or safety. Yet these are the only legitimate considerations for FDA approval. The committee reviewed the world literature, heard presentations of all points of view, and came to a conclusion, which under normal circumstances would have been accepted by the FDA. Subsequently, the FDA's own professional staff endorsed that conclusion and recommendation.

However, FDA management rejected the application in May 2004, citing concerns about the effects of over-the-counter availability on the sexual behavior of young teenagers. Data demonstrating that ready access to Plan B by adolescents as young as 15 did not lead to increased irresponsible sexual behavior were available in December 2003 and had been reviewed by the advisory committee. Moreover, the agency was conspicuously unable, then or later, to cite any data to support different safety or efficacy profiles in different age groups — a damning indictment of the basis for their disapproval.

After the May 2004 decision, a dual marketing plan was suggested: the drug could be made available over the counter to women over 16 and only by prescription below that age. In a surreal twist, however, the FDA commissioner seems to have belatedly discovered that the FDA has never before allowed two identical dosage formulations to be sold simultaneously over the counter and by prescription. Owing to his apparent ignorance of this problem, the approval has again been delayed to allow a 60-day comment period so that the dual-status issue can be addressed. It is, frankly, not credible to us that the commissioner and his staff did not recognize this problem when they initially floated the idea of age-restricted over-the-counter marketing. The problem was widely recognized and has been a major strategic issue for pharmaceutical companies that are switching drugs from prescription to over-the-counter status.

Why is the FDA considering age-based restrictions on the over-the-counter availability of emergency contraception? The stated reason is that there is uncertainty about the drug's safety in younger women. But the FDA has not pointed to any data to support that position, nor has the agency demanded such evidence in the case of other drugs that have been switched to over-the-counter status. All involved acknowledge that Plan B is extraordinarily safe. Even the advisory committee members who subsequently voted against its over-the-counter availability had acknowledged its appropriate safety earlier at the December 2003 meeting, when the committee voted 28 to 0 that the drug was safe.

In contrast, other over-the-counter drugs, such as acetaminophen and aspirin, can cause death when taken inappropriately. At a meeting of a similar FDA advisory committee, data were presented indicating that acetaminophen ingestion results in 56,680 emergency-department visits, 26,256 hospitalizations, and 458 deaths in the United States every year; a large number of these events affect persons younger than 17 years of age.[1] The FDA has shown no inclination to restrict the availability of these drugs to young people by requiring them to have a prescription. Why not?

Studies presented to the advisory committee at its meeting about Plan B and additional studies published more recently demonstrate clearly that women given ready access to emergency contraception do not

Case 1:05-cv-00366-ERK-VVP    Document 48-2    Filed 10/17/05    Page 22 of 30 PageID #: 596

routinely use less effective regular contraception, do not engage more often in high-risk sexual behavior, do not become more promiscuous, and do not have increased rates of pregnancy or sexually transmitted diseases — all findings that contradict claims made by those outside the FDA who oppose wider availability of emergency contraception.

Although the real reason behind the attempts to introduce an age restriction on Plan B are at best unclear, the effect would be to intimidate women of all ages. The only way to enforce such a restriction would be to insist that all those attempting to purchase emergency contraception provide proof of age — that they be "carded," or required to produce a driver's license or other government-issued identification. The provision of such identification to a store clerk, who might be the customer's peer, could be humiliating, and in destroying any semblance of privacy, such a requirement would deter women from purchasing emergency contraception.

Imagine the scene at the checkout counter: with a line of impatient customers waiting behind you, you must show an identification card to a sales clerk in order to purchase a product that clearly reveals your exposure to unprotected intercourse during the past few hours. If chain pharmacies followed the rules they have used for beer and cigarettes (whose sales are currently subject to similar age restrictions), only clerks over a certain age would be allowed to authorize sales — which would delay the purchase even longer and expose the purchaser to further embarrassment. Moreover, many potential users of all ages — particularly poor women and those from inner-city neighborhoods — have no driver's licenses. Such women would not be able to obtain emergency contraception even if they were older than the arbitrary age limit set by the FDA.

Finally, it is likely that because of the age restrictions, many pharmacies would choose to hold their entire stock of Plan B "behind the counter" to ensure that all purchasers had to document their eligibility. American women should not have to explain their need for such a product in public, in front of their neighbors and friends, at such a painful, frightening, and vulnerable time.

