

# SOUTHERN LEGAL COUNSEL, INC.
1229 N.W. 12th Avenue ◆ Gainesville, Florida 32601-4113 ◆ (352) 271-8890
FAX (352) 271-8347 ◆ slc@southernlegal.org ◆ www.southernlegal.org

**BOARD OF DIRECTORS**
Richard A. Gilbert, Chair

Francisco R. Angones
Alan B. Bookman
Howard C. Coker
The Hon. Joseph W. Hatchett
Dr. Vivian L. Hobbs
Barbara Bolton Litten
The Hon. K. H. "Buddy" MacKay
Michael P. McMahon
Edith G. Osman
Bill Wagner
Stephen N. Zack

**ATTORNEYS**
Jodi Siegel, Executive Director

Andrea Costello
Shelbi D. Day
Natalie N. Maxwell
Alice K. Nelson

January 26, 2006

**BY ELECTRONIC COURT FILING**

Honorable Viktor V. Pohorelsky
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:   *Tummino, et al. v. von Eschenbach*
               Case No.: 05-CV-0366 (ERK/VVP)

Dear Magistrate Judge Pohorelsky:

     Plaintiffs' Attorneys, Andrea Costello and Shelbi Day, hereby respectfully request that they be permitted to appear by telephone, in lieu of personal appearance, at the hearing on Defendants' Motion for a Protective Order held in the above refereced case on January 27, 2006. Simon Heller and Nan Strauss, lead attorneys for Plaintiffs, will be personally appearing for the hearing.

     We appreciate your Honor's time and attention to this matter.

                                    Respectfully submitted,

                             By:   /s/ {filed electronically}
                                    ANDREA COSTELLO (AC-6197)

                                    ANDREA COSTELLO (AC-6197)
                                    SHELBI D. DAY (SD-2629)
                                    Southern Legal Counsel, Inc.
                                    1229 N.W. 12th Avenue

        Gainesville, Florida 32601
        Telephone: (352) 271-8890
        Facsimile: (352) 271-8347
        andrea.costello@southernlegal.org
        shelbi.day@southernlegal.org
        ATTORNEYS FOR PLAINTIFFS TUMMINO, MAHONEY, GIARDINA, MANGAN, SEGUIN, TINNEY, BROWN, CHURCHILL AND HUNT

        SIMON HELLER (SH-8760)
        NAN STRAUSS (NS-3501)
        Center for Reproductive Rights
        120 Wall Street, 14th Floor
        New York, NY 10005
        Telephone: (917) 637-3600
        Facsimile: (917) 637-3666
        ATTORNEYS FOR PLAINTIFFS

cc:    F. Franklin Amanat (via electronic and U.S. Mail)