UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK                                    NOT FOR PUBLICATION
------------------------------------------------------------------X
                                                         :

Annie TUMMINO, *et al.,*                                         :

                                        :                       CV-05-366 (ERK) (VVP)

           Plaintiff                                            :

                                        :

       - against -                                              :

                                        :

Andrew C. von ESCHENBACH, as Acting                             :
Commissioner of the Food and Drug                 :
Administration,                                                 :

                                        :

          Defendant                                            :
------------------------------------------------------------------X

## **ORDER**

KORMAN, Chief Judge.

      The United States Attorney has requested a five-week extension, until May 5, 2006, to respond to the State of Wisconsin's motion to intervene. The United States is granted a three week extension, until April 21, 2006. Alternatively, if defendant requires the longer five-week extension that it requested, defendant may file its response on May 5, 2006, on the condition that, in the interim, the State of Wisconsin is granted leave to participate as a party in depositions and other discovery.

                                           SO ORDERED.

Brooklyn, New York
March 27, 2006

                                       _s/_____
                                        Edward R. Korman
                                        United States District Judge