# CENTER FOR REPRODUCTIVE RIGHTS

FORMERLY THE CENTER FOR REPRODUCTIVE LAW AND POLICY

**BY ELECTRONIC CASE FILING & FAX**

June 27, 2006

The Honorable Edward R. Korman
Chief United States District Judge
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Fax: (718) 613-2477

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 17 2006 ★
BROOKLYN OFFICE

Re:  *Tummino v. von Eschenbach*, No. 05-cv-366 (ERK/VVP)

Dear Chief Judge Korman:

We write to seek leave to file a written response to the Government's objection, which was electronically filed on June 21, 2006, to part of a pretrial discovery order which Magistrate Judge Pohorelsky entered on May 31, 2006. If such leave is granted, we would file the response no later than June 29, 2006.

Thank you for Your Honor's attention to this matter.

Respectfully submitted,

s/_____
Nan E. Strauss
Attorney for Plaintiffs

cc:   F. Franklin Amanat
      Steven M. Warshawsky

Order —
The application
is granted

s/Edward R. Korman
  Ch. DJ
6/27/06

120 WALL STREET
NEW YORK, NEW YORK 10005
TEL 917 637 3600 FAX 917 637 3666
WWW.REPRODUCTIVERIGHTS.ORG