

FORMERLY THE CENTER FOR REPRODUCTIVE LAW AND POLICY

**BY ELECTRONIC CASE FILING**

September 12, 2006

The Honorable Viktor V. Pohorelsky
United States Magistrate Judge
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

> Re:    *Tummino v. von Eschenbach*, No. 05-cv-366 (ERK/VVP)

Dear Magistrate Judge Pohorelsky:

We write in response to the letter dated September 8, 2006 related to the completion of outstanding discovery by counsel for the Defendant ("the Government") in the above-referenced case. In that letter, the Government states that it intends to file "a motion to cancel and quash all of the government's pending discovery obligations," and requests an extension to file its reply regarding two outstanding discovery disputes.[1] (September 8 letter at 1-2.)

We first note that Plaintiffs have not agreed to an extension of time for the Government to file its replies to Plaintiffs' letters regarding proposed discovery from the White House[2] and the Government's assertion of the deliberative process privilege, dated August 25, 2006 and August 29, 2006, respectively. In addition, although the Government produced a final batch of documents responsive to Plaintiffs' Second Set of Document Requests, it has not produced a privilege log for the documents corresponding to that batch that have been withheld by the Government. Nor are Plaintiffs aware of the Government producing such allegedly privileged documents to the Court for *in camera* review, as required by Chief Judge Korman's order dated July 26, 2006.

Plaintiffs intend to address the Government's motion to quash discovery after it has been filed. We note, however, that the Government's proposed motion appears to be yet another attempt by the Government to evade discovery. At this late date when

---

[1] Plaintiffs just received Chief Judge Korman's order referring Defendant's motion to stay discovery to Your Honor. We intend to file our opposition to this motion next week.

[2] As we noted in our letter responding to the Government's opposition to our request for authorization to proceed with third-party discovery of the White House Office, the Government should not be permitted to file a further "reply" on the question of White House discovery because it never filed a motion for a protective order as to that discovery, and so the only proper reply was the one filed by Plaintiffs on August 25, 2006. After all, only a movant files a reply, and Plaintiffs have moved for authorization to conduct limited discovery of the White House.

120 WALL STREET
NEW YORK, NEW YORK 10005
TEL 917 637 3600 FAX 917 637 3666
WWW.REPRODUCTIVERIGHTS.ORG

discovery is near completion, it is further evidence of bad faith on the Government's part. The single outstanding deposition (of FDA employee Dr. Sandra Kweder) is limited in time to 2 hours, and the Government has yet to provide us with a date for that deposition, despite the Court's order for it to do so.  The only possible additional discovery, should Plaintiffs be granted leave to pursue discovery from the White House Office, consists of one third-party deposition, as well as what is presumably very minimal third-party document production.

When Chief Judge Korman ordered *in camera* review of approximately 1,200 documents by Your Honor, he did so with the express provision that he was not rejecting Plaintiffs' arguments regarding Defendant's assertion of the deliberate process privilege and with the intention of devising a process that was not overly burdensome.  *See* July 26, 2006 Tr. at 13-14; July 26, 2006 Minute Entry.  Surely Chief Judge Korman did not anticipate Your Honor conducting voluminous *in camera* review only to have the Government oppose the production of those documents in the eleventh hour.  To stonewall the discovery process near its completion serves no other purpose than to avoid disclosure of discovery materials that the Court has already ordered be produced (either to Plaintiffs or to the Court) and that has already been compiled by the Government.

We respectfully request that the Government's request for a September 18, 2006 response date be denied.

Thank you for Your Honor's consideration of these matters.


Respectfully submitted,

s/_____
Simon Heller
Attorney for Plaintiffs

cc:    Chief Judge Korman
       F. Franklin Amanat
       Steven M. Warshawsky
       Karen Schifter


2