This is a sad day for American women and for the FDA. In the absence of data to support their original decision to reject the advice of their advisory committee and their own staff analysts, one can only speculate about the real reason for the actions of the agency's leadership. Their subsequent delays, dissembling, and shifting justifications of their regulatory maneuvering and manipulation have resulted in the resignation of Susan F. Wood, the assistant FDA commissioner for women's health and director of the agency's Office of Women's Health. Wood's departure is a statement of protest against the decision by the FDA management to bow to political pressure at the expense of women's health.

The FDA has, on occasion, been criticized for being too bureaucratic and slow to approve important new drugs, too quick to approve new drugs to please the corporate patrons who provide much of its budget, and too slow to withdraw drugs that seem to pose a danger to public health. But the agency has previously resisted political pressure to reflect a particular social policy or ideology. The recent actions of the FDA leadership have made a mockery of the process of evaluating scientific evidence, disillusioned many of the participating scientists both inside and outside the agency, squandered the public trust, and tarnished the agency's image. American women and the dedicated professionals at the FDA deserve better. Will we ever

Case 1:05-cv-00366-ERK-VVP    Document 48-2    Filed 10/17/05    Page 22 of 30 PageID #: 597

again be able to believe in the FDA's independence?

## Source Information

Dr. Wood is a professor of medicine and pharmacology at Vanderbilt University School of Medicine, Nashville, and was a member of the FDA Advisory Committee on Nonprescription Drugs; Dr. Drazen is the editor-in-chief of the *Journal*; and Dr. Greene is an associate editor of the *Journal* and was a member of the FDA Advisory Committee on Reproductive Health Drugs.

## References

1. Nonprescription Drugs Advisory Committee. (Accessed September 1, 2005, at http://www.fda.gov/ohrms/dockets/ac/cder02.htm#NonprescriptionDrugs.)

# This article has been cited by other articles:

- Tanne, J. H. (2005). FDA official resigns over emergency contraception decision. *BMJ* 331: 532-532 [Full Text]

**THIS ARTICLE**

► PDF
► PDA Full Text

**TOOLS & SERVICES**

► Add to Personal Archive
► Add to Citation Manager
► Notify a Friend
► E-mail When Cited
► E-mail When Letters Appear

**MORE INFORMATION**

► Find Similar Articles
► PubMed Citation

---

HOME | SEARCH | CURRENT ISSUE | PAST ISSUES | COLLECTIONS | HELP

Comments and questions? Please contact us.

The New England Journal of Medicine is owned, published, and copyrighted © 2005 Massachusetts Medical Society. All rights reserved.

# Exhibit 5

**FDA** · **U.S. Food and Drug Administration**    Department of Health and Human Services

**CENTER FOR DRUG EVALUATION AND RESEARCH**

FDA Home Page | CDER Home Page | CDER Site Info | Contact CDER | What's New @ CDER

| CDER Home | About CDER | Drug Information | Regulatory Guidance | CDER Calendar | Specific Audiences | CDER Archives |

Search [        ] GO powered by Google™

## FDA's Decision Regarding Plan B: Questions and Answers

### 1. What is emergency contraception?

Emergency contraception is a method of preventing pregnancy to be used after a contraceptive fails or after unprotected sex. It is not for routine use. Drugs used for this purpose are called emergency contraceptive pills, post-coital pills, or morning after pills. Emergency contraceptives contain the hormones estrogen and progestin (levonorgestrel), either separately or in combination. FDA has approved two products for prescription use for emergency contraception – Preven (approved in 1998) and Plan B (approved in 1999).

### 2. What is Plan B?

Plan B is emergency contraception, a backup method to birth control. It is in the form of two levonorgestrel pills (0.75 mg in each pill) that are taken by mouth after unprotected sex. Levonorgestrel is a synthetic hormone used in birth control pills for over 35 years. Plan B can reduce a woman's risk of pregnancy when taken as directed if she has had unprotected sex. Plan B contains only progestin, levonorgestrel, a synthetic hormone used in birth control pills for over 35 years. It is currently available only by prescription

### 3. How does Plan B work?

Plan B works like other birth control pills to prevent pregnancy. Plan B acts primarily by stopping the release of an egg from the ovary (ovulation). It may prevent the union of sperm and egg (fertilization). If fertilization does occur, Plan B may prevent a fertilized egg from attaching to the womb (implantation). If a fertilized egg is implanted prior to taking Plan B, Plan B will not work.

### 4. What steps did FDA take in considering switching Plan B from prescription to nonprescription (over-the-counter (OTC)) status?

FDA received an application to switch Plan B from prescription to nonprescription status. FDA staff reviewed the scientific data contained in the application which included among other data, an actual use study and a label comprehension study.

On December 16, 2003, we held a public advisory committee meeting with a panel of medical and scientific experts from outside the federal government. The members of the Nonprescription Drugs Advisory Committee and the Advisory Committee for Reproductive Health, met jointly to

consider the safety and effectiveness data of nonprescription use of Plan B. Although the joint committee recommended to FDA that this product be sold without a prescription, some members of the committee, including the Chair, raised questions concerning whether the actual use data were generalizable to the overall population of nonprescription users, chiefly because of inadequate sampling of younger age groups.

Following the advisory committee meeting, FDA requested additional information from the sponsor pertaining to adolescent use. The sponsor submitted this additional information to FDA in support of their pending application to change Plan B from a prescription to an over-the-counter product. This additional information was extensive enough to qualify as a major amendment to the NDA. Under the terms of the Prescription Drug User Fee Act (PDUFA) performance goals, major amendments such as this may trigger a 90-day extension of the original PDUFA deadline.

Now FDA has completed its review of the supplemental application and concluded that the application could not be approved at this time because 1) adequate data were not provided to support a conclusion that young adolescent women can safely use Plan B for emergency contraception without the professional supervision of a licensed practitioner and 2) a proposal from the sponsor to change the requested indication to allow for marketing of Plan B as a prescription-only product for women under 16 years of age and a nonprescription product for women 16 years and older was incomplete and inadequate for a full review. Therefore, FDA concluded that the application was not approvable.

### 5. Why didn't FDA follow the recommendation of the Advisory Committees?

The recommendations of FDA advisory committees are advisory in nature and the Agency is not bound to follow their recommendations. FDA makes a decision on whether a product should be approved after evaluating all data and considering the recommendations of the advisory committee.

### 6. Why did FDA issue a Not Approvable letter?

The agency issued a Not Approvable letter because the supplemental application did not meet the criteria for approval in that it did not demonstrate that Plan B could be used safely by young adolescent women for emergency contraception without the professional supervision of a licensed practitioner. The issuance of a Not Approvable letter does not mean that a supplemental application cannot be approved. The Not Approvable letter describes what the applicant would need to do to obtain approval for the supplemental application. In this case, the applicant would have to either provide additional data demonstrating that Plan B can be used safely by women under 16 years of age without the professional supervision of a practitioner licensed by law to administer the drug or provide additional support for the revised indication to allow for marketing Plan B as prescription-only for women under the age of 16 and as nonprescription for women 16 years of age and older. Not Approvable Letter.

### 7. Was there a difference of opinion within the Center for Drug Evaluation (CDER) and Research regarding the final decision?

Yes, there was a difference of opinion within CDER. The scientific interchange of ideas is widely encouraged during the review process to ensure a thorough vetting of the issues. However,

ultimately, a final decision must be made based on the evaluation of the data, taking into account all of the views expressed.

**8. Is this FDA's final decision regarding the availability of Plan B for OTC use?**

No. The Not Approvable letter to the sponsor outlines what the sponsor must do to obtain approval of the supplemental application

Wide availability of safe and effective contraceptives is important to public health We look forward to working with the sponsor if they decide to pursue making this product available without a prescription.

**9. Oral contraceptives have been used for four decades, and this product has been approved and used safely since 1999. How could FDA turn it down?**

Oral contraceptives as a class of drugs are only available by prescription. This product has been used safely by prescription only and for the reasons already stated, it is not being made available for OTC use at this time.

**10. The sponsor has talked about making the product over-the-counter for young women over a certain age and behind-the-counter for younger girls. Is there evidence to support such a scheme? Does FDA have the authority to carry it out?**

The sponsor has submitted a plan and the FDA is examining its regulatory authority to approve a product marketed in this manner.

**11. Did the FDA bow to political pressure in making this decision?**

No. This decision was made within the Center for Drug Evaluation and Research.

**12. Dr. Steven Galson signed the letter FDA sent to the sponsor. Does Dr. Galson usually sign such letters? Why did Dr. Galson sign the letter?**

No, Dr. Galson does not usually sign regulatory action letters. However, his opinion of the adequacy of the data in young adolescents differed from that of the review staff He believes that additional data are needed and for that reason he made the decision to take final action within the Office of the Center Director.

↑ Back to Top    ⬉ Back to Plan B

Date created: May 7, 2004

CDER Home Page | CDER Site Info | Contact CDER | What's New @ CDER
FDA Home Page | Search FDA Site | FDA A-Z Index | Contact FDA | Privacy | Accessibility | HHS Home Page

FDA/Center for Drug Evaluation and Research

http://www.fda.gov/cder/drug/infopage/planB/planBQandA.htm                          6/14/2005

# Exhibit 6

**washingtonpost.com**

# Memo May Have Swayed Plan B Ruling

FDA Received 'Minority Report' From Conservative Doctor on Panel

By Marc Kaufman
Washington Post Staff Writer
Thursday, May 12, 2005; A02

Soon after the Food and Drug Administration overruled its advisory panel last year and rejected an application to make an emergency contraceptive more easily available, critics of the agency said it had ignored scientific evidence and yielded to pressure from social conservatives.

The agency denied the charge, but an outspoken evangelical conservative doctor on the panel subsequently acknowledged in a previously unreported public sermon that he was asked to write a memo to the FDA commissioner soon after the panel voted 23 to 4 in favor of over-the-counter sales of the contraceptive, called Plan B. He said he believes his memo played a central role in the rejection of that recommendation.

The new information comes from a videotaped sermon in October by W. David Hager. On the tape, he said he was asked to write a "minority report" that would outline why over-the-counter sales should be rejected.

Speaking at the Asbury College chapel in Wilmore, Ky., Hager said, "I was asked to write a minority opinion that was sent to the commissioner of the FDA. For only the second time in five decades, the FDA did not abide by its advisory committee opinion, and the measure was rejected."

Hager told the group that he had not written his report from an "evangelical Christian perspective," but from a scientific one -- arguing that the panel had too little information on how easier availability of Plan B would affect girls younger than 16. The FDA later cited that lack of information as the reason it rejected the application.

"I argued from a scientific perspective, and God took that information, and he used it through this minority report to influence the decision," Hager said. "Once again, what Satan meant for evil, God turned into good."

The videotape of Hager's sermon was first obtained by the magazine the Nation, which published a story about the doctor today.

In an e-mail to The Washington Post, Hager said the request for the report came from "outside the agency," but he had previously told two other journalists -- in one case in an e-mail that the recipient saved -- that the request came from an FDA staff member.

An FDA spokeswoman said yesterday that the agency did not ask Hager to write a report and that Hager sent what she called a "private citizen letter" to Commissioner Mark McClellan. "We don't ask for minority reports and opinions," she said. "I've been advised that nobody from the FDA asked him to write the letter."

Hager has been a highly controversial figure because of his strong views against abortion and emergency contraception and in favor of abstinence education. In his October sermon, he said that Christians such as himself were at "war" with

people who would take faith and values out of medical care.

Hager was appointed by the FDA to the Reproductive Health Drugs Advisory Committee in 2002 and reappointed last year. A prominent Kentucky obstetrician and gynecologist, he has written numerous books on women's health -- generally from an evangelical Christian perspective.

In his October sermon, Hager said that White House officials called him in June 2001 and asked him to serve in some capacity -- initially as a candidate for surgeon general and later as a member of two advisory boards. After one month, Hager said, he was called by the White House and asked to resign from those committees and join the FDA's reproductive drugs panel instead because "there are some issues coming up we feel are very critical, and we want you to be on that advisory board."

While the FDA sometimes rejects the recommendations of its expert panels, the Plan B case was highly unusual in that the vote was so lopsided in favor of over-the-counter sales and its own science staff had also strongly favored approval.

Plan B has been available with a prescription since 1999. Barr Laboratories, its manufacturer, applied for permission to sell it without a prescription in 2003, arguing that it could reduce the number of abortions from unintended pregnancies. Emergency contraception generally works if it is used within 72 hours of unprotected sex.

Social conservatives in Congress, and many others opposed to abortion, have spoken out against the Plan B application, saying it would encourage unsafe sexual behavior.

Barr submitted a modified application in July 2004, and the agency was supposed to announce its decision in January. Instead, it said it needed more time.

© 2005 The Washington Post Company