# Exhibit A

# Exhibit A

## Tummino Documents

## Index

Schifter, 4/21/03 McClellan Calendar Page ................................................................509

Jenkins 8/26/05 email transmitting Inaction Letter .................................................1922-23

Ganley email Re: Davidoff N.Y. Times editorial.........................................................7509-10

12/16/03 Plan B Advisory Committee Meeting Agenda.......................................10137-39

Agenda for 12/16/03 FDA joint session ...................................................................10520-21

Transcript page from 8/10/05 FDA joint session ..........................................................10754

Transcript page from 8/10/05 FDA joint session ..........................................................10792

Drug Approvals Comment Summary title page 5/19/06 .............................................10816

Drug Approvals Comment Summary preface 5/19/06 ................................................10820

FDA News Release 7/31/06 ......................................................................................10864-65

Von Eschenbach, 8/23/06 Memorandum ..................................................................10866-67

Galson, 8/24/06 Memorandum .................................................................................10868-75

FDA News Release 8/24/06 ......................................................................................10876-79

Galson, 8/24/06 Letter to Duramed ..........................................................................10880-84

Beitz, 8/22/06 Memorandum .....................................................................................10927-32

Sachs, Temeck, 11/12/04 Medical Officer Review.....................................................10939-49

Exerpt, 3/25/04 Medical Officer's Safety Review of Supplemental NDA .................11031

CARE Program Review Team 8/22/06 Memorandum................................................11076-79

Response labeling to FDA .........................................................................................30134-50

Office of the Commissioner Meeting Executive Summary, 6/5/02 ...........................30166-74

Woodcock, 7/10/02 Memorandum Re: EC ................................................................30219-35

Griebel, 7/2/03 Letter to Women's Capital Corporation...........................................30293-95

Rosebraugh, 10/27/03 Memorandum of Teleconference Meeting.............................30342-45

Galson, 2/20/04 Internal Meeting Minutes of 1/15/04 meeting to inform ODE III and ODE V of Office of the Commissioner's position on application ...............................................................................................................30666-70

Shames, 3/4/04 Meeting Minutes of 1/23/04 Guidance Meeting Re: Plan B Application ............................................................................................30686-90

Segal, 3/5/04 Addendum to OTC Medical Team Leader Review ..........................30691-92

Rosebraugh, 3/23/04 Division Director Memo-Addendum Re: concerns
and further data analysis ................................................................................30745-83

Davis, 3/25/04 Medical Officer's Safety Review...............................................30784-828

Griebel, 4/1/04 Deputy Division Director Summary Review of Plan B
New Drug Application.......................................................................................30829-80

Beitz, 4/2/04 Memorandum Documenting Concurrence with Plan B Approval
Recommendation ...............................................................................................30881-91

Jenkins, 4/28/04 Memorandum ...........................................................................30897-900

Galson, 5/6/04 Memorandum ...............................................................................30901-03

Galson, 5/6/04 Letter to Barr Research, Inc. ......................................................30904-07

Coller, 5/10/04 Memorandum ...............................................................................30908-11

Galson, 5/5/04 Teleconference Minutes ..............................................................30912-14

Kober, 8/11/04 Letter to Barr Research, Inc. ......................................................30921-22

Davis, 1/12/05 Medical Officer Review of Complete Response............................31020-25

Rosebraugh, 1/12/05 Division Director Memorandum .........................................31026-30

Griebel, 1/12/05 Deputy Division Director Memorandum ...................................31031-84

Beitz, 1/12/05 Memorandum...............................................................................31085-87

Jenkins, 1/18/05 Memorandum ...........................................................................31095-99

Hilfiker, 8/26/05 Memorandum...........................................................................31214-26

# Exhibit A-1



# April 21, 2003
Monday

Schlfter, Karen

1

3/24/2006 3:44 PM

TUMMINO-509

McClellan

**Shames, Daniel A**

| | |
|---|---|
| **From:** | Jenkins, John K |
| **Sent:** | Friday, August 26, 2005 3:21 PM |
| **To:** | Mercier, Jennifer L; Houn, Florence; Beitz, Julie G; Ganley, Charles J; Shames, Daniel A; Griebel, Donna J; Rosebraugh, Curtis; Kweder, Sandra L; Colangelo, Kim M |
| **Subject:** | FW: Draft Letter |

**Attachments:** DFS Email - N 021045 SE6 011  16-Apr-2003 - Memo to File; Letter to Barr.doc

Jen

Here is the inaction letter. Steven's memo is in DFS and is attached.

✉

DFS Email - N
!1045 SE6 011

John

John K. Jenkins, M.D.
Director, Office of New Drugs
10903 New Hampshire Avenue
Bldg #22, Room 6304
Silver Spring, MD  20993
301-796-0700
301-796-9856 (fax)

-----Original Message-----
**From:** Galson, Steven
**Sent:** Friday, August 26, 2005 2:25 PM
**To:** Jenkins, John K
**Subject:** FW: Draft Letter

This is the final one

-----Original Message-----
**From:** Bradshaw, Sheldon
**Sent:** Friday, August 26, 2005 1:57 PM
**To:** Galson, Steven; Gottlieb, Scott; Ronan, Pat
**Cc:** Bradshaw, Sheldon
**Subject:** FW: Draft Letter

Sheldon Bradshaw
Associate General Counsel
Chief Counsel
Food & Drug Division, OGC
Sheldon.Bradshaw@fda.gov

This e-mail message is intended for the exclusive use of the recipient(s) named above. It may contain information that is protected, privileged, or confidential, and it should not be disseminated, distributed, or copied to persons not authorized to receive such information. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think you have received this e-mail message in error, please e-mail the sender immediately at Sheldon.Bradshaw@fda.gov.

**TUMMINO-1922**



Letter to
Barr.doc (64 KB)

TUMMINO-1923

**Ganley, Charles J**

| | |
|---|---|
| **From:** | Ganley, Charles J |
| **Sent:** | Tuesday, September 06, 2005 7:40 AM |
| **To:** | CDER-OND-560-ALL; Jenkins, John K; Bull, Jonca |
| **Subject:** | FYI:  Plan B decision |

-----Original Message-----
**From:** Frank Davidoff [mailto:fdavidoff@cox.net]
**Sent:** Saturday, September 03, 2005 12:22 PM
**To:** letters@nytimes.com
**Cc:** Wood, Alastair; Ganley, Charles; Lyons, Darrell
**Subject:** Plan B decision

September 3, 2005

The Times

letters@nytimes.com

To the editor:

As one of 23 FDA advisory committee members who voted in December 2003 to approve over-the-counter availability of emergency contraception (Plan B), I am appalled by the FDA commissioner's recent, flagrantly political "non-decision" to defer approval further. I have, in sadness, therefore joined Dr. Susan Woods, who resigned her FDA staff position in protest (1), by resigning from my consultant position to this important agency. Plan B is effective and safe; OTC availability leads to neither avoidance of regular contraceptive use nor increased promiscuity. And contrary to the fiction now widely disseminated by critics of OTC availability, the data overwhelmingly indicate that the drug prevents fertilization, rather than preventing development of fertilized eggs (2). In fact, OTC availability could prevent the demand for thousands of therapeutic abortions in the US every year. What will it take for the citizens of this country to restore rational, science-based decision-making to the FDA?

Sincerely yours,

Frank Davidoff, MD, MACP

27

**TUMMINO-7509**

Editor Emeritus, *Annals of Internal Medicine*

143 Garden Street

Wethersfield, CT  06109

Phone: 860-529-8330

Word count: 150

References

1)    Harris G. Official quits on pill delay at the FDA. NY Times, September 1, 2005.

2)    Croxatto HB. Emergency contraception pills: how do they work? IPPF Medical Bulletin. December 2002;volume 36, Number 6.

TUMMINO-7510

### Plan B Advisory Committee Meeting Agenda
### December 16, 2003

**Introduction**

Plan B was approved for prescription use on July 28, 1999 for the following indication:

Plan B® is an emergency contraceptive that can be used to prevent pregnancy following unprotected intercourse or a known or suspected contraceptive failure. To obtain optimal efficacy, the first tablet should be taken as soon as possible within 72 hours of intercourse. The second tablet should be taken 12 hours later.

Two major studies were the basis for the FDA's approval. Both were double-blind randomized trials comparing the Plan B levonorgestrel regimen of emergency contraception to the "Yuzpe regimen", a combined levonorgestrel and ethinyl estradiol regimen. Plan B demonstrated efficacy compared to the Yuzpe regimen, which led to its approval for marketing as a prescription drug. The efficacy of Plan B when dosed appropriately is not an issue for discussion at this meeting.

Women's Capital Corporation, the applicant for the original prescription NDA, submitted an application for Plan B's switch from prescription to non-prescription status in April 2003. The purpose of this advisory committee meeting is to discuss whether Plan B meets regulatory requirements for non-prescription marketing.

**Regulatory Requirements for non-prescription marketing**

The Durham-Humphrey Amendment to the Federal Food, Drug, and Cosmetic Act was enacted in 1951 and formally differentiates between prescription and non-prescription drugs. This is articulated in the Code of Federal Regulations 21 CFR 310.200(b) which states:

"Any drug limited to prescription use under section 503(b)(1)(C) of the act shall be exempted from prescription-dispensing requirements when the Commissioner finds such requirements are not necessary for the protection of the public health by reason of the drug's toxicity or other potentiality for harmful effect, or the method of its use, or the collateral measures necessary to its use, and he finds that the drug is safe and effective for use in self-medication as directed in proposed labeling".

This provides that a drug be sold without a prescription if it is safe and if adequate directions for use can be written which are readily discernible by a layperson. There are several questions that must be answered in order to determine whether a product is suitable for a prescription to non-prescription switch. These questions include:

Does the product have:
- An acceptable safety profile based on prior prescription marketing experience

TUMMINO-10137

- Low misuse and abuse potential
- Reasonable therapeutic index of safety

And

- Can the condition be adequately self-recognized and successfully self-treated with minimal health care provider intervention
- Do the benefits from the switch clearly outweigh the risks
- Is the self-treatment product safe and effective during consumer use

If the answers to the above questions are yes, then the proposed product meets regulatory requirements for safety and effectiveness and is a candidate for non-prescription marketing.

The switch of a prescription drug to non-prescription status requires a review of the post marketing safety data and a determination that consumers can adequately use the product in a non-prescription setting. Other types of data that may be necessary for a prescription to non-prescription switch can include clinical studies (depending on the indication and whether the proposed switch dose has been studied), further safety studies, label comprehension studies and actual use studies. Label comprehension studies and actual use studies may be necessary to demonstrate that consumers understand when and how to use a product. During the development of Plan B for possible non-prescription marketing, the sponsor identified several issues that would need to be addressed:

- Proper self-selection for use
- Correct use at proper intervals
- Correct use by people with low literacy
- Use by women who are already pregnant
- Impact on use of more effective methods of birth control

The sponsor conducted and submitted the following studies to address these issues: a labeling comprehension study, an actual use study. In addition, the sponsor compiled information on postmarketing safety, submitted a search of the literature and a draft proposed non-prescription label.

This briefing package summarizes the review of submitted materials performed by the Division of OTC Drug Products and the Division of Reproductive and Urologic Drug Products.

As Advisory Committee members consider the information provided in this briefing document and in the meeting presentations they should prepare to address the Discussion Points listed below.

TUMMINO-10138

### Draft Discussion Points

*The actual use study (AUS) was conducted in five family planning clinic settings across five states and five pharmacy stores in the state of Washington. A total of 585 subjects ages 14-44 years were enrolled from family planning clinics (94%) and pharmacy stores (6%) in the United States. Subjects were only allowed to purchase one package of Plan B, but were allowed additional purchases after undergoing a re-enrollment process. The duration of the study was 4 weeks.*

1. Does the AUS demonstrate that consumers used the product as recommended in the proposed labeling?

2. Are the data from the AUS generalizable to the overall population of potential non-prescription users of Plan B?

3. Based on the data from the AUS and the review of the literature, is there evidence that non-prescription availability of Plan B leads to substitution of emergency contraception for the regular use of other contraceptive methods?

4. Do the data presented in the NDA demonstrate that Plan B is safe for use in the non-prescription setting?

5. Are the sponsor's plans for introduction of Plan B into the non-prescription marketplace adequate with respect to consumer access and safe use? In answering this question, you may consider other distribution mechanisms such as non-prescription restricted distribution.

6. Based on the data presented in the NDA, do you recommend that Plan B be switched from prescription to non-prescription status?

   a) If yes, are there any additions or modifications you would recommend with regard to the proposed labeling and distribution plan?

   b) If no, what additional information would be required?

TUMMINO-10139

# Food and Drug Administration
## Center for Drug Evaluation and Research

## Nonprescription Drugs Advisory Committee (NDAC)
in joint session with the
## Advisory Committee for Reproductive Heath Drugs (ACRHD)

Hilton, 620 Perry Parkway, Gaithersburg, Maryland

| **Agenda** | | **December 16, 2003** |
|---|---|---|

| | | |
|---|---|---|
| 8:00 | Call to Order and Opening Remarks | Louis R. Cantilena, Jr., M.D., Ph.D. Chair, NDAC |
| | Introduction of Committee | |
| | Conflict of Interest Statement | Karen M. Templeton-Somers, Ph.D. Executive Secretary, NDAC |

*NDA 21-045, proposing over-the-counter (OTC) use of Plan B (levonorgestrel), Women's Capitol Corporation, for reducing the chance of pregnancy after unprotected sex*

| | | |
|---|---|---|
| 8:10 | **Opening Remarks** | Sandra Kweder, M.D. Deputy Director, Office of New Drugs, FDA |
| 8:15 | **Introduction to the Issues** | Curtis Rosebraugh, M.D., M.P.H. Deputy Director, Division of Over-the-Counter Drug Products, FDA |
| 8:30 | **Sponsor Presentation** | **Women's Capitol Corporation** **Barr Research** |
| | Background Review How Plan B Works Rationale for OTC Switch | Carole Ben-Maimon, M.D. President and Chief Operating Officer Barr Research |
| | ACOG Presentation | Vivian Dickerson, M.D. American College of Obstetricians and Gynecologists Director, Obstetrics and Gynecology University of California-Irvine Medical Center |
| | Clinical Trials    Label Comprehension    Actual Use | Carole Ben-Maimon, M.D. |
| | Health Consequences of Plan B OTC | David Grimes, M.D. Vice President of Biomedical Affairs Family Health International Department of Obstetrics and Gynecology University of North Carolina School of Medicine |
| | CARE[SM] Program | Carole Ben-Maimon, M.D. |
| 9:30 | Questions to the Sponsor from the Committee | |
| 9:45 | Break | |

**TUMMINO-10520**

| 10:00 | **FDA Presentation** | |
|---|---|---|
| | Safety Review | Daniel Davis, M.D.<br>Medical Officer<br>Division of Reproductive and Urologic<br>Drug Products |
| | Plan B Label Comprehension Study | Karen Lechter, J.D., Ph.D.<br>Social Science Analyst<br>Division of Surveillance, Research and<br>Communication Support<br>Office of Drug Safety |
| | Plan B Actual Use and Behavior Studies | Jin Chen, M.D., Ph.D.<br>Medical Officer<br>Division of Over-the-Counter Drug Products |

| 10:50 | Questions to the FDA from the Committee |
|---|---|
| 11:00 | **Open Public Hearing** |
| 12:30 | Lunch |
| 1:30 | **Committee Discussion** |
| | **Questions to the Committee** |
| 3:30 | Break |
| 5:00 | **Adjourn** |

**TUMMINO-10521**

when we generalize this out I have concerns because the study was really done in a somewhat artificial environment, and I understand the limitations on an actual use.

But I think we could have had it more actual and in an actual use. So I'm not convinced that as in terms of information we have on hand, that it would be generalizable to the general population.

So the vote tally for Question No. 2 is 27 yes and one no.

Okay. I think what I'd like to do here to speed things along a little bit is to do Question 3 by a show of hands, and then depending on how the vote comes out, we will have to identify those individuals voting, and of course, after the vote you are free to comment as well.

Number 3, based on the actual use study and literature review, is there evidence that non-Rx availability of Plan B leads to substitution of emergency contraceptive for the regular use of other methods of contraception.

Let us word this correctly. Okay. We are going to compromise. Dr. Templeton-Somers is very persuasive, and for her ability to record the minutes accurately, we'll just go around the table. I think it will be easier for her.

And, again, it's a yes/no, and then your comments if you feel like you need to comment, and we'll start over on this side. Dr. Hager.

DR. HAGER: No.

CHAIRMAN CANTILENA: Dr. Lam.

DR. LAM: No, based on some of the contraceptive behavior studies presented this morning by the FDA.

CHAIRMAN CANTILENA: Thank you.

TUMMINO-10754

UNITED STATES OF AMERICA                                                    Page 262 of 264

rebate policy or something like that.

CHAIRMAN CANTILENA:  Okay, and are there any specific suggestions for Phase 4?

DR. LIPSHULTZ:  No.  I think I agree with Phase 4 suggestions.

CHAIRMAN CANTILENA:  Okay.  Dr. Hager.

DR. HAGER:  I am opposed, vote no, and I agree with the, if it is approved, for the post marketing strategies that have already been voiced.

CHAIRMAN CANTILENA:  Okay, and the Chair votes actually no on this for the following reasons.  The label comprehensive study was, I think, an overall failure.  It was approved for the actual use, and there was, I think, an improved track record in the actual use.

However, my concern with the actual use is it doesn't accurately reflect what will likely be the most common setting for this product based on what we've heard.  So the actual use was not as close as possible to what we think will actually happen with the drug.

However, I do applaud the sponsor.  I do applaud the effort.  There is, you know, a need, clearly.  I think we can do a lot to improve the communication to the lowering the literacy, which was I think horrible in a word.

And the issues of access, I understand the FDA has handcuffs on in terms of how much the company charges, but I think that's something that I think you've heard from all of us.  We have a concern for that.

So let me read the tally, the final tally.  There were 27 votes on Question 6 and 23 yes, four no, zero abstained.

Okay.  Are there any other issues that the FDA would like to hear

TUMMINO-10792

# Comment Summary

### FDA's Advanced Notice of a Proposed Rulemaking on September 1, 2005

### Drug Approvals: Circumstances under which an Active Ingredient May Be Simultaneously Marketed in Both a Prescription Drug Product and an Over-the-counter Drug Product

## Final

## May 19, 2006

**Prepared for**
**U.S. Food and Drug Administration**
**Office of the Commissioner**
**Office of Policy**
**Rockville, MD**

**Prepared by ICF International**
**Fairfax, VA**

TUMMINO-10816

## Preface

This document summarizes comments the U.S. Food and Drug Administration (FDA) received in response to its Advanced Notice of a Proposed Rulemaking (ANPRM) published in the *Federal Register* on September 1, 2005 (70: 52050-52051). The ANPRM requested comments in response to seven questions about circumstances under which an active ingredient may be simultaneously marketed in both a prescription drug product and an over-the-counter (OTC) drug product. By the deadline, November 1, 2005, FDA received approximately 47,000 comments, including 17 different form letters. The focus of this report is on comments responsive to the ANPRM questions. Nearly all of the comments addressed miscellaneous issues outside the scope of the ANPRM questions (e.g., included comments regarding approval of a specific drug product). Comments regarding these miscellaneous issues are summarized in sections 1, 2, 10, and 11, albeit in less detail.

In short, ICF's approach to develop this summary involved the following steps:

(1) Review of the comments or representative form letters to identify those comments responsive to the ANPRM questions.

(2) Tracking of the comments' positions on each question and the issues or categories of arguments presented, using CommentWorks[SM] software.

(3) Extract responsive and substantive arguments' excerpts and assign them to issues in the CommentWorks[SM] databases.

(4) Sort the comment excerpts by issue to prepare this summary.

Appendix A of this report contains a table that shows the total counts of comments that addressed

| ANPRM Question | Section in Summary and Issue Outline |
|---|---|
| 1.A Should FDA initiate a rulemaking to codify its interpretation of section 503(b) of the Act regarding when an active ingredient can be simultaneously marketed in both a prescription drug product and an OTC drug product? | 3 |
| 1.B Is there significant confusion regarding FDA's interpretation of section 503(b) of the act? | 4 |
| 1.C If so, would a rulemaking on this issue help dispel that confusion? | 5 |
| 2.A If FDA limited sale of an OTC product to a particular subpopulation, e.g., by making the product available to the subpopulation by prescription only, would FDA be able to enforce such a limitation as a matter of law? | 6 |
| 2.B If it could, would it be able to do so as practical matter and, if so, how? | 7 |
| 3.A Assuming it is legal to market the same active ingredient in both a prescription and OTC product, may the different products be legally sold in the same package? | 8 |
| 3.B If the two products may be lawfully sold in a single package, under what circumstances would it be inappropriate to do so? | 9 |

each issue. The counts are based on issue coding of 18,000 comments in the CommentWorks[SM] database, to which were added the quantity of associated "bundled" form letters. Appendix B of this report is a list of studies or technical publications that were cited in the comments.

May 19, 2006

iv

TUMMINO-10820

Case 1:05-cv-00366-ERK-VVP Document 235-2 Filed 03/31/07 Page 19 of 111 PageID #: 6574



# U.S. Food and Drug Administration



FDA Home Page | Search FDA Site | FDA A-Z Index | Contact FDA | FDA Centennial

---

# *FDA Statement*

**FOR IMMEDIATE RELEASE**
Statement
July 31, 2006

**Media Inquiries:**
FDA Press Office, 301-827-6242
**Consumer Inquiries:**
888-INFO-FDA

## FDA Announces Framework for Moving Emergency Contraception Medication to Over-the-Counter Status
### Duramed and FDA to Meet Immediately

FDA announced today it is proceeding to work with Duramed, a subsidiary of Barr Pharmaceuticals, to resolve the remaining policy issues associated with the marketing of Plan B as an over-the-counter option. The Agency and the Sponsor will discuss the Sponsor's proposed restricted distribution and risk management plan as part of the framework for potential approvability as a non-prescription product for women ages 18 and older. FDA and the Sponsor have agreed to meet immediately to discuss the approvability of the Sponsor's amended application and the framework by which this medicine can be made available over-the-counter. The Agency hopes that as both sides are committed to working diligently through these issues, the process can be wrapped up in a matter of weeks.

Plan B is often referred to as emergency contraception or the "morning after pill." It contains an ingredient used in prescription birth control pills—only in the case of Plan B—each pill contains a higher dose and the product has a different dosing regimen. Like other birth control pills, Plan B is currently available to all women as a prescription drug.

In the letter to Duramed, the Agency communicated its plan to proceed working with the Sponsor in order to move Plan B from prescription only to over-the-counter status for woman ages 18 and older. The steps FDA has taken with respect to this application and the letter it issued to the Sponsor of Plan B today underscores FDA's commitment to public health and safety.

This decision is the result of a thoughtful and comprehensive scientific and public policy process undertaken by the Agency to resolve the novel and significant issues presented by the Sponsor's amended application. Foremost in the Agency's concerns is to establish a framework that strikes a balance between providing access to medicines considered safe and effective and ensuring the right policies are in place to promote their safe use. The Acting Commissioner, Dr. Andrew von Eschenbach, believes resolving this public health issue is an important step in moving the Agency's broad and critical agenda forward.

Letter issued 7.31.06 to Duramed Research (subsidiary of Barr Pharmaceuticals)
http://www.fda.gov/oc/planb/duramed073106.html
Summary Report of Comments Received in Response to ANPRM
http://www.fda.gov/cder/drug/infopage/planB/default.htm

####

RSS Feed for FDA News Releases [what's this?]

---

**TUMMINO-10864**

Case 1:05-cv-00366-ERK-VVP    Document 235-2    Filed 03/31/07    Page 20 of 111
PageID #: 6575

Get free weekly updates about FDA press releases, recalls, speeches, testimony and more.

Media Contacts   |   FDA News Page
FDA Home Page | Search FDA Site | FDA A-Z Index | Contact FDA | Privacy | Accessibility

FDA Website Management Staff

TUMMINO-10865

MEMORANDUM

DATE:       8/23/06

FROM:       Dr. Andrew C. Von Eschenbach
            Acting Commissioner
            United States Food and Drug Administration

TO:         NDA 21-045, S-011

SUBJECT:    Appropriate age restriction for Plan B®

This memorandum regards Barr Laboratories' (Barr or the sponsor[1]) supplemental new drug application (sNDA) dated April 22, 2003, and Barr's subsequent amendments, including its amended sNDA dated August 17, 2006. Barr's most recent sNDA requests that FDA switch Plan B's prescription (Rx) status to non-prescription for women 18 years of age and older, and to have Plan B® remain Rx for girls under 18 years of age.

In an August 26, 2005 memo written by Dr. Steven Galson, the Director of the Center for Drug Evaluation and Research (CDER), CDER found that for women 17 and older the existing Rx dispensing requirements for Plan B® are not necessary to protect the public health and that an Rx-only to non-prescription switch for those consumers is authorized under 21 U.S.C. 353(b)(3) and 21 CFR 310.200. CDER also determined, however, that Barr had not established that Plan B® could be used safely and effectively by young adolescents – girls 16 and younger – for emergency contraception without the professional supervision of a practitioner licensed by law to administer the drug. As a result of this scientific conclusion (with which I concur), Plan B® may not lawfully be made available without a prescription to this group under section 503(b) of the Federal Food, Drug, and Cosmetic Act.

In considering the difficulty of enforcing an age-based restriction on the availability of this oral hormonal contraceptive, I have concluded that 18 (rather than 17) is the more appropriate cutoff point to best promote and protect the public health. The state-regulated pharmacies that will be dispensing Plan B® under Barr's voluntary CARE[SM] program (as well as society as a whole) are more familiar with 18 as a cutoff age. I understand that in all 50 states, 18 is the age of majority (i.e., the legal delineation between minor and adult), and retail outlets, including pharmacies, are familiar with using 18 as the age restriction for the sale of certain products. With regard to drug products, for example, the legal age to purchase FDA approved non-prescription nicotine replacement therapy products is 18. Moreover, I also understand that as a matter of state law many products routinely sold by pharmacies, e.g., tobacco products and non-prescription cough-cold products like pseudoephedrine, are restricted to consumers 18 and older.

---

[1] The current applicant for the Plan B sNDA is Duramed Research Pharmaceuticals (Duramed), a wholly-owned subsidiary of Barr. For ease of reference, this memo will refer to both entities as Barr.

TUMMINO-10866

This approach builds on well-established state and private-sector infrastructures to restrict certain products to consumers 18 and older. Indeed, the agency selected 18 as the appropriate age for non-prescription nicotine replacement therapy products, in part, because the States had already uniformly restricted the sale of tobacco products to those 18 and older. By so doing, FDA was able to utilize the existing state-created infrastructure limiting the sale of tobacco products to minors to ensure the enforcement of its age-based restriction on non-prescription nicotine replacement therapy products. Here, Barr's CARE$^{SM}$ program specifically utilizes state-licensed pharmacies to implement its restricted distribution plan. Given this fact, and the existing experience pharmacies have enforcing the age-based restriction of 18, I have determined that to best protect and promote the public health non-prescription Plan B$^{®}$ should be available for ages 18 and above.

Leveraging well-established state and private-sector infrastructures will allow for comprehensive and effective enforcement of the age-based restrictions. As a result, this approach should minimize the likelihood that younger girls for whom Plan B$^{®}$ has not been found safe and effective for non-prescription use will have access to the product without professional supervision. Therefore, this approach should help ensure safe and effective use of the product.

TUMMINO-10867

MEMORANDUM

DATE:       August 24, 2006

FROM:       Steven Galson, MD, MPH
            Director, Center for Drug Evaluation and Research

TO:         NDA 21-045, S-011

SUBJECT:    Plan B®

I.    **Introduction**

On April 16, 2003, Barr Pharmaceuticals (Barr or the sponsor[1]) submitted a supplement to NDA 21-045 to switch Plan B®, (levonorgestrel) Tablets, 0.75 mg, to over-the-counter (OTC) status. The supplement, S-011, submitted under section 505(b) of the Federal Food, Drug, and Cosmetic Act (the Act), was received April 23, 2003. On May 6, 2004, I issued a Not Approvable letter because the supplement did not contain data demonstrating that the product was safe and effective for OTC use by women under age 16.

On July 21, 2004, Barr resubmitted its supplement to NDA 21-045, S-011, seeking to switch Plan B®'s prescription (Rx) status to OTC for women 16 years of age and older, and to have Plan B® remain Rx for women under 16 years of age. This resubmission of July 21, 2004, constituted a complete response to our May 6, 2004, Not Approvable letter. The resubmitted supplemental new drug application proposed to switch Plan B® to OTC status for women ages 16 years or greater and maintenance of prescription status for women under age 16.

On August 26, 2005, then Commissioner Lester M. Crawford, DVM, PhD, sent the sponsor a letter indicating that the Center for Drug Evaluation and Research (CDER) had completed its review of the application, as amended, and had concluded that the available scientific data are sufficient to support the safe use of Plan B® as an OTC product, but only for women who are 17 years of age and older.

The letter went on to state, however, that the Agency was unable, at that time, to reach a decision on the approvability of the application because of unresolved issues that related to the NDA. The letter mentioned three issues: whether the same active ingredient could be marketed both Rx and OTC based solely on the age of the individual using the drug; how, as a practical matter, an age-based distinction could be enforced; and whether the Rx and OTC versions of the same active ingredient may be marketed in a single package. The letter also stated that the agency had decided to ask for public comments on whether we should initiate a rulemaking to codify our interpretation of section 503(b) of the Federal Food, Drug, and Cosmetic Act regarding when an active ingredient can be

---

[1] The current applicant for the Plan B sNDA is Duramed Research Pharmaceuticals, a wholly-owned subsidiary of Barr. For ease of reference, this memo will refer to both entities as Barr.

simultaneously marketed in both a prescription drug product and an OTC drug product through an advance notice of proposed rulemaking (ANPRM) that published on September 1, 2005 (70 FR 52050). The comment period closed on November 1, 2005, and the agency received about 47,000 comments. The agency hired a contractor to summarize and categorize the comments and the contractor submitted a final report on May 19, 2006.

On July 31, 2006, Dr. Andrew von Eschenbach, Acting Commissioner of Food and Drugs, sent the sponsor a letter indicating that the agency had reviewed the comments received in response to the ANPRM and determined it was not necessary to engage in rulemaking to resolve the novel regulatory issues raised by the application and that we were now proceeding with further evaluation of the application.

CDER staff met with the sponsor on August 8, 2006, and discussed how to address the issues raised in Dr. von Eschenbach's letter regarding the restriction on OTC sales of Plan B® to ages 18 and over, the packaging of prescription and OTC Plan B® in one package, and the Convenient Access Responsible Education (CARE℠) Program.

On August 17, 18, and 23, 2006, the sponsor amended its application to propose revisions to the labeling and to the CARE℠ Program.

## II.    Approval Standards

FDA must require Rx dispensing of any drug that is not safe for use "except under the supervision of a practitioner licensed by law to administer such drug."[2] A drug sponsor may submit a supplemental application to "switch" a drug that FDA has already approved for Rx use to OTC status. FDA will grant a supplemental application to "switch" when it finds that Rx dispensing is:

> not necessary for the protection of the public health by reason of the drug's toxicity or other potentiality for harmful effect, or the method of its use, or the collateral measures necessary to its use, and . . . the drug is safe and effective for use in self-medication as directed in proposed labeling.[3]

Such switch applications generally include data from actual use and labeling comprehension studies to demonstrate that the product can be safely and effectively used without the supervision of a practitioner licensed by law to administer the drug. FDA may approve an NDA application only when, among other things, the investigations submitted in the application include adequate tests showing whether or not the drug is *safe for use under the conditions prescribed, recommended, or suggested in the proposed labeling* and when there is sufficient information to determine from the application whether the drug is safe for use.[4]

---

[2] 21 U.S.C. § 353(b)(1).
[3] 21 C.F.R. § 310.200(b).
[4] See 21 U.S.C. § 355(d).

2

TUMMINO-10869

## III.    Findings

I have completed my review of this application, as amended, and have concluded that adequate information has been presented to demonstrate that the drug products are safe and effective for use under the conditions set forth in the draft labeling submitted August 23, 2006. My previous memoranda on this application (May 6, 2004, and August 25, 2005) describe my reasoning for concluding that Plan B® is safe and effective for OTC use for ages 17 and older, but, in the absence of additional data demonstrating that it is safe and effective for OTC use in women under 17, it must remain Rx for this age group.[5] This memorandum addresses the three issues raised in Dr. von Eschenbach's July 31, 2006 letter: the age 18 restriction, the packaging of the product, and the CARE[SM] program.

### A.  Restriction to Rx Use for Women Under 18

Regarding the restriction on OTC use to age 18 and older, Dr. von Eschenbach decided that this was the appropriate age for OTC use for the reasons described in his memorandum of August 23, 2006. I have read that memorandum and, although I previously concluded that OTC use should be restricted to women 17 or older, I have now determined that for the reasons Dr. von Eschenbach outlines, the approval of this application should reflect a restriction to OTC use for those age 18 and older.

### B.  Packaging

Regarding the packaging of the Rx and OTC products in a single package, Barr has proposed to package Plan B® in a package that is designed to satisfy both the Rx and OTC labeling requirements. On the front of the package, the statement will appear: "Rx only for age 17 and younger." In addition, the package will have the Drug Facts box required for all OTC products, and will have space for a pharmacist to apply the standard prescription drug labeling before dispensing the product pursuant to a prescription. These proposals make it clear that the product is Rx for age 17 and younger, and OTC for ages 18 and older, satisfying the requirements of section 503(b)(4)(A) of the Act that a drug that is subject to the prescription requirement in section 503(b)(1) bear the "Rx

---

[5] As I noted in my August 26, 2005, memo, various CDER reviewers recommended that Plan B® should be switched OTC for the entire population of women who might use the product, including women under age 18. Similar views were expressed by various CDER reviewers in this review cycle (see for example, August 22, 2006, review of the Director, Office of New Drugs, the Director, Office of Nonprescription Products (ONP), and the Acting Director, Office of Drug Evaluation III). For the same reasons described in my August 26, 2005, memo, I do not agree with those recommendations.

I would, however, like to clarify for the record a statement in my August 25, 2005 memo. On page 5, I stated that if Plan B® was used routinely for contraception (a use inconsistent with the labeling), the well-known risks associated with hormonal contraceptives, such as blood clots and stroke, are likely to be higher than with the use of other contraceptives. While it would be inappropriate to use Plan B® for routine contraception because this dose of levonorgestrel has not been shown to be safe and effective for such a use, the relationship between progestin-only oral contraceptives, such as levonorgestrel, and strokes and blood clots has not been fully defined. This clarification does not change my view that the sponsor did not establish that Plan B® can be used safely and effectively by women under 17 without the supervision of a licensed practitioner.

3

TUMMINO-10870

only" symbol. Because section 503(b)(1) applies here, section 503(b)(4)(B), does not. Section 503(b)(4)(B) states: "A drug to which paragraph (1) does not apply shall be deemed to be misbranded if at any time prior to dispensing the label of the drug bears the symbol described in subparagraph (A) [the "Rx only" symbol]."

Furthermore, there are important policy reasons for approving this packaging configuration related to implementing the restriction of the OTC product to ages 18 and over. Because the package will be labeled with the "Rx only" symbol, State and Federal law will require that the packages be dispensed only by pharmacies and other healthcare providers such as physicians and clinics authorized to dispense prescription drugs. The product will not be available through convenience stores and gas stations because they will not be authorized to sell the prescription product. As described in the CARE$^{SM}$ program, wholesale distributors and retail chain drug stores confirmed to the sponsor that they will distribute Plan B$^®$ only to licensed pharmacies or heath care clinics. Furthermore, since Plan B$^®$ has both Rx and OTC labeling, pharmacies will keep Plan B$^®$ behind-the-counter, and either a prescription or government-issued proof of age will be presented before sale of the product.

## C. The CARE$^{SM}$ Program

In its July 2004 submission, Barr submitted proposed labeling that included a consumer information leaflet that elaborates on the information contained on the Plan B$^®$ outer carton and inner packaging. Among the important information that is included in the consumer information leaflet is information about how Plan B$^®$ works, when it is appropriate to use Plan B$^®$, how often it should be used, side effects and warnings, and directions for use. In addition, Barr Laboratories proposed an educational program (Convenient Access Responsible Education Program, CARE$^{SM}$) with the following elements: (1) labeling, packaging, web site, and informational 24-hour toll-free number, (2) education initiatives for healthcare providers and pharmacists, (3) distribution plans, and (4) monitoring efforts to assess whether the Rx/OTC age distinction is understood and adhered to.

In response to Dr. von Eschenbach's letter of July 31, 2006, describing several issues that he asked be addressed concerning the enforceability of the age restriction, representatives from CDER met with Barr to discuss proposed changes to the CARE$^{SM}$ program to address these concerns. On August 17 and 18, and 23, 2006, Barr submitted amendments to Supplement O11 proposing changes to the CARE$^{SM}$ program.

Specifically, Barr:

- Made changes throughout the program to reflect that Plan B$^®$ would be made available only by prescription to women age 17 and younger and would be made available OTC to those age 18 and older who show a government-issued identification of their age.
- Clarified that wholesale distributors and chain drug companies will only distribute Plan B$^®$ to licensed pharmacies or other licensed healthcare clinics.
- Clarified that since Plan B$^®$ will be labeled as both Rx and OTC, pharmacies will keep the product behind the counter to effectuate the restriction of the OTC

4

TUMMINO-10871

product to ages 18 and older.
- Clarified that if violations of the age restriction are observed, the sponsor will increase its educational efforts regarding the age restriction and focus on improving the level of understanding among pharmacists and pharmacy staff, and will also report repeat violators to the relevant State Boards of Pharmacy.[6]
- Committed to report to FDA the results of its surveys to provide signals of program effectiveness and potential problems, and the point-of-purchase monitoring program to determine whether the Rx requirement for those ages 17 and younger is being adhered to at the point of purchase. These results will be reported to FDA at six-month intervals beginning 30 calendar days after the six-month interval commencing on the date of the approval of the amended sNDA.
- Made additional editorial and clarifying changes to the CARE$^{SM}$ program to reflect changes in packaging.

I have determined that with the changes the sponsor has proposed, the CARE$^{SM}$ program is adequate to support my finding that Plan B$^{®}$ can be safely distributed in the package configuration proposed by Barr.

To ensure that Plan B$^{®}$ will be used safely and effectively by Rx consumers age 17 and below and OTC consumers age 18 and above, the sponsor has agreed to the following activities:

- Monitor trends in the use of emergency contraception to evaluate the effectiveness of the CARE$^{SM}$ program. Specifically, the sponsor agreed to conduct a market research survey or surveys of a subset of healthcare professionals annually, and when practicable, in collaboration with established professional groups. These surveys will be designed to determine whether the Rx requirement for those ages 17 and younger is being adhered to at the point of purchase and to provide signals of program effectiveness and potential problems

---

[6] I disagree with the recommendation by the Office of Surveillance and Epidemiology (OSE) that the CARE$^{SM}$ program should require the sponsor to notify FDA instead of the State Boards of Pharmacy when pharmacists repeatedly fail to comply with the age restriction (OSE Plan B$^{®}$ CARE$^{SM}$ Program Review Team Review, August 22, 2006). The Director, ONP, accepted OSE's recommendation (Director, ONP Review, August 22, 2006). OSE explained that it believed such a measure of monitoring the compliance with the age restriction was "overly punitive" and may have a negative impact on the availability of this product OTC. OSE states that a lack of pharmacy compliance may be reflective of an inadequate education plan and this information could be used as an opportunity to improve and/or revise the CARE$^{SM}$ program. I disagree that the sponsor's proposal is overly punitive, or that it is proposed as a substitute for adequate education. The CARE$^{SM}$ program states that "findings from the [point-of-purchase] study will be communicated to the pharmacy and the corporate office, if appropriate, since education and retraining will be the first course of remedial action." (CARE$^{SM}$ Program, August 22, 2006, p. 11) The plan states that only in the case of repeat violators will the violator's State Board of Pharmacy be notified. (Id.) Furthermore, these reports to a State Board of Pharmacy do not mean that FDA will not be informed of violations. The CARE$^{SM}$ program provides that the sponsor will report to FDA periodically the findings of the point-of-purchase monitoring program. I believe the sponsor's proposed approach to monitoring will increase the likelihood that pharmacists will dispense Plan B$^{®}$ appropriately, and it is within the sponsor's discretion to propose such action.

5

TUMMINO-10872

associated with consumers' understanding of the purpose and proper use of Plan B®.

- Using relevant survey data regularly collected by others (e.g., Centers for Disease Control's Behavioral Risk Factor Safety Surveillance (CDC BRFSS), Youth Risk Behavior Safety Surveillance (YRBSS)), to monitor for potential indicators that Plan B® is being used in an inappropriate manner. Potential areas of monitoring and reporting include evaluating possible correlations between increases in sexually transmitted infections (STIs) based on geographic areas and data and trends in pregnancy and/or abortion rates based on geographic areas.
- Conduct a "Point-of-Purchase Monitoring Program" to track how Plan B® is being sold at the time of purchase, including using anonymous shoppers who will be directed to visit locations where Plan B® is available and purchase the product. Using the data collected, the sponsor will document and analyze the level of comprehension of the Plan B® prescription age requirement and how it is handled at the point of purchase. The program will be conducted twice in the first year and annually thereafter. The sponsor will report repeat violators to the relevant State Boards of Pharmacy.
- Report to FDA on the results of these activities on a six-month interval beginning 30 calendar days after the six-month interval commencing on the date of the approval of the amended sNDA.

Finally, I note and agree with the other elements of the CARE[SM] program described in the submission of August 23, 2006, which are designed to help ensure compliance with the approved labeling, and particularly the restriction of OTC use to ages 18 and older. The program includes the following elements:

- The sponsor and third party distributors, wholesalers, and chain drug companies will only distribute Plan B® to licensed pharmacies or other licensed healthcare clinics. As a result, Plan B® will not be sold at gas stations or convenience stores. Given that Plan B® will have both Rx and OTC labeling, the pharmacies will keep Plan B® behind-the-counter.
- The sponsor will conduct an education campaign that will focus initially on healthcare professionals (including prescribers and pharmacists) to raise awareness and knowledge levels about emergency contraception. The education campaign will clearly communicate the prescription age requirement and the appropriate use of emergency contraception. The campaign will include continuing education by certified professionals and educational materials (including websites and toll free numbers) that can be accessed easily and at any time.
- The sponsor will make available to State Boards of Pharmacy continuing education programs for use at annual meetings and other regional programs.
- The sponsor will provide to prescribers and healthcare professional associations materials for distribution to patients that will encourage patients to discuss any questions about emergency contraception with a healthcare professional.
- The sponsor plans to educate consumers, in part by targeting consumers ages 18 to 44 to convey critical awareness and educational messages as well as

6

TUMMINO-10873

information about product availability, time sensitivity of use, and the age requirements to obtain Plan B® as a prescription or OTC product.

I conclude that the CARE^SM program is sufficiently rigorous to prevent young women from obtaining Plan B® over-the-counter without the supervision of a practitioner licensed by law to prescribe the drug. Monitoring of the program's effectiveness will allow FDA to assess whether further modifications will be necessary to prevent inappropriate use of Plan B®.

## IV.    Conclusion

In conclusion, I find that Barr's sNDA, as amended most recently on August 23, 2006, meets the statutory standards for approval as set forth in 21 U.S.C. 355(d).

7

------------------------------------------------------------------------

**This is a representation of an electronic record that was signed electronically and
this page is the manifestation of the electronic signature.**

------------------------------------------------------------------------

/s/
------------------------
Leah Christl
8/23/2006 07:38:08 PM
CSO
I am entering this memo into DFS for signature
by Dr. Steven Galson. My signture is for
process purposes only.


Steven Galson
8/24/2006 07:17:59 AM
MEDICAL OFFICER

TUMMINO-10875

Case 1:05-cv-00366-ERK-VVP Document 235-2 Filed 03/31/07 Page 31 of 211 PageID #: 6586

**U.S. Food and Drug Administration**

*U.S. Department of Health and Human Services*

# FDA News

**FOR IMMEDIATE RELEASE**
P06-118
August 24, 2006

Media Inquiries:
Julie Zawisza, 301-827-6242
Consumer Inquiries:
888-INFO-FDA

## FDA Approves Over-the-Counter Access for Plan B for Women 18 and Older
## Prescription Remains Required for Those 17 and Under

The U.S. Food and Drug Administration (FDA) today announced approval of Plan B, a contraceptive drug, as an over-the-counter (OTC) option for women aged 18 and older. Plan B is often referred to as emergency contraception or the "morning after pill." It contains an ingredient used in prescription birth control pills--only in the case of Plan B, each pill contains a higher dose and the product has a different dosing regimen. Like other birth control pills, Plan B has been available to all women as a prescription drug. When used as directed, Plan B effectively and safely prevents pregnancy. Plan B will remain available as a prescription-only product for women age 17 and under.

Duramed, a subsidiary of Barr Pharmaceuticals, will make Plan B available with a rigorous labeling, packaging, education, distribution and monitoring program. In the CARE (Convenient Access, Responsible Education) program Duramed commits to:

- Provide consumers and healthcare professionals with labeling and education about the appropriate use of prescription and OTC Plan B, including an informational toll-free number for questions about Plan B;
- Ensure that distribution of Plan B will only be through licensed drug wholesalers, retail operations with pharmacy services, and clinics with licensed healthcare practitioners, and not through convenience stores or other retail outlets where it could be made available to younger women without a prescription;
- Packaging designed to hold both OTC and prescription Plan B. Plan B will be stocked by pharmacies behind the counter because it cannot be dispensed without a prescription or proof of age; and
- Monitor the effectiveness of the age restriction and the safe distribution of OTC Plan B to consumers 18 and above and prescription Plan B to women under 18.

Today's action concludes an extensive process that included obtaining expert advice from a joint meeting of two FDA advisory committees and providing an opportunity for public comment on issues regarding the scientific and policy questions associated with the application to switch Plan B to OTC use. Duramed's application raised novel issues regarding simultaneously marketing both prescription and non-prescription Plan B for emergency contraception, but for different populations, in a single package.

The agency remains committed to a careful and rigorous scientific process for resolving novel issues in order to fulfill its responsibility to protect the health of all Americans.

For more information on Plan B and today's action, please see:
http://www.fda.gov/cder/drug/infopage/planB/default.htm.

TUMMINO-10876

10/23/2006





**U.S. Food and Drug Administration**

**CENTER FOR DRUG EVALUATION AND RESEARCH**

Department of Health and Human Services

FDA Home Page | CDER Home Page | CDER Site Info | Contact CDER | What's New @ CDER

| CDER Home | About CDER | Drug Information | Regulatory Guidance | CDER Calendar | Specific Audiences | CDER Archives |

Search     GO   powered by Google™

# Plan B: Questions and Answers
## August 24, 2006

### 1. What is FDA announcing today?

FDA is announcing the approval of the emergency contraceptive drug Plan B as an over-the-counter (OTC) option for women aged 18 and older. A prescription-only form of Plan B will remain available for young women aged 17 and younger.

### 2. What is emergency contraception?

Emergency contraception is a method of preventing pregnancy after a contraceptive fails or after unprotected sex. It is not for routine use. These pills contain higher levels of a hormone found in daily oral hormonal contraceptives. FDA has approved two products for this prescription use – Preven (approved in 1998 but is no longer being marketed) and Plan B (approved in 1999).

### 3. What is Plan B?

Plan B is emergency contraception, a backup method to birth control. It is in the form of two levonorgestrel pills (0.75 mg in each pill) that are taken by mouth after a contraceptive fails or after unprotected sex. Levonorgestrel is a synthetic hormone used in birth control pills for over 35 years. Plan B can reduce the chances of a woman becoming pregnant when taken as directed if she has had unprotected sex. Prior to this action, Plan B was available only by prescription.

### 4. How does Plan B work?

Plan B works like a birth control pill to prevent pregnancy mainly by stopping the release of an egg from the ovary. It is possible that Plan B may also work by preventing fertilization of an egg (the uniting of sperm with the egg) or by preventing attachment (implantation) to the uterus (womb), which usually occurs beginning 7 days after release of an egg from the ovary. Plan B will not do anything to a fertilized egg already attached to the uterus. The pregnancy will continue.

### 5. Are there any side effects?

According to reports from clinical trials, some women will experience non-serious

TUMMINO-10878

side effects, such as nausea, stomach pain, headache, dizziness, or breast tenderness. These are similar to the side effects of regular birth control pills.

### 6. How should Plan B be administered?

Plan B should be taken orally as soon as possible and within 72 hours of unprotected sex. The second tablet should be taken 12 hours after the first tablet. Data shows Plan B is more effective the sooner treatment is started following unprotected sex.

### 7. How can I purchase over-the-counter Plan B?

Plan B will only be sold in pharmacies/stores staffed by a licensed pharmacist. In order to purchase Plan B over-the-counter, personal identification showing proof of age (18) is required. Plan B will be available behind the counter at the pharmacy in order to manage both prescription (17 years and under) and OTC (18 years and over) dispensing. This means Plan B will not be sold at gas stations or convenience stores, where other OTC products are routinely available.

### 8. What should I do if I have questions about Plan B?

If you have questions or need more information about Plan B from the company you should:

- Call the toll free number, 1-800-330-1271
- Visit their website www.go2planB.com

If you want more information about Plan B from FDA:

- Visit our Plan B Information page at:
  http://www.fda.gov/cder/drug/infopage/planB
- Call Drug Information at: 888-INFO-FDA (888-463-6332)
- Questions regarding previous regulatory actions regarding Plan B can be found on our web site at http://www.fda.gov/cder/drug/infopage/planB.

 ↑ Back to Top    ↖ Back to Plan B

Date created: August 24, 2006; Last updated: August 30, 2006

---

CDER Home Page | CDER Site Info | Contact CDER | What's New @ CDER
FDA Home Page | Search FDA Site | FDA A-Z Index | Contact FDA | Privacy | Accessibility | HHS Home Page

FDA/Center for Drug Evaluation and Research

TUMMINO-10879



**DEPARTMENT OF HEALTH & HUMAN SERVICES**                          Public Health Service

                                                                 Food and Drug Administration
                                                                 Rockville, MD 20857

21-045/S-011

Duramed Research, Inc.
Attention: Joseph A. Carrado, M.Sc., R.Ph.
            Vice President, Clinical Regulatory Affairs
One Belmont Ave, 11th floor
Bala Cynwyd, PA 19004

Dear Mr. Carrado:

Please refer to your supplemental new drug application dated April 16, 2003, received April 22, 2003, submitted under section 505(b) of the Federal Food, Drug, and Cosmetic Act for Plan B® (levonorgestrel) Tablets, 0.75 mg.

We also acknowledge receipt of your submissions dated July 25 (3), and 31, August 8 (2), September 4, 8, 9, and 15, October 6, 10, 15 (2), 17, 21, 24, 29, 30, and 31, December 3, and 9, 2003; January 9, and 30, February 6, 10, 13, 20, and 24, March 11 and 26, May 6 and 11, June 30, July 21, 2004; January 6, 12, 13, 14, 18, 19 and 21, and August 26, 2005; and August 2, 17, 18, and 23, 2006.

Your submission of July 21, 2004, constituted a complete response to our May 6, 2004, Not Approvable letter. The resubmitted supplemental new drug application provides for a switch to Over-the-Counter (OTC) status for women ages 16 years or greater and maintenance of prescription status for women under age 16. On August 26, 2005, then Commissioner Lester M. Crawford, DVM, PhD, sent you a letter indicating that the Agency was unable, at that time, to reach a decision on the approvability of the application because of unresolved issues that related to your NDA. The letter mentioned three issues: whether the same active ingredient could be marketed both Rx and OTC based solely on the age of the individual using the drug; how, as a practical matter, an age-based distinction could be enforced; and whether the Rx and OTC versions of the same active ingredient may be marketed in a single package. The letter also stated that the agency had decided to ask for public comments on whether we should initiate a rulemaking to codify our interpretation of section 503(b) of the Federal Food, Drug, and Cosmetic Act regarding when an active ingredient can be simultaneously marketed in both a prescription drug product and an OTC drug product through an advance notice of proposed rulemaking (ANPRM) that published on September 1, 2005 (70 FR 52050). The comment period closed on November 1, 2005, and the agency received about 47,000 comments. The agency hired a contractor to summarize and categorize the comments and the contractor submitted a final report on May 19, 2006.

On July 31, 2006, Dr. Andrew von Eschenbach, Acting Commissioner of Food and Drugs, sent you a letter indicating that the agency had reviewed the comments received in response to the ANPRM and determined it was not necessary to engage in rulemaking to resolve the novel regulatory issues raised by your application and that we were now proceeding with further evaluation of your application.

**TUMMINO-10880**

NDA 21-045/S-011
Page 2

We met with you on August 8, 2006, and discussed how to address the issues raised in Dr. von Eschenbach's letter regarding the restriction on OTC sales of Plan B® to ages 18 and over, the packaging, and the Convenient Access Responsible Education (CARE^SM) Program.

On August 17, 18, and 23, 2006, you amended your application to propose revisions to the labeling and to the CARE^SM Program.

We have completed our review of this application, as amended, and have concluded that adequate information has been presented to demonstrate that Plan B® is safe and effective for use under the conditions set forth in the draft labeling submitted on August 23, 2006. This application is approved, effective on the date of this letter, to allow OTC availability of Plan B® for consumers 18 years and older. Plan B® remains available by prescription only for women 17 years and younger.

The final printed labeling (FPL) must be identical to the enclosed labeling (prescription package insert, outer carton label, inner card label, and consumer information leaflet). The inner card and outer carton labels must be formatted in accordance with the requirements of 21 CFR 201.66.

Please submit an electronic version of the FPL according to the guidance for industry titled *Providing Regulatory Submissions in Electronic Format – NDA*. Alternatively, you may submit 20 paper copies of the FPL as soon as it is available, in no case more than 30 days after it is printed. Individually mount 15 of the copies on heavy-weight paper or similar material. For administrative purposes, designate this submission **"FPL for approved NDA 21-045 /S-011."** Approval of this submission by FDA is not required before the labeling is used.

We also remind you of the activities you agreed to as specified in the CARE^SM Program described in your submission dated August 23, 2006. You agreed to:

- Monitor trends in the use of emergency contraception to evaluate the effectiveness of the CARE^SM program. Specifically, you have agreed to conduct a market research survey or surveys of a subset of healthcare professionals annually, and when practicable, in collaboration with established professional groups. Your surveys will be designed to determine whether the Rx requirement for those ages 17 and younger is being adhered to at the point of purchase and to provide signals of program effectiveness and potential problems associated with consumers' understanding of the purpose and proper use of Plan B®.

- Using relevant survey data regularly collected by others (e.g., Centers for Disease Control's Behavioral Risk Factor Safety Surveillance (CDC BRFSS), Youth Risk Behavior Safety Surveillance (YRBSS)), to monitor for potential indicators that Plan B® is being used in an inappropriate manner. Potential areas of monitoring and reporting include evaluating possible correlations between increases in sexually transmitted infections (STIs) based on geographic areas and data and trends in pregnancy and/or abortion rates based on geographic areas.

- Conduct a "Point-of-Purchase Monitoring Program" to track how Plan B® is being sold at the time of purchase, including using anonymous shoppers who will be directed to visit locations where Plan B® is available and purchase the product. Using the data collected, you will document and analyze the level of comprehension of the Plan B® prescription age requirement and how it is handled at the point of purchase. The program will be conducted twice in the first

**TUMMINO-10881**

NDA 21-045/S-011
Page 3

year and annually thereafter. The sponsor will report repeat violators to the relevant State Boards of Pharmacy.

- Report to FDA on the results of these activities on a six-month interval beginning 30 calendar days after the six-month interval commencing on the date of this approval.

Finally, we note and agree with the other elements of the CARE$^{SM}$ Program, described in your submission of August 23, 2006, which are designed to ensure compliance with the approved labeling, and particularly the restriction of OTC use to ages 18 and older. The program includes the following elements:

- The sponsor and third party distributors, wholesalers, and chain drug companies will only distribute Plan B$^®$ to licensed pharmacies or other licensed healthcare clinics. As a result, Plan B$^®$ will not be sold at gas stations or convenience stores. Given that Plan B$^®$ will have both Rx and OTC labeling, the pharmacies will keep Plan B$^®$ behind-the-counter.

- The sponsor will conduct an education campaign that will focus initially on healthcare professionals (including prescribers and pharmacists) to raise awareness and knowledge levels about emergency contraception. The education campaign will clearly communicate the prescription age requirement and the appropriate use of emergency contraception. The campaign will include continuing education by certified professionals and educational materials (including websites and toll free numbers) that can be accessed easily and at any time.

- The sponsor will make available to State Boards of Pharmacy continuing education programs for use at annual meetings and other regional programs.

- The sponsor will provide to prescribers and healthcare professional associations materials for distribution to patients that will encourage patients to discuss any questions about emergency contraception with a healthcare professional.

- The sponsor plans to educate consumers in part by targeting consumers ages 18 to 44 to convey critical awareness and educational messages as well as information about product availability, time sensitivity of use, and the age requirements to obtain Plan B$^®$ as a prescription or OTC product.

Any change to the CARE$^{SM}$ Program must be discussed with FDA prior to its implementation and is subject to FDA's review.

All applications for new active ingredients, new dosage forms, new indications, new routes of administration, and new dosing regimens are required to contain an assessment of the safety and effectiveness of the product in pediatric patients unless this requirement is waived or deferred. The safety and effectiveness of Plan B$^®$ provided pursuant to a prescription in pediatric patients (those under age 18) need not be addressed under the Pediatric Research Equity Act of 2003 (PREA) because this supplemental application does not propose a new indication for women in this age group (i.e., Plan B$^®$ is to remain prescription for women under 18).

In addition, we request that you submit to FDA four copies of the introductory promotional materials that you propose to use for Plan B$^®$. Submit all proposed materials in draft or mock-up form, not final

TUMMINO-10882

NDA 21-045/S-011
Page 4

print. Send one copy to the Division of Reproductive and Urologic Products, one to the Division of
Nonprescription Clinical Evaluation, and two copies of both the promotional materials and the package
insert directly to:

> Food and Drug Administration
> Center for Drug Evaluation and Research
> Division of Drug Marketing, Advertising, and Communications
> Food and Drug Administration
> 5901-B Ammendale Road
> Beltsville, MD 20705-1266

If you issue a letter communicating important information about this drug product (i.e., a "Dear Health
Care Professional" letter), we request that you submit a copy of the letter to this NDA and a copy to
the following address:

> MEDWATCH
> Food and Drug Administration
> WO 22, Room 4447
> 10903 New Hampshire Avenue
> Silver Spring, MD 20993-0002

Please submit one market package of Plan B® when it is available.

We remind you that you must comply with reporting requirements for an approved NDA (21 CFR
314.80 and 314.81).

If you have any questions, call the Office of Nonprescription Products, Division of Nonprescription
Clinical Evaluation at (301) 796-2080.

> Sincerely,
>
> *[See appended electronic signature page]*
>
> Steven Galson, M.D., M.P.H.
> Director
> Center for Drug Evaluation and Research

Enclosure

**TUMMINO-10883**

---

This is a representation of an electronic record that was signed electronically and
this page is the manifestation of the electronic signature.

---

/s/
- - - - - - - - - - - - - - - - - - - - -
Steven Galson
8/24/2006 07:20:23 AM

TUMMINO-10884

MEMORANDUM

DEPARTMENT OF HEALTH AND HUMAN SERVICES
PUBLIC HEALTH SERVICE
FOOD AND DRUG ADMINISTRATION
CENTER FOR DRUG EVALUATION AND RESEARCH

DATE:       August 22, 2006

FROM:       Julie Beitz, MD
            Acting Office Director,
            Office of Drug Evaluation III

SUBJECT:    NDA 21-045 Levonorgestrel; Plan B
            Duramed Research, Inc.

I have reviewed Duramed's submission dated August 17, 2006, provided in response to the Agency's letter of July 31, 2006. This submission proposes that Plan B be marketed as an OTC product with a prescription-only requirement for those aged 17 years and younger. This memo documents my view that there are sufficient data on the safety and effectiveness of Plan B to approve its use in the OTC setting without an age restriction. In the absence of new data to support an age restriction, my conclusions as stated in my previous memos of April 2, 2004, and January 12, 2005, remain unchanged.

_____

Julie Beitz, MD
Acting Director,
Office of Drug Evaluation III
CDER, FDA

---
**This is a representation of an electronic record that was signed electronically and
this page is the manifestation of the electronic signature.**

---

/s/
----------------------
Julie Beitz
8/22/2006 12:34:20 PM
DIRECTOR


John Jenkins
8/22/2006 12:47:26 PM
MEDICAL OFFICER
See my review dated August 22, 2006.

TUMMINO-10928

DEPARTMENT OF HEALTH & HUMAN SERVICES

## Office Director Memorandum

Department Of Health and Human Services
Food and Drugs Administration
Center for Drug Evaluation and Research
Office of New Drugs
Office of Nonprescription Products
5901-B Ammendale Road
Beltsville, MD 20705-1266
(301) 796-2060

Date:          August 22, 2006

From:          Charles J. Ganley, M.D. _____
               Director, Office of Nonprescription Products (HFD-560)
               Office of New Drugs
               Center for Drug Evaluation and Research

Subject:       Plan B/ NDA 21-045/S-011

     The sponsor was asked by FDA at an 8-8-06 meeting to amend their application to market Plan B over-the-counter. They were instructed that Plan B could be considered for marketing if they changed the age limit to 18 years and above for sale without a prescription, market a single package for prescription and OTC distribution and make revisions to the Convenient Access Responsible Education (CARE) plan.

     The sponsor submitted changes to the labeling and CARE plan on 8-17-06. They have complied with all of the requests made to them. The sponsor is also compliant with the child resistant packaging regulations.

     The Office of Safety and Epidemiology recommends three changes to the current packaging and CARE Plan:

1. If the sponsor comes out with additional tablet strengths, they will need to increase the font size of the content information on the principle display panel.
2. As part of the CARE plan, the sponsor should notify FDA of failures to comply with the plan and not the Board of Pharmacy.
3. The CARE plan should specify identification with a government issued ID.

All of these suggestions are acceptable and should be conveyed to the sponsor.

     There is a single formatting issue in Drug Facts (inclusion of a period) that can be done post-marketing.

Conclusions

     Previous reviews from the Division of Over-the-Counter Drug Products (DOTCDP) and Office of Drug Evaluation V (ODEV), signed by Dr. Rosebraugh and Dr. Bull, recommended sale of Plan B over-the-counter without restrictions. DOTCDP and ODEV have evolved into the Office of Nonprescription Products (ONP). No new data was provided to suggest the restriction based on age is necessary. Based on the previous findings of the DOTCDP and ODEV, ONP continues to believe that restriction on access is not necessary.

     Usually OTC product advertising falls under the purview of the Federal Trade Commission. Given the single package of this product for Rx and OTC marketing, the action letter should clarify whether the sponsor is required to submit all advertising information to DDMAC.

Insert name of document and where filed in OTC

TUMMINO-10929

---------------------------------------------------------------------------------------------

**This is a representation of an electronic record that was signed electronically and this page is the manifestation of the electronic signature.**

---------------------------------------------------------------------------------------------

/s/
--------------------
Charles Ganley
8/22/2006 01:18:10 PM
MEDICAL OFFICER

TUMMINO-10930

## MEMORANDUM

DATE:              August 22, 2006

FROM:              John K. Jenkins, MD
                   Director, Office of New Drugs

TO:                NDA 21-045, S011

SUBJECT:           Review of resubmitted NDA for Rx to OTC Switch for Plan B

The sponsor resubmitted this application on August 17, 2006, in response to a letter dated
July 31, 2006, from Dr. Andrew von Eschenbach, Acting Commissioner of FDA. In his
letter, Dr. von Eschenbach informed the sponsor that the Agency had determined that "it
is not necessary to engage in rulemaking to resolve the novel regulatory issues raised by
your application." Dr. von Eschenbach further indicated that the Agency would like to
meet with the sponsor to discuss resumption of review of their sNDA for the Rx to OTC
switch of Plan for emergency contraception in women 18 years of age an older. The
sponsor subsequently met with the Agency on August 8, 2006. During that meeting
issues related to the age cutoff for OTC marketing, the sponsor's proposed CARE
Program, and other administrative issues were discussed. I did not attend that meeting
but have reviewed draft meeting minutes.

The resubmitted application includes revised prescription and OTC labeling for Plan B
along with a revised CARE Program. The proposed prescription (for women 17 years
and younger) and OTC labeling (for women 18 years and older) have been reviewed and
found to be acceptable by staff in the Division of Reproductive and Urologic Products
and the Division of Non-Prescription Clinical Evaluation, respectively. The changes
made by the sponsor to the CARE Program appear to respond to the recommendations
made by the Agency during the August 8, 2006, meeting.

As documented in my reviews dated April 28, 2004, and January 18, 2005, I believe the
available data are adequate to support a conclusion that Plan B can be safely and
effectively marketed as a non-prescription product for all women of child-bearing
potential in need of an emergency contraceptive. I am not aware of any new data that
supports the need for an age restriction for OTC marketing of Plan B, therefore, the
conclusions and recommendations of my prior reviews are unchanged. I continue to
recommend that the application be approved for OTC marketing without an age
restriction.

---------------------------------------------------------------------------------------------

**This is a representation of an electronic record that was signed electronically and this page is the manifestation of the electronic signature.**

---------------------------------------------------------------------------------------------

/s/
----------------------
John Jenkins
8/22/2006 05:05:32 PM
MEDICAL OFFICER

TUMMINO-10932

# MEDICAL OFFICER REVIEW
## Division Of Pediatric Drug Development HFD 960

**SPONSORS:** Barr Laboratories, originally Women's Capital Corporation

**NAME:** Plan B

**NUMBER:** 21-045

**CLASS:** Contraceptive

**MEDICAL OFFICER:** Hari Cheryl Sachs, MD, FAAP

**REVIEW DATE:** November 10, 2004

### REVIEW SUMMARY:

Plan B (levonorgestrel), a progestin only contraceptive, was approved for emergency contraceptive (EC) use in July 1999. Levonorgestrel is thought to work by delaying or inhibiting ovulation, inhibiting fertilization or inhibiting implantation of a fertilized egg. Levonorgestrel will not interrupt an established pregnancy. A request to move this drug to nonprescription status (NDA 21-045 S-011) was received April 2003, in order to facilitate timely access. The OTC switch was denied in May 2004. Subsequently, a resubmission was filed in July 2004 which proposes an OTC switch for patients 16 and older, while continuing prescription status for those patients under 16. The pediatric division has been consulted to determine whether or not the sponsor's submission fulfills the requirements of the Pediatric Research Equity Act of 2003 (PREA).

The sponsor's submission meets PREA requirements for post-menarchal females. Studies in males and pre-menarchal females should be waived.

### OUTSTANDING ISSUES:

### SIGNATURES

**Reviewer:** *Hari Cheryl Sachs, MD, FAAP*     **Date:** *11/10/04*

**Acting Team Leader:** *Jean Temeck, M.D.*     **Date:**

**Acting Division Director:** *Lisa Mathis,, M.D.*     **Date:**

1

TUMMINO-10939

Plan B (levonorgestrel)

Background:

Plan B (levonorgestrel), a progestin only contraceptive, was approved for emergency
contraceptive (EC) use in July 1999. Levonorgestrel is thought to work by delaying or
inhibiting ovulation, inhibiting fertilization or inhibiting implantation of a fertilized egg.
Levonorgestrel will not interrupt an established pregnancy. A request to move this drug
to nonprescription status (NDA 21-045 S-011) was received April 2003, in order to
facilitate timely access. The OTC switch was denied in May 2004. Subsequently, a
resubmission was filed in July 2004 which proposes an OTC switch for patients 16 and
older, while continuing prescription status for those patients under 16. The pediatric
division has been consulted to determine whether or not the sponsor's submission fulfills
the requirements of the Pediatric Research Equity Act of 2003 (PREA).

Plan B must be taken within 72 hours of unprotected intercourse/contraceptive failure in
order to be effective. Delay decreases efficacy as illustrated by pregnancy rates:
unprotected- 8 %, Plan B at 24 hr 0.4 %, Plan B at 72 hr- 2.7 %. The proposed OTC
package would consist of two 0.75 mg tablets along with labeling emphasizing that Plan
B is for emergency and not routine contraceptive use, listing appropriate precautions (not
to use if pregnant or allergic), and failure to protect against HIV or other sexually
transmitted infections. In addition, a 24-hr hotline number is to be listed on the package
to allow consumers to obtain guidance regarding appropriate use.

Regulatory History: The sponsor submitted the NDA for Plan B on January 29, 1999 and
approval was granted July 28, 1999. PREA does not apply to the original application
because the application was submitted before PREA's effective date of April 1, 1999.
The submissions for OTC switch however, trigger PREA since emergency contraception
is approved for use in post-menarchal females, a population which includes adolescents.

In order to fulfill the terms of PREA, a sponsor must submit sufficient data to assess the
safety and efficacy of the product for its indicated use. In addition, the data should
support dosing and administration of the product in the relevant pediatric subpopulations.
An age-appropriate formulation must be available. Extrapolation of efficacy from well-
controlled adult studies is permissible with appropriate supplemental information (e.g.,
pharmacokinetics, safety, etc.) The requirement may be waived if the condition does not
occur in the pediatric population; studies are highly impractical; the drug is ineffective or
unsafe; the drug does not represent a benefit over existing therapies; or is not likely to be
used in a substantial number of pediatric patients.

**Is the submitted data sufficient to assess the efficacy of Plan B for emergency
contraception?**

Barr has submitted sufficient data to assess the efficacy of Plan B for its intended use.
Plan B is an approved product for emergency contraception in post-menarchal females.
Efficacy can be extrapolated from adults to the adolescent population for the prescription
product. Efficacy of other contraceptive agents has been extrapolated to adolescents as

2

evidenced by typical labeling of these products, "Safety and efficacy of Drug X have been established in women of reproductive age. Safety and efficacy are expected to be the same in postpubertal adolescents under the age of 16 years and in users ages 16 years and older. Use of this product before menarche is not indicated." In fact, although the original sponsor submitted a PPSR in December 2001 for pK and safety studies in adolescents, ages 12-16, an inadequate letter was issued citing, "the proposed trials could be conducted in the adult population and results extrapolated to the postmenarcheal pediatric population." Thus far, the only WR that has been issued for a contraceptive agent is norgestimate (Ortho Tri-Cyclen) for increasing bone mineral density in anorexic adolescents.

Although efficacy can be extrapolated, the sponsor submitted data on over 1,000 adolescents $\leq$ 16 years of age who participated in studies conducted to support the OTC switch (see Appendix A) These studies included simulated OTC settings and a label comprehension study as well as a literature review. Five percent (29/585) of subjects enrolled in the actual use study were adolescents, ages 14 to 16 years of age. Twelve percent (76/656) of subjects enrolled in the label comprehension study were adolescents, ages 12-16 years of age (see Appendix B). Recruitment for young adolescents in these studies may have been hampered due to restricted use (<16 years in countries where EC is available over the counter) and/or IRB restrictions/parental consent issues (which deter enrollment in many U.S. studies.)

The relative distribution of adolescent data reflects the use of Plan B and EC in adolescents, as well as the relative proportions of adolescents requesting Plan B. According to Advance PCS (prescription use data found in Appendix C), the youngest adolescents (8-14 years) accounted for <0.5 % of total claims for either Plan B or Preven during 2002-2004. Teenagers, age 15-17 years, represented 5 % of total claims. Use in children under age 12 was minimal, accounting for no more than 8-12 of the over 10,000 total prescriptions per year.

**Is the submitted data sufficient to assess the safety of Plan B for emergency contraception?**

The safety of Plan B for its intended use in adolescents has also been sufficiently demonstrated. Labeled adverse events include: nausea, abdominal pain, fatigue, headache and menstrual changes. Initial approval was based on safety data from over 15,000 women from 29 countries (see Medical Officer Review dated July 12, 1999). The sponsor also submitted an adolescent safety study in 52 evaluable females, ages 13-16 years, who were followed for 3-5 weeks after standard dosing of Plan B. No serious adverse events occurred. The range of symptoms reflects current product labeling. During the actual use study, 22/29 adolescents experienced only minor, self-limited adverse events, such as abdominal pain, nausea, vomiting, weakness and/or headache. One pregnancy in a 17 year old also occurred. An analysis of postmarketing adverse events by ODS (June 24, 2002) and review of the published English literature do not reveal an excess of adverse events in adolescents.

3

**Is the submitted data sufficient to support dosing and administration of Plan B in adolescents?**

To address dosing, Barr compared the pharmacokinetics of a single 0.75 mg dose of Plan B administered to 16 healthy adult females, aged 19-44 years, enrolled in one study to 22 healthy adolescent females, aged 13-16 years, who were enrolled in another study. Systemic exposure was somewhat lower (AUC was ~23% lower and $C_{max}$ was ~47% lower) in adolescent females compared to adult females. The Biopharmacutics reviewer, Dr. Myong-Jin Kim, stated that there are no inherent reasons to believe that adolescent females would have different pharmacokinetic characteristics compared to adult females and that the observed differences might be related to limitations associated with cross-study comparisons and to differences in study design between these two studies (see Dr. Kim's review dated March 12, 2004). Moreover, comparison of pharmacokinetic studies (n=7) in the published literature suggests high variability in the pharmacokinetics of Plan B in adult women as well. (see Myong-Jin Kim review 3/12/04). The review division concluded that the difference in bioavailability of Plan B between adolescent and adult females is unlikely to impact efficacy. (see Dr. Dan Davis, Medical Officer's Safety Review of Supplemental NDA, dated March 17, 2004)

According to the literature and trials submitted by the sponsor, adolescent patients used EC correctly during the trials (Glasier 1998, Raine 2000 and Raymond 2003). Adolescents also presented themselves for EC in the appropriate 72-hour window (Shawe 2001, Raymond 2003). During the actual use study, 95 % of the patients self-selected correctly; however, patients were excluded from the trial if they came to clinic for reasons other than requesting EC. In this trial, compared to older women (n = 494, ages 18-44 years), young adolescents (n= 29 ages 14-16 years) tended to time both pills better than adults (77 % vs. 72 %). All the adolescents (n=46, ages 14-17 years) took the second dose within 12 +/-2 hours of the first dose. In the large group of patients who received prescriptions directly from a dial in pharmacy number, 92 % of adolescents 18 and under (as well as adults) used EC in a timely manner. Similarly, young adolescents (age 15-17 years) given advance prescription used EC sooner than those with standard access. Moreover, both groups used correct timing of EC (Gold 2004).

In contrast, compared to the young adult group (ages ≥17 years), younger adolescents were less compliant with the 4 week follow-up period (Raymond 2003).
In the label comprehension study, adolescents (ages 12-16 years) did not understand certain key directions (indication to prevent pregnancy, not for routine use, take the first pill within 72 hours of intercourse and take 2nd pill 12 hours after the first pill) as often as adults (see the Table below). Moreover, use was contraindicated for 4.5 % of adolescents compared to 1.2 % of adults.

4

**TUMMINO-10942**

Table: Label comprehension study- Communication objectives by age (% of enrolled subjects) (excerpted from Table 5a in Jin Chen's 1/12/04 Plan B Clinical OTC Review *Statistically significant differences *(p<.01), #(p<.05)

| Direction | Percent correct Adolescent (12-16 years) (n.=76) | Percent correct Young Adult (17-25 years) (n = 355) | Percent Correct/acceptable Adult (26-50 years) (n = 255) | Percent Total Correct/acceptable (n = 656) |
|---|---|---|---|---|
| Indication: prevent pregnancy | 86# | 93 | 95 | 93 |
| Not for routine use | 57 | 67 | 71 | 67 |
| Use within 72 hr | 77 | 86 | 87 | 85 |
| Take 2nd pill 12 hours later | 77* | 90 | 82# | 86 |
| Does not prevent STI (HIV/AIDS) | 93# | 96 | 92# | 94 |
| Side effects include nausea and vomiting* | 90* | 93 | 84* | 89 |

*Reviewer comment: Note that no adjustments for multiple statistical comparisons were made in this analysis. As mentioned above, adolescents (ages 12-16 years) did not understand certain key information (indication to prevent pregnancy, not for routine use, take the first pill within 72 hours of intercourse and take 2nd pill 12 hours after the first pill) as often as adults. Also, older adults' comprehension differed from younger adults for several objectives. Difficulty with these same objectives was observed in adults with low literacy levels (adolescents did not receive literacy assessments). The Division of Surveillance, Research, and Communication concluded that these deficiencies could be addressed by changes in labeling (e.g., bolding the statement "not for routine use") and an appropriate package insert.*

*Following the exact directions regarding the timing of the second pill has been problematic for adults as well as both younger and older adolescents. Using the strict definition of exactly 12 hours, only 71 % of adults took the 2nd dose appropriately. During the actual use study 28 % did not follow strict 12 hour timing. However, when a 4 hour delay in the timing of the second tablet was analyzed, incorrect use decreased to 6.6 % (Raymond 2003). Only 25 % of post-partum women over age 14 could state the correct timing of emergency contraception when interviewed (Jackson 2003). For this reason, some experts advocate the use of a single dose (1.5 mg levonorgestrel).*

**Should any studies be waived?**

Since emergency contraception is not indicated for use in males and pre-menarchal females, studies in these populations should be waived.

5

Conclusion:

The sponsor's submission meets PREA requirements for post-menarchal females.
Studies in males and pre-menarchal females should be waived.

6

**TUMMINO-10944**

## Appendix A

Enrollment Data by Age for Studies Enrolling Adolescents Receiving Emergency Contraception Pills either by Advance Provision or by Standard Access (table abstracted from p. 26 of Dr. Davis' review)

| Study | Age | Total N | ≤16 | Percent | Comment | 13-15 | Percent |
|---|---|---|---|---|---|---|---|
| Actual Use (Raymond) | 14-44 | 585 | 29 | 5 | Actual Use study | 29 | 5 |
| Gold | 15-20 | 301 | 115 | 38 | Adolescent Medicine clinic | | |
| Jackson | 14+ | 370 | 15 | 4 | Postpartum mothers | | |
| Raine | 15-24 | 2090 | 254 | 12 | Women at family planning clinics NOT seeking AC | | |
| Dial EC | 8-51 | 7756 | 613 | 8 | Toll-free phone in for prescription to be filled at pharmacy of choice | 202 | 2.6 |
| Total | | 11,102 | 1026 | 9 | | | |

7

TUMMINO-10945

Appendix B (Age Distribution of Plan B OTC Label Comprehension Study)

Distribution by Age (Final Report Study Number 9728) p. 4 Karen Lechter, MD (HFD 410)

| Age Range | Number | % |
|-----------|--------|-----|
| 12-16 | 76 | 12 |
| 17-25 | 355 | 54 |
| 26-50 | 255 | 34 |

8

TUMMINO-10946

Appendix C: Total Claims during 2002-2004 (Advance PCS)

| DRUG LABEL NAME | AGE IN YEARS | 2002 | | 2003 | | 2004 (Jan-Jun) | |
|---|---|---|---|---|---|---|---|
| | | # Claims | % | # Claims | % | # Claims | % |
| | ALL AGES | 10,920 | 100.0% | 13,130 | 100.0% | 6,196 | 100.0% |
| Proven Contraception | 8 | | 0.0% | 1 | 0.0% | | 0.0% |
| | 10 | | 0.0% | 1 | 0.0% | | 0.0% |
| | 11 | | 0.0% | 2 | 0.0% | | 0.0% |
| | 12 | 6 | 0.1% | 4 | 0.0% | 3 | 0.0% |
| | 13 | 13 | 0.1% | 16 | 0.1% | 8 | 0.1% |
| | 14 | 26 | 0.2% | 45 | 0.3% | 22 | 0.4% |
| | 18-23 Years | 3,288 | 30.1% | 4,117 | 31.4% | 1,752 | 28.3% |
| | 24 and Over | 7,039 | 64.5% | 8,395 | 63.9% | 4,156 | 67.1% |
| Plan B Only | ALL AGES | 7,720 | 100.0% | 15,917 | 100.0% | 14,228 | 100.0% |
| | 8 | 1 | 0.0% | 1 | 0.0% | | 0.0% |
| | 9 | | 0.0% | | 0.0% | 1 | 0.0% |
| | 10 | 1 | 0.0% | 1 | 0.0% | | 0.0% |
| | 11 | 3 | 0.0% | 2 | 0.0% | 4 | 0.0% |
| | 12 | 2 | 0.0% | 8 | 0.0% | 6 | 0.0% |
| | 13 | 17 | 0.2% | 16 | 0.1% | 22 | 0.2% |
| | 14 | 27 | 0.3% | 76 | 0.4% | 58 | 0.4% |
| | 18-23 Years | 2,787.0 | 35.9% | 6,054.0 | 35.7% | 4,962.0 | 34.8% |
| | 24 and over | 4,423.0 | 56.9% | 9,758.0 | 57.5% | 8,407.0 | 59.0% |
| Ovral 2 | ALL AGES | 1,856 | 100.0% | 1,398 | 100.0% | 480 | 100.0% |
| | 12 | 2 | 0.1% | 1 | 0.1% | | 0.0% |
| | 13 | 3 | 0.2% | 1 | 0.1% | 1 | 0.2% |
| | 14 | 17 | 0.9% | 16 | 1.1% | 3 | 0.6% |
| | 15 | 8 | 0.4% | 8 | 0.6% | 2 | 0.4% |
| | 16 | 22 | 1.2% | 18 | 1.3% | 3 | 0.6% |
| | 17 | 54 | 2.9% | 21 | 1.5% | 11 | 2.3% |
| | 18-23 Years | 243 | 13.1% | 223 | 16.0% | 54 | 11.3% |
| | 24 and Over | 1,504 | 81.0% | 1,110 | 79.4% | 406 | 84.6% |
| Ovral | ALL AGES | 603 | 100.0% | 10,102 | 100.0% | 3,604 | 100.0% |
| | 10 | 2 | 0.0% | | 0.0% | | 0.0% |
| | 11 | 3 | 0.0% | 3 | 0.0% | | 0.0% |
| | 12 | 13 | 0.1% | 24 | 0.2% | 3 | 0.1% |
| | 13 | 17 | 0.1% | 11 | 0.1% | 3 | 0.1% |
| | 14 | 71 | 0.4% | 43 | 0.4% | 6 | 0.2% |
| | 18-23 Years | 2,333 | 14.5% | 1,333 | 13.3% | 530 | 13.9% |
| | 24 and Over | 13,056 | 81.4% | 8,177 | 81.7% | 3,090 | 81.2% |

Source: IMS HEALTH; National Disease and Therapeutic Index, CD-ROM- Extraction Date: 9-9-04
(0409ocbydiag4.dvf)

**NOTE: DATA NOT TO BE SHARED OUTSIDE OF FDA OR WITH non-FDA STAFF WITHOUT
PRIOR CLEARANCE BY IMS HEALTH. Clearance must be requested from IMS HEALTH through the
FDA Office of Drug Safety

9

TUMMINO-10947

References

Glasier A, Baird D. The effects of self-administering emergency contraception. *NEJM* 1998; 339(1):1-4.

Gold M, Wolford J, Smith B, Parker A The Effects of advance provision of emergency contraception on adolescent women's sexual and contraceptive behaviors *J Pediatr Adolesc Gynecol* 2004: 17; 87-96.

Jackson, R, Schwarz, E. Freedman, L, Darney P Advance supply of emergency contraception: effect on use and usual contraception- a randomized trial *Obstet Gynecol* 2003: 102(1); 8-16

Raine, T; Harper C, Leon K, Darney P Emergency contraception: advance provision in a young, high risk clinic population. Obstetrics and Gynecology Vol 96(1) July 2000, 1-7  10862832

Raymond E, Chen P and Dalebout S. "Actual Use" study of emergency contraceptive pills provided in a simulated over-the-counter manner. Emergency Contraception (July 2003) Vol 102 (1): 17-23.

Shawe, J, Ineichen, B., Lawrenson, R Emergency contraception: who are the users? The Journal of Familiy Planning and Reproductive Health Care 2001: 27 (4): 209-212

<u>Additional Material Reviewed:</u>

Memo:
Steven Galson (Acting Director, CDER) May 6, 2004
John K. Jenkins (Director OND) April 22, 2004
Julie Beitz (ODE III, Deputy Office Director) April 2, 2004
Curtis Rosebraugh (Division Director) March 23, 2004
Jonca Bull (Office Director ODE V) January, 21, 2004
Reviews
Donna J. Griebel MD (Deputy Division Director Division Repro and Urologic Drug Products ODE III) April 1, 2004
Attachment B Teratogenic Risk of Emergency Contraception and Hormonal Products for Prevention of Pregancy: A Review of the Literature (Daniel Davis/Scott Monroe) March 25, 2004
Medical Officer Safety Review Supplemental NDA (Daniel Davis) March 16, 2004
Clinical Pharm and Biopharmaceutics Review (Myong-Jin Kim DPE II) March 12, 2004
Addendum to Plan B Clinical OTC Review (Jin Chen) March 3, 2004
Medical Team Leader Review (Andrea Leonard-Segal HFD-560) January 6, 2004
Minutes Reproductive Health Drugs Advisory Committee and Non-prescription Drug Advisory Committee (Dec 16, 2003)
Label comprehension study (Karen Lechter HFD-410) Nov 2, 2003
Pediatric Exclusivity/Rule Letters (April 17 2002)
Attachment C ODS postmarketing Safety Review (Sarah Singer October 31, 2003)
Daniel Davis, HFD-580 Memo re: PPSR (April 15, 2002)
ODS Post marketing Safety Review (Sarah Singer/Cynthia Kornegay HFD-430) 2/1/2002, updates June 24, 2002
Nonspresciption Drugs Advisory Committee Meeting with the Advisory Committee for Reproductive Health Drugs Dec 16, 2003 (slides, transcript and minutes)
Brief literature review for additional safety information

**TUMMINO-10948**

---

**This is a representation of an electronic record that was signed electronically and this page is the manifestation of the electronic signature.**

---

/s/
----------------------
Hari Sachs
11/12/04 05:36:32 PM
MEDICAL OFFICER


Jean Temeck
11/12/04 05:39:49 PM
MEDICAL OFFICER


Lisa Mathis
11/16/04 05:49:37 PM
MEDICAL OFFICER
Concur with partial waiver for male and premenarchal female
population; and for the postmenarchal peds population <14
years of age based on lack of patients
in this age group (<0.5% of total population).
PREA requirements for pt.s >14 yrs met.

TUMMINO-10949

sNDA 21-045/011 Plan B®

*subjects who took their second dose later than 12 hours (by at least 6 hours), there were no pregnancies. Only 7 of 1955 women did not take the second dose within 24 hours of the first dose, and none of these women became pregnant.*

- *There have been two large, double-blind, randomized studies with 2712[31] and 1118[32] evaluable women that compared administering levonorgestrel as a single dose of 1.5 mg to the two dose 12-hour regimen of 0.75-mg levonorgestrel. In both studies, the contraceptive effectiveness was similar in subjects using the single dose regimen (20/1356 [1.5%] and 4/573 [0.7%] pregnancies) compared to that in subjects using the two-dose regimen (24/1356 [1.8%] and 7/545 [1.3%]).*

- *In summary, these data support the conclusion that, although the recommended time for the second dose is 12 hours, it can be taken sooner than 12 hours or later (by at least 6 hours). There are also limited data in the literature (N = 594 above) that suggest Plan B may be taken up to 5 days (120 hours) after unprotected intercourse with evidence of contraceptive effectiveness.*

## 9. USE IN SPECIAL POPULATIONS

### 9.1 Evaluation of Applicant's Efficacy and Safety Analyses of Effects of Gender, Age, Race, or Ethnicity.

**Gender.** The product is intended for use only in women. No studies in men have been conducted.

**Age.** The product is intended only for use in reproductive-aged females at risk for pregnancy. It is not intended for use in geriatric (age 65 yr. or older) populations or in premenarchal pediatric populations. As with other hormonal products for prevention of pregnancy, the DRUDP believes that the safety and efficacy of Plan B in postmenarchal adolescents is comparable to that of older reproductive-aged women. Data obtained from various sources are presented elsewhere in this review to support this opinion.

**Race.** No formal studies have evaluated the effect of race. However, clinical trials have demonstrated a higher pregnancy rate in the Chinese population with levonorgestrel emergency contraception. The reason for this apparent increase in the pregnancy rate of Plan B in Chinese women is unknown. This finding is stated in the current prescription product label.

### 9.2 Pediatric Program (e.g., Pediatric Waivers, Deferrals, Written Requests)

Pediatric exclusivity has not been granted for this product. The indications and regimen for this product are the same for all menstruating, sexually active women, regardless of age.

### 9.3 Data Available or Needed in Other Populations Such as Renal or Hepatic Compromised Patients, or Use in Pregnancy or Lactation.

**Hepatic or renal impairment.** No formal studies have evaluated the effect of hepatic insufficiency or renal insufficiency on the disposition of levonorgestrel EC tablets. Since the dosing regimen consists of only 2 doses over a 12-hour period, no studies to assess the effects of renal or hepatic impairment were considered necessary.

**Pregnancy.** Use in pregnancy is not indicated because the product is not effective once a pregnancy is established. Based on a large base of data from other levonorgestrel containing products, there is no evidence that the ingestion of 1.5 mg of levonorgestrel is harmful to either the woman or the fetus in instances in which the product may be inadvertently used in the presence of an established pregnancy.

**Lactation.** Based primarily on data from women taking daily progestin-only pills for routine long-term contraception, no adverse events have been found on breastfeeding performance or on the health, growth, or development of the nursing infant. This issue also was discussed by the December

TUMMINO-11031



**MEMORANDUM**   **DEPARTMENT OF HEALTH AND HUMAN SERVICES
PUBLIC HEALTH SERVICE
FOOD AND DRUG ADMINISTRATION
CENTER FOR DRUG EVALUATION AND RESEARCH**

**DATE:** August 22, 2006

**TO:** Charley Ganley, MD, Director
Office of Nonprescription Products

**THROUGH:** Ralph Lillie, RPh, MPH, Deputy Director (Acting for)
Gerald Dal Pan, MD, MHS, Director
Office of Surveillance and Epidemiology (OSE)

**FROM:** OSE Plan B CARE Program Review Team

**DRUG:** Plan B (levonorgestrel) tablets, 0.75mg

**NDA #:** 21-045/S011

**SPONSOR:** Duramed Research Inc.

**SUBJECT:** Review of CARE Program, dated August 17 and 18, 2006

**PID #:** 2006-60

### Introduction/Background

The Office of Surveillance and Epidemiology (OSE) has reviewed the Convenient Access,
Responsible Education (CARE) Program for marketing of Plan B for over-the-counter (OTC)
status in women 18 years and older and prescription marketing for females 17 years and
younger. The CARE Program includes an education component, labeling and packaging that
meet both OTC and prescription requirements, a distribution plan, and a monitoring plan.

Plan B was originally approved on July 28, 1999 as a prescription product and was approved
as emergency contraceptive that can be used to prevent pregnancy following unprotected
intercourse or a known or suspected contraceptive failure. The dose is two 0.75mg tablets,
the first of which should be taken as soon as possible within 72 hours of intercourse. The
second tablet must be taken 12 hours later. On April 22, 2003, the sponsor submitted an
application for the OTC switch of Plan B. The review team recommended approval for OTC
use in women of all ages. On May 6, 2004 the supplemental application received a not
approvable because the supplement application lacked data in younger adolescents. The

TUMMINO-11076

Program" which allows anonymous shoppers aged 15 to 18 to visit locations that sell Plan B. The underage shoppers will report back to the company if they were able to purchase the product without a prescription. The sponsor states that repeat violators will be reported to the State Board of Pharmacy.

OSE believes having such a measure of monitoring the compliance of the age restriction is overly punitive and may have a negative impact on the availability of this product OTC. This proposal shifts the burden from the Sponsor to the pharmacist. For other products with restricted distribution plans, these types of findings are generally reported to the Agency, rather than professional licensing boards. A lack of pharmacy compliance may be reflective of an inadequate education plan and this information could be used as an opportunity to improve and/or revise the CARE Program.

• The size of the strength appears small in comparison to the established name. If the Sponsor intends to introduce future dosage strengths, we recommend an increasing the font size of the product strength in every location on the carton and container to minimize confusion and selection errors.

## Conclusion

The OSE has reviewed the submitted CARE Program for Plan B and has found it to be generally acceptable with modifications as outlined above.

3

TUMMINO-11077

OSE Plan B CARE Program Review Team:
Mary Dempsey, Project Management Officer, OSE-IO Risk Management Team
Claudia B. Karwoski, PharmD, Scientific Coordinator, OSE-IO Risk Management Team
Carol Holquist, R.Ph., Director, Division of Medication Error and Technical Support
Mark Avigan, M.D., C.M., Director, Division of Drug Risk Evaluation
Toni Piazza-Hepp, Pharm.D., Deputy Director, Division of Surveillance, Research, and
Communication Support

4

TUMMINO-11078

---------------------------------------------------------------------------
This is a representation of an electronic record that was signed electronically and
this page is the manifestation of the electronic signature.
---------------------------------------------------------------------------

 /s/
--------------------
Mary Dempsey
8/22/2006 12:31:07 PM
DRUG SAFETY OFFICE REVIEWER


Ralph Lillie
8/22/2006 12:40:34 PM
CSO

TUMMINO-11079

4/1/98

9/1/1998                    Response labeling to FDA                    1

## R<sub>x</sub> Only

### PREVEN™ Emergency Contraceptive Kit
consisting of Emergency Contraceptive Pills and Pregnancy Test

Emergency Contraceptive Pills
(Levonorgestrel and Ethinyl Estradiol Tablets, USP)
and
Pregnancy Test

The PREVEN™ Emergency Contraceptive Kit is intended to prevent pregnancy after known or suspected contraceptive failure or unprotected intercourse. Emergency contraceptive pills (like all oral contraceptives) do not protect against infection with HIV (the virus that causes AIDS) and other sexually transmitted diseases.

### DESCRIPTION

The PREVEN™ Emergency Contraceptive Kit consists of a patient information book, a urine pregnancy test and four (4) emergency contraceptive pills (ECPs).

The pills in the PREVEN™ Emergency Contraceptive Kit are combination oral contraceptives (COCs) which are used to provide postcoital emergency contraception.

Each blue film-coated pill contains 0.25 mg levonorgestrel (18,19-Dinorpregn-4-en-20-yn-3-one, 13-Ethyl-17-hydroxy-, (17α)-(-), a totally synthetic progestogen, and 0.05 mg ethinyl estradiol (19-Nor-17α-pregna-1,3,5, (10)-trien-20-yne-3,17-diol). The inactive ingredients present are polacrilin potassium, lactose, magnesium stearate, hydroxypropyl methylcellulose, titanium dioxide, polyethylene glycol, polysorbate 80 and FD&C Blue No.2 Aluminum Lake.

MOLECULES TO BE ADDED

The Pregnancy Test uses monoclonal antibodies to detect the presence of hCG (Human Chorionic Gonadotropin) in the urine. It is sensitive to 20 – 25 mIU / mL

TUMMINO-30134

9/1/1998                          Response labeling to FDA                    .        . 2

### CLINICAL PHARMACOLOGY

ECPs are not effective if the woman is pregnant; they act primarily by inhibiting ovulation. They may also act by altering tubal transport of sperm and/or ova (thereby inhibiting fertilization), and/or possibly altering the endometrium (thereby inhibiting implantation).

**Pharmacokinetics**

**Absorption**
No specific investigation of the absolute bioavailability of the ECPs in humans have been conducted. However, literature indicates that levonorgestrel is rapidly and completely absorbed after oral administration (bioavailability about 100%) and it is not subject to first-pass metabolism. Ethinyl estradiol is rapidly absorbed from the gastrointestinal tract but due to marked metabolism in the gut mucosa and during passage through the liver, ethinyl estradiol absolute bioavailability after oral administration is about 40-50%.

After a single oral dose of two ECPs to 35 postmenopausal women under fasting conditions, the bioavailabilities of levonorgestrel and ethinyl estradiol were about 94% and 97%, respectively, relative to the same two active drugs given in an oral reference tablet. The obtained pharmacokinetic parameters for levonorgestrel and ethinyl estradiol are presented in Table 1. The effect of food on the bioavailability of the ECPs following oral administration has not been evaluated.

Table 1. Mean (SD) pharmacokinetic Parameters after oral dose of 2 ECPs

| Levonorgestrel (n=35) | | | |
|---|---|---|---|
| Cmax ng/mL | Tmax h | AUC ng/mL*h | T1/2 h |
| 10.9 (4.0) | 1.7 (1.0) | 167(92) | 40.8 (19.2) |
| Ethinyl Estradiol (n=35) | | | |
| Cmax pg/mL | Tmax h | AUC pg/mL*h | T1/2 h |
| 248.2(67) | 1.7 (0.4) | 2747 (701) | 21.2 (9.3) |

**Distribution**
Levonorgestrel in serum is primarily bound to SHBG. Ethinyl estradiol is about 97% bound to plasma albumin. Ethinyl estradiol does not bind to SHBG but induces SHBG synthesis.

**Metabolism**
Levonorgestrel: The most important metabolic pathways occur in the reduction of the $\Delta$ 4-3-oxo group and hydroxylation at positions 2$\alpha$, 10$\beta$, 16$\beta$, followed by conjugation. Most of the metabolites that circulate in the blood are sulfates of 3$\alpha$, 5$\beta$-tetrahydro-levonorgestrel, while excretion occurs predominantly in the form of glucuronides. Some

TUMMINO-30135

9/1/1998                       Response labeling to FDA              .                  3

of the parent levonorgestrel also circulates as 17β-sulfate. Metabolic clearance rates may differ among individuals by several fold, and this may account in part for the high variability observed in levonorgestrel concentrations among users.

**Ethinyl Estradiol:** The cytochrome P450 enzyme (CYP3A4) is responsible for the 2-hydroxylation that is the major oxidative reaction. The 2-hydroxy metabolite is further transformed by methylation and glucuronidation prior to urinary and fecal excretion. Levels of Cytochrome P450 (CYP3A) vary widely among individuals and can explain the variation in rates of ethinyl estradiol 2-hydroxylation. Ethinyl estradiol is excreted in the urine and faeces as glucoronides and sulfates and undergoes enterohepatic circulation.

**Excretion**
The elimination half-life for levonorgestrel after a single dose of two ECPs is $40.8 \pm 19$ hours. Levonorgestrel and its metabolites are primarily excreted in the urine. The elimination half-life of ethinyl estradiol is $21.2 \pm 9.3$ hours.

**Special Populations**
This product is not intended for use in geriatric (age 65 or older) or pediatric (premenarchal) populations and pharmacokinetic data are unavailable for these populations. Steroid hormones may be poorly metabolized in patients with impaired liver function (see Precautions-Liver Function)

**Race, Hepatic Insufficiency, and Renal insufficiency:** No formal studies have evaluated the effect of race, hepatic disease and renal disease on the disposition of the ECPs.

**Drug-Drug Interactions**
No specific drug-drug interaction studies for the ECPs were conducted but there are many publications that indicate that interactions between ethinyl estradiol and other drugs may occur. Other drugs may decrease the effectiveness of ethinyl estradiol or other drugs may enhance ethinyl estradiol levels resulting in possible increased side-effects. Ethinyl estradiol may interfere with the metabolism of other compounds. In general, the effect of other drugs on ethinyl estradiol is due to interference with the absorption, metabolism or excretion of ethinyl estradiol, whereas the effect of ethinyl estradiol on other drugs is due to competition for metabolic pathways.

- Absorption interactions: Infective diarrhea may induce failure of ethinyl estradiol by increasing gastrointestinal motility and reducing hormone absorption. Therefore, any drug which increases gastrointestinal transit and causes diarrhea is potentially likely to reduce concentrations of ethinyl estradiol.
- Interactions with metabolism:
  Gastrointestinal Wall: The gastrointestinal wall has been shown to be a site for interaction for the sulfation of ethinyl estradiol. Inhibition of the sulfation in the gastrointestinal tract may increase the bioavailability of ethinyl estradiol and result in possible increased side-effects. (For example, ascorbic acid acts as competitive inhibitor for sulfation in the gastrointestinal wall increasing ethinyl estradiol bioavailability about 50%).

TUMMINO-30136

9/1/1998                    Response labeling to FDA            .         4

Hepatic Metabolism: The most clinically significant group of interactions occurs with other drugs that may induce ethinyl estradiol microsomal enzymes which may decrease ethinyl estradiol plasma levels below therapeutic level (for example, anticonvulsant agents; phenytoin, primidone, barbiturates, carbamazepine, ethosuximide, and methosuximide; antituberculous drugs such as rifampin; antifungal drugs such as griseofulvin).

- Interference with enterohepatic circulation: Ethinyl estradiol conjugates are excreted in the bile and may be broken down by gut bacteria in the colon to liberate the active hormone which can then be reabsorbed. However, there are clinical reports that support the view that enterohepatic circulation of ethinyl estradiol decreases in women taking antibiotics such as ampicillin, tetracycline, etc.
- Interference in the metabolism of other drugs: Ethinyl estradiol can inhibit microsomal enzymes and therefore possibly interfere in the metabolism of other drugs. In this way it may slow the metabolism of other drugs, increasing their plasma and tissue concentrations and increasing the risk of side-effects (i.e., analgesic anti-inflammatory drugs such as antipyrin, antidepressant agents, cyclosporin, theophylline, ethanol, etc.). In addition, estrogens appear to have the capacity to induce hepatic drug conjugation, particularly glucuronidation. This will have the opposite pharmacokinetic effect to the inhibitory action on hydroxylation.

## INDICATIONS AND USAGE

**Indications**

The pills in PREVEN™ Emergency Contraceptive Kit are indicated for the prevention of pregnancy in women after known or suspected contraceptive failure or unprotected intercourse. To obtain optimal efficacy, use of these pills should begin as soon as possible but within 72 hours of intercourse.

**Efficacy**

If one hundred women used ECPs correctly in one month, about two women would become pregnant after a single act of intercourse. If no contraception is used about eight women would become pregnant after a single act of intercourse. Therefore, the use of ECPs results in a 75% reduction in the number of pregnancies to be expected if no ECPs were used after unprotected intercourse. Notably some clinical trials have shown that efficacy was greatest when ECPs were taken within 24 hours of unprotected intercourse, decreasing somewhat during each subsequent 24-hour period.

ECPs are not as effective as some other forms of contraception. For effectiveness rates of other contraceptive methods, refer to Table 2: Percentage of women experiencing an unintended pregnancy during the first year of perfect use of contraception and the percentage continuing use at the end of the first-year of perfect use of contraception and the percentage continuing use at the end of the first year –United States.

TUMMINO-30137

ep 01 98 03:20p        margaret . . . . .p...

9/1/1998                    Response labeling to FDA                    5

Table 2:  Percentage of women experiencing an unintended pregnancy during the first year of typical use and the first year of contraception and the percentage continuing use at the end of the first year. United States.

| Method (1) | % of Women Experiencing an Unintended Pregnancy within the First Year of Use | | % of Women Continuing Use at One Year |
|---|---|---|---|
| | Typical Use[1] (2) | Perfect Use[2] (3) | (4) |
| Chance[3] | 85 | 85 | |
| Spermicides[5] | 26 | 6 | 40 |
| Periodic abstinence | 25 | | 63 |
| Calendar | | 9 | |
| Ovulation Method | | 3 | |
| Symptom-thermal[6] | | 2 | |
| Post-ovulation | | 1 | |
| Withdrawal | 19 | 4 | |
| Cap[7] | | | |
| Parous Women | 40 | 26 | 42 |
| Nulliparous Women | 20 | 9 | 56 |
| Sponge | | | |
| Parous women | 40 | 20 | 42 |
| Nulliparous women | 20 | 9 | 56 |
| Diaphragm[7] | 20 | 6 | 56 |
| Condom[8] | | | |
| Female (Reality) | 21 | 5 | 56 |
| Male | 14 | 3 | 56 |
| Oral Contraceptives | 5 | | 71 |
| Progestin Only | | 0.5 | |
| Combined | | 0.1 | |
| IUD | | | |
| Progestin T | 2.0 | 1.5 | 81 |
| Copper T 380A | 0.8 | 0.6 | 78 |
| LNG | 0.1 | 0.1 | 81 |
| Depo-Provera | 0.3 | 0.3 | |
| Norplant and Norplant-2 | 0.05 | 0.05 | 88 |
| Female Sterilization | 0.5 | 0.5 | 100 |
| Male Sterilization | 0.15 | 0.10 | 100 |

Emergency Contraceptive Pills: Treatment initiated within 72 hours after unprotected intercourse reduces the risk of pregnancy by at least 75%

TUMMINO-30138

Sep 01 98 03:20p    Margaret Fillpian    --- -- --

9/1/1998                    Response labeling to FDA                    6

Lactational Amenorrhea Method: LAM is a highly effective temporary method of contraception.⁹

1. Among typical couples who initiate use of a method (not necessarily for the first time) who experience an accidental pregnancy during the first year if they do not stop use for any other reason.

2. Among couples who initiate use of a method (not necessarily for the first time) and who use it perfectly (both consistently and correctly) the percentage who experience an accidental pregnancy during the first year if they do not stop use for any other reason.

3. Among couples attempting to avoid pregnancy, the percentage who continue to use a method for one year.

4. The percent becoming pregnant in columns (2) and (3) are based on data from populations where contraception is not used and from women who cease using contraception in order to become pregnant. Among such populations, about 89% become pregnant within one year among women now relying on reversible methods of contraception if they abandoned contraception altogether.

5. Foams, creams, gels, vaginal suppositories, and vaginal film.

6. Cervical mucus (ovulation) method supplemented by calendar in the pre-ovulatory and basal body temperature in the post-ovulatory phases.

7. With spermicidal cream or jelly.

8. Without spermicides.

9. However, to maintain an effective protection against pregnancy, another method of contraception must be used as soon as menstruation resumes, the frequency or duration of breastfeeds is reduced, bottle feeds are introduced, or the baby reaches six months of age.

Source: Trussell J. Contraceptive efficacy. In Hatcher RA, Trussell J, Stewart F, Cates W, Stewart GK, Guest F, Kowal D. Contraceptive Technology Seventeenth Revised Edition. New York NY: Irvington Publishers, 1998

## CONTRAINDICATIONS

The pills provided in the PREVEN™ Emergency Contraceptive Kit are combination oral contraceptive (COC) pills. The following are the known CONTRAINDICATIONS of daily cyclical combination oral contraceptive pill use (1 pill each day for 21 days of a 28-day cycle). It is not known whether these contraindications also apply to the ECP regimen of four oral contraceptive pills taken within a 12-hour period.

Known or suspected pregnancy
Pulmonary embolism (current or history)
Ischemic heart disease (current or history)
History of cerebrovascular accidents
Valvular heart disease with complications
Severe hypertension

TUMMINO-30139

Sep 01 98 03:21p        Margaret Fillipian                --- -

9/1/1998                        Response labeling to FDA                        7

Diabetes with vascular involvement
Headaches with focal neurological symptoms
Major surgery with prolonged immobilization
Known or suspected carcinoma of the breast or personal history of breast
cancer
Liver tumors (benign and malignant) active liver disease
Heavy smoking (>15 cigarettes per day) and over the age of 35
In addition, use is contraindicated in women who are known to be
hypersensitive to any component of this product.

## WARNINGS

The pills provided in the PREVEN™ Emergency Contraceptive Kit are combination oral
contraceptive (COC) pills. The following are the WARNINGS given for daily cyclical
combination oral contraceptive pill use (1 pill each day for 21 days of a 28-day cycle). It
is not known whether these warnings also apply to the ECP regimen of four oral
contraceptive pills taken within a 12-hour period.

> Cigarette smoking increases the risk of serious cardiovascular side effects from
> COC use. This risk increases with age and heavy smoking (15 or more cigarettes
> per day) and is quite marked in women over 35 years of age. Women who use COCs
> should be strongly advised not to smoke.

1.  Cardiovascular disease (CVD)
    COC use is associated with a small increase in the incidence of cardiovascular
    disease (CVD), primarily because of an increased risk of thrombosis rather than
    through an atherogenic mechanism. The degree of risk appears to be related
    primarily to the estrogen dosage. This increased risk is limited to the period
    during COC use and disappears upon cessation of use. Because the incidence of
    CVD is low during the reproductive years, the absolute risk attributable to COC
    use is quite small.

    a.  Deep Vein Thrombosis, Pulmonary Embolism
        Use of COCs is associated with a low absolute risk of venous
        thromembolism which is nonetheless 3-to 6-fold higher than that
        among non-users. Smoking does not appear to be a risk factor.

        The presence of factor V Leiden mutation and other hereditary
        coagulation disorders increases the risk of thromboembolic
        disease.

        COC use is contraindicated for women who have deep vein
        thrombosis or pulmonary embolism and for those who have a
        history of these conditions.

TUMMINO-30140

9/1/1998                    Response labeling to FDA                              8

Women who are immobilized for prolonged periods because of major surgery (or illness or injury) should not use COCs. For women undergoing major surgery without prolonged immobilization, the advantages of COC use generally outweigh the risk.

COC use should preferably not begin until 2-3 weeks postpartum, because of the risk of thrombosis.

b.  **Cerebrovascular disease**
In women who do not smoke and do not have hypertension, the risk of ischemic stroke in users of COCs is increased about 1.5 fold compared with non-users. The likelihood of hemorrhagic stroke is not increased among users of low-dose combined COCs who are under 35 years old and do not smoke or have hypertension. Women who have a history of stroke should not use COCs.

c.  **Ischemic heart disease**
The likelihood of myocardial infarction is not increased among young women who use COCs and do not smoke or have hypertension or diabetes. Smokers older than 35 should not take COCs. Women who currently have ischemic heart disease, or who have a history of this disease, should not use COCs.

d.  **Valvular heart disease**
COC use is contraindicated for women whose valvular heart disease is complicated by such factors as pulmonary hypertension, atrial fibrillation, or history of sub-acute bacterial encarditis. COC use may be acceptable for women with uncomplicated valvular heart disease.

2.  **Elevated blood pressure**
For women with an elevation in blood pressure (160+/100+mmHg), COC use would present an unacceptable health risk, and COCs should not be used. Similarly, hypertensive women with vascular disease should not use COCs.

3.  **Ocular Lesions**
There have been clinical case reports of retinal thrombosis associated with the use of oral contraceptives. Oral contraceptives should be discontinued if there is unexplained partial or complete loss of vision; onset of proptosis or diplopia; papilledema; or retinal vascular lesions.

4.  **Carbohydrate metabolism**
For women with diabetes (both insulin-dependent and non-insulin dependent), who do not have vascular involvement, the advantages of COC use generally outweigh the risks, particularly the risks associated with pregnancy. The major

TUMMINO-30141

9/1/1998

Response labeling to FDA                                    9

concerns are vascular disease and added risk of thrombosis, although COC use by diabetic women appears to have only minimal effects on lipid metabolism and hemostasis. For diabetic women with nephropathy, retinopathy, neuropathy, or other vascular involvement, the risk-benefit ratio depends on the severity of the condition.

5.      Headaches

For women with severe, recurrent headaches, including migraine headaches, the appropriateness of using COCs depends on the presence or absence of focal neurologic symptoms. These symptoms may reflect an increased risk of stroke and COC use is contraindicated in patients in whom they are present. The onset or exacerbation of migraines or the development of severe headache with focal neurological symptoms, which are recurrent or persistent, requires discontinuation of COC use and evaluation of the cause.

6.      Unexplained vaginal bleeding

Women who have unexplained vaginal bleeding, suggestive of an underlying pathological condition or pregnancy, should be evaluated prior to initiation of COC use in order to avoid confusion of the pathological bleeding with COC side effects.

7.      Liver Disease

Because steroid hormones are metabolized by the liver, women taking COCs may experience adverse hepatobiliary effects. Although case-control studies have indicated that the risk of both benign and malignant liver tumors may be slightly increased by COC use, the incidence potentially attributable to COCs in the United States is minimal because the disease is very rare.

Women who currently have active liver disease should not use COCs.

8.      Ectopic Pregnancy

Ectopic as well as intrauterine pregnancy may occur in contraceptive failures.


## PRECAUTIONS

1.  Sexually transmitted diseases

Women should be informed that this product does not protect against infection with HIV (the virus that causes AIDS) and other sexually transmitted diseases (STDs). If a woman is at high risk for STDs she should be encouraged to reduce risky behavior and to use condoms or other barrier methods (in addition to COCs).

2.  Pregnancy

Extensive research has found no significant effects on fetal development associated with long-term use of contraceptive doses of oral steroids before pregnancy or taken inadvertently during early pregnancy.

TUMMINO-30142

9/1/1998                    Response labeling to FDA                    10

**3.   Nursing mothers**
Oral contraceptive steroids have been reported in the milk of breast feeding mothers with no apparent clinical significance; long-term follow-up of breastfeeding mothers with no apparent clinical significance; long-term follow-up of children whose mothers used COCs while breastfeeding has shown no deleterious effects.

**4.   Pediatric use**
The safety and efficacy of COCs have been established in women of reproductive age. Safety and efficacy are expected to be the same for postpubertal adolescents under 16 and users 16 and older. Use of this product before menarche is not indicated.

**5.   Repeated use of Emergency Contraceptive Pills**
The effect of repeated use of ECPs (more than once in a menstrual cycle or in multiple cycles) is unknown

**6.  Information for the patient**
Please see separate patient labeling information.

## ADVERSE REACTIONS

The pills provided in the PREVEN™ Emergency Contraceptive Kit are combination oral contraceptive (COC) pills. Based on clinical experience over several years of use of ECPs the most common side effects reported were as follows:

- Nausea
- Vomiting
- Menstrual irregularities
- Breast tenderness
- Headache
- Abdominal pain /cramps
- Dizziness

## OVERDOSAGE

There have been no reports of serious ill effects from overdosage of combination oral contraceptives, including ingestion by children.

## DOSAGE AND ADMINISTRATION

The PREVEN™ Emergency Contraceptive Kit contains a pregnancy test. This test can be used to verify an existing pregnancy resulting from intercourse that occurred earlier in the current menstrual cycle or the previous cycle. If a positive pregnancy result is obtained, the patient should not take the pills in the PREVEN™ Kit.

The initial two pills must be taken as soon as possible but within 72 hours of unprotected intercourse. This is followed by the second dose of two pills 12 hours later. The patient should be instructed that if she vomits within one hour of taking either dose of the medication, she should contact her healthcare professional to discuss whether to repeat

9/1/1998                    Response labeling to FDA              .        11

that dose or to take an antinausea medication.   ECPs are not indicated for ongoing
pregnancy protection and should not be used as a woman's routine form of contraception.

## HOW SUPPLIED

The PREVEN™ Emergency Contraceptive Kit (NDC No. 63955-010-01) is available in a
carton which includes a patient information book, a pregnancy test in a sealed foil pack, a
blister pack containing 4 emergency contraceptive pills (ECPs) and detailed patient
labeling.

Each pill contains 0.25 mg levonorgestrel and 0.05 mg ethinyl estradiol.   The pills are
marked with a G on one side and the numerals 891 on the other.

Store at 25°C (77°F); excursions permitted to 15-30°C (59-86°F).
(See USP *Controlled Room Temperature*)

## DETAILED PATIENT LABELING

This product is intended to prevent pregnancy when you have experienced known or
suspected contraceptive failure (e.g., broken condom) or not have used contraception.
The first dose of ECP should be taken as soon as possible but within 72 hours of
unprotected sex.  ECPs are meant for emergency use only and not as a regular method of
birth control.   Like all oral contraceptives, ECPs do not protect against infection with
HIV (the virus which causes AIDS) and other sexually transmitted diseases.

## DESCRIPTION

The PREVEN™ Emergency Contraceptive Kit contains a Patient Information Book, a
Pregnancy Test and four (4) Emergency Contraceptive Pills (ECPs).

## INTRODUCTION

Any woman who considers using the PREVEN™ Emergency Contraceptive Kit should
understand the benefits and risks of using this method of birth control. This leaflet
provides information which will be useful to you in making your decision.  The following
information is not meant to replace a discussion between you and your healthcare
professional.

## EFFECTIVENESS OF EMERGENCY CONTRACEPTIVE PILLS

If one hundred women used ECPs correctly in one month, about two women will become
pregnant after a single act of intercourse.   This is a 75% reduction in the number of
pregnancies expected if no ECPs are used after unprotected intercourse. The enclosed
pregnancy test is important because it will help determine if there is a pregnancy from

TUMMINO-30144

9/1/1998                        Response labeling to FDA                        12

sex earlier in the month or in previous months. It will not tell you if you are pregnant from sex which took place within the previous 72 hours.

## WHO SHOULD NOT TAKE EMERGENCY CONTRACEPTIVE PILLS

The pills provided in the PREVEN™ Emergency Contraceptive Kit are combination oral contraceptive (COC) pills. Combination oral contraceptives (COCs) should not be used if you have any of the following conditions.

- Pregnancy
- Blood clots in the deep veins of the your legs (now or in the past)
- Blood clots in the lungs (now or in the past)
- Heart attack (current or history)
- Stroke (current or history)
- Valvular heart disease with complications
- Severe high blood pressure
- Diabetes with blood vessel involvement
- Severe headaches [including classic (complicated) migraine].
- Liver tumors (non-cancerous and cancerous), active liver disease
- Heavy smoker (greater than 15 cigarettes per day) and over age 35
- Allergic to any components of the product

Tell your healthcare professional if you have ever had any of these conditions.

Be sure to also inform your healthcare professional if you smoke.

## RISKS OF EMERGENCY CONTRACEPTIVE PILLS

The pills provided in the PREVEN™ Emergency Contraceptive Kit are combination oral contraceptive pills (COCs). The following are risks that have been shown in studies of women taking COCs. It is not known whether these risks also apply to the ECP regimen.

### I.   RISK OF DEVELOPING BLOOD CLOTS

Blood clots and blockage of blood vessels are one of the most serious side effects of taking COCs. Blood clots that form in the leg can cause blockage of blood flow in the leg veins. These clots can travel to the lung and cause serious disability or death. Rarely, clots occur in the blood vessels of the eye and may cause blindness, double vision, or impaired vision.

If you are taking COCs and need to be at bedrest for a prolonged period of time (with surgery, injury or illness), or you have delivered a baby within the past 2-3 weeks, then you may be at risk of developing blood clots. You should consult your healthcare professional about taking ECPs when any of these situations apply.

TUMMINO-30145

9/1/1998                     Response labeling to FDA                    13

## 2. HEART ATTACKS AND STROKES

Use of COCs may increase the tendency to develop strokes (stoppage or rupture of blood vessels in the brain) and heart attacks (blockage of blood vessels in the heart). These conditions can cause serious disability or even death.

Smoking greatly increases the possibility of suffering heart attacks and strokes. Furthermore, smoking and the use of COCs greatly increase the chances of developing and dying of heart disease.

## 1. LIVER TUMORS

Studies have indicated that the risk of both benign and malignant liver tumors may be slightly increased by COC use. The rate of occurrence of these tumors that may be attributable to COCs in the United States is minimal because the disease is very rare.

### WARNING SIGNALS

If any of these adverse effects occur while you are taking (or shortly after taking) ECPs, call your healthcare professional immediately:

- Sharp chest pain, coughing of blood, or sudden shortness of breath (indicating a possible clot in the lung)
- Pain in the calf (indicating a possible clot in the leg)
- Crushing chest pain or heaviness in the chest (indicating a possible heart attack)
- Sudden severe headache, or vomiting, dizziness or fainting, disturbances of vision or speech, weakness, or numbness in an arm or leg (indicating a possible stroke)
- Sudden partial or complete loss of vision (indicating a possible clot in the eye)
- Severe pain or tenderness in the stomach area (indicating a possibly ruptured liver tumor or other serious condition such as ectopic pregnancy)

### SIDE EFFECTS OF EMERGENCY CONTRACEPTIVE PILLS

1. **Nausea and Vomiting**
   About half of the women who take ECPs experience temporary nausea. It is usually mild and stops within a few hours, but may continue for up to one or two days. About 20% of women who take ECPs may vomit. If you vomit within one hour after taking either dose of ECPs, call your healthcare professional to discuss whether to repeat the dose or to take antinausea medicine.

2. **Menstrual Cycle Disturbances**
   It has been reported that following ECP use, about 75% of women experience a normal period on time. However, irregular vaginal bleeding or spotting may occur after taking ECPs. Such patterns of bleeding may be temporary and usually do not indicate any serious problems. Menstrual bleeding may begin a few days earlier or later than would have been expected. Your menstrual flow may be heavier or lighter than usual. If the bleeding lasts longer than your normal period

TUMMINO-30146

9/1/1998                    Response labeling to FDA                    14

or if bleeding does not start within 21 days after treatment, talk to your healthcare professional.

3.  **Breast Tenderness**
    Breast tenderness occurs in approximately 10 –20% of women studied while taking ECP regimen.

4.  **Headaches**
    Headaches occur in up to 10% of women studied while taking the ECP regimen.

5.  **Abdominal Pain**
    Abdominal /pelvic pain occurs in approximately 1% of women taking the ECP regimen.

6.  **Dizziness**
    Dizziness is occasionally reported.

Side effects usually subside within a day or two after treatment is completed.

## GENERAL PRECAUTIONS

1.  **Sexually transmitted disease**
    This product is intended to prevent pregnancy when you have experienced known or suspected contraceptive failure (e.g., broken condom) or when you may not have used contraception. It does not protect against infection with HIV (the virus that causes AIDS) and other sexually transmitted diseases such as genital warts, genital herpes, hepatitis B, chlamydia, gonorrhea or syphilis. If used correctly every time that you have sex, latex condoms will help reduce the risk of infection with HIV and other sexually transmitted diseases.

2.  **Missed periods and use of ECPs before and during early pregnancy**
    If you miss your period, you should consult your healthcare professional as soon as possible. Studies of women who continued to take COCs after they unknowingly became pregnant show that COCs are not associated with any increase in risk of harm to the fetus. It appears unlikely that these same (or similar) drugs as used in the ECP regimen will have an adverse effect on an established pregnancy. Data collected in England on the follow-up of babies born after failed emergency contraception have not shown an increase in birth defects.

    ECPs may not prevent an ectopic pregnancy (pregnancy outside of the womb). Ectopic pregnancy is a medical emergency. In ectopic pregnancies, spotting and cramping pain usually begin shortly after the first menstrual period. See your healthcare professional immediately if you experience these symptoms.

TUMMINO-30147

9/1/1998                    Response labeling to FDA                    15

3.   **While breast-feeding**
     If you are breast-feeding, you should not take ECPs. COCs have been reported in
     the milk of breast feeding mothers with no apparent clinical significance; long-
     term follow-up of children whose mothers used COCs while breast-feeding has
     shown no deleterious effects.

## USE OF PREVEN™ Emergency Contraceptive Kit

### STEP 1:   PATIENT INFORMATION BOOK

Read the Patient Information Book enclosed in the PREVEN™ Kit

### STEP 2:   PREGNANCY TEST FOR THE PREVEN™ EMERGENCY
###           CONTRACEPTIVE KIT

The enclosed Pregnancy test is provided so that you may determine if you are already
pregnant. The instructions for use follow.

## INSTRUCTIONS FOR USE

Please read all instructions carefully before beginning test.

### HOW DOES THE PREGNANCY TEST WORK?
The pregnancy test is able to detect tiny amounts of the pregnancy hormone hCG (Human
Chorionic Gonadotropin) in your urine. This hormone is produced in increasing amounts
during the first part of pregnancy. The pregnancy test uses sensitive monoclonal
antibodies to detect the presence of the hormone from the first day you miss your period.

### HOW TO USE THE PREGNANCY TEST
When you are ready to begin the test, remove the stick from the pouch by tearing at the
notches. Throw away the freshness packet (desiccant) inside the pouch. Take off the
protective cap covering the absorbent tip.

ILLUSTRATION OF PREGNANCY TEST

- Holding the test stick with the absorbent tip pointing downward, place the tip into the
  urine stream for **AT LEAST FIVE SECONDS** so that the entire tip is wet. **Do not**
  urinate on the windows of the test stick.
- Remove the test stick from the urine stream. It is not necessary to replace the cap
  over the tip.

TUMMINO-30148

9/1/1998                    Response labeling to FDA                    16

- Lay the test stick on a flat surface with the windows facing up. As the test begins to work, you will notice a pink/purple color moving across the windows. Don't be alarmed -- this is normal "development" process.

**TO READ THE TEST RESULTS**
- Wait 3 minutes, (but not longer than 20 minutes to read the test stick).
- You will see a pink/purple line in the SQUARE control window indicating that the test is finished.
- If there is any pink/purple line in the ROUND result window you are pregnant.
- NOTE: It does not matter which line is darker. However, you must always see a line in the SQUARE control window for the test to be meaningful.


ILLUSTRATION OF "WINDOWS"


**LIMITATIONS OF THE TEST**
The pregnancy test is NOT reusable. The test works only if the instructions are followed carefully. Although the pregnancy test is greater than 99% accurate, occasionally misleading results may occur. The test may give positive result if you have an ectopic pregnancy (a pregnancy outside of the uterus), have had a miscarriage, or have given birth within the past 8 weeks. You should consult with your healthcare professional if you have recently been pregnant or if you get unexpected test results.

**STEP 3:    USE OF EMERGENCY CONTRACEPTIVE PILLS (ECPs)**

ECPs consist of two doses of pills, levonorgestrel (a synthetic progestin) and ethinyl estradiol (a synthetic estrogen) pills, which are the active ingredients in combination oral contraceptive (COCs) pills. ECPs work primarily by delaying or inhibiting ovulation (the process by which an egg matures and is released), they may disrupt fertilization (the joining of the egg and sperm), or possibly inhibit implantation (the planting of the fertilized egg into the womb).

**If you are not pregnant (the enclosed pregnancy test may be used for verification), take the ECPs according to the following instructions:**

1.      Each kit contains four pills. There are two doses of two pills each. Swallow the first dose of two ECP pills as soon as possible but within 72 hours after having unprotected sex. Unprotected sex refers to sex that took place when there is a known contraceptive failure or a concern of a suspected contraceptive failure or when no method of contraception was used. Remember that the second dose (the remaining two pills) must be taken 12 hours after the first dose. So for example, if you took your first two pills at 3pm in the afternoon, you must take your second dose of two pills at 3am the next morning.

TUMMINO-30149

Sep 01 98 03:25p

9/1/1998                          Response labeling to FDA                          17

2.    Do not swallow any extra ECP pills. Taking more pills has not been shown to decrease the risk of pregnancy and further, however, this may increase the risk of nausea and/or vomiting.

3.    A three-week follow-up visit with your healthcare professional is recommended.

## OVERDOSAGE

There have been no reports of serious ill effects from overdosage of COCs including ingestion by young children. Overdosage may result in nausea and vomiting, and, in females, vaginal bleeding. In case of overdosage, contact your healthcare professional or pharmacist.

## OTHER INFORMATION

Do not use PREVEN™ Emergency Contraceptive Kit for any condition other than the one for which it was prescribed. This drug has been prescribed specifically for you; do not give it to others.

Manufactured for:
Gynétics Inc.,
P.O.Box 8509
Somerville, NJ 08876
Drafted: September 1998.

Printed in the USA                                          Print Code:

TUMMINO-30150

# OFFICE OF THE COMMISSIONER MEETING
## EXECUTIVE SUMMARY

**Date:** June 5, 2002
**Time:** 9:00 – 10:00 a.m.
**Location:** Room 14-68 (Parklawn)

**Subject:** Rx to OTC Switch of Emergency Contraceptive

**Attendees:** Lester Crawford, Murray Lumpkin, Daniel Troy, Janet Woodcock, Norris Alderson, William Hubbard, Susan Wood, Steven Galson, John Jenkins, Jane Axelrad, Florence Houn, Jonca Bull, Dan Shames, Charlie Ganley, Linda Katz, Dena Hixon, Andrea Leonard Segal, Dan Davis, Lee Lemley, Bronwyn Collier, Terri Rumble, Jennifer Mercier, Tia Frazier, Mitch Weitzman, Kim Colangelo, Maureen Hess, Beth Clarke

**Meeting Purpose:** FDA expects the submission of an NDA (in July) for an Rx to OTC switch of an emergency contraceptive. The drug is a levonorgestrel product named Plan B and the sponsor is Women's Capitol Corporation.

**Agenda:**

- Introduction             Dena Hixon, MD
- Background            Dena Hixon, MD
- Presentation           Dan Davis, MD, MPH
    Regulatory History
    Supporting Clinical Studies
    Marketing Status in other Countries
- Considerations for OTC Use    Dena Hixon, MD
- Discussion              All

**Background:**

The Center for Reproductive Law and Policy filed a Citizen Petition on February 14, 2001, requesting that FDA switch two emergency contraceptive drugs to OTC status. The drugs are Preven, marketed by Gynetics, Inc., and Plan B, marketed by Women's Capital Corporation.

The petition asserts that emergency contraceptives are suitable for OTC use because they:
- Are safe for self-medication;
- have a low risk of abuse or overdose and have no contraindications that would pose a danger to the patient;
- can easily be self-administered, and
- are more accessible to women because they could obtain the drugs in a timely fashion (without needing to schedule a doctor visit and fill a prescription), and women would thereby be able to prevent unwanted pregnancies to the benefit of the public health.

Page 2 – Rx to OTC Switch of Emergency Contraceptive

In a February 25, 1997, <u>Federal Register</u> Notice, FDA announced that certain combined oral contraceptives, like the ones discussed herein, are safe and effective for emergency contraception, and requested the submission of NDAs for this use.

CDER's Dr. Dena Hixon has prepared an explanatory piece entitled, "Mechanism of Action: Emergency Contraception," which is immediately attached.

Women's Capitol Corporation has completed OTC use studies of Plan B and intends to submit an NDA in July 2002 for OTC use of the product.

. Gynetics, Inc., the sponsor of Preven II,

Discussion:

- ◆ Political sensitivity
- ◆ Consumer understanding of the proposed nonprescription product label
- ◆ Results of actual use studies to adequately address safety issues
- ◆ Review status of NDA upon submission: Priority or Standard
- ◆ Regulatory issues

Attachments: Mechanism of Action – Emergency Contraception

**Executive Secretariat Contact:** Beth Clarke, 301-827-4428

**TUMMINO-30167**

# Mechanism of Action
## Emergency Contraception

There is a common mistaken belief that as soon as a couple has sexual intercourse, an egg is fertilized and a pregnancy is established. There are, in fact, many steps to establishing fertilization and pregnancy. Emergency contraception can prevent pregnancy by preventing any one or more of these steps.

In order to understand the mechanism of action for Emergency Contraception, it is first necessary to understand the elements that are necessary for a pregnancy to be established. They are the following:

1. Ovulation. An egg must be released from the ovary and available for fertilization within 24 hours after its release.
2. Viable sperm must be present in the fallopian tube or in the abdominal cavity near the ovary. Sperm remain viable in the female reproductive tract at mid-cycle for up to 5 days after intercourse.
3. The sperm must undergo specific changes in the environment of the fallopian tube to make them capable of fertilizing an egg. This takes at least 4 to 6 hours after intercourse.
4. The fertilized egg must be transported into the uterus, which occurs 3 days after fertilization.
5. The embryo implants into the lining of the uterus, which starts around 6 days after fertilization and is complete about 7 days later.

Published studies have shown the following probabilities of pregnancy following intercourse on a given day of the menstrual cycle:

Schwartz and colleagues:

| Days from ovulation | Conception rate |
|---|---|
| -4 | 8% |
| -3 | 20% |
| -2 | 13% |
| -1 | 21% |
| 0 | 15% |
| +1 | 11% |
| +2 | 9% |

Barrett and Marshall:

| Days from ovulation | Conception rate |
|---|---|
| -4 | 13% |
| -3 | 20% |
| -2 | 17% |
| -1 | 30% |
| 0 | 14% |
| +1 | 7% |

TUMMINO-30168

Page 2 – Mechanism of Action: Emergency Contraception

No pregnancies were identified in these studies with intercourse earlier than 4 days before ovulation or later than 2 days after ovulation.

Even women with regular menstrual cycles can have unpredictable variations in individual cycles. Therefore, it is usually impossible for a woman with a contraceptive accident to know for certain if she has already ovulated or when she will ovulate in a particular cycle.

The women who would become pregnant after a single act of intercourse are those who happen to be between 4 days prior to ovulation and 2 days after ovulation, and the highest probability is from 3 to 1 day prior to ovulation. Therefore, it is possible to administer an emergency contraceptive drug after intercourse with enough time to inhibit ovulation and therefore prevent pregnancy for most of these women. The drug should be taken as soon as possible after intercourse in order to have the greatest chance of stopping ovulation, since the women at risk will ovulate any time from the same day to 4 days later. Emergency contraceptives taken within 72 hours have been shown to decrease the overall chance of pregnancy following a random single act of intercourse from 8 per 100 women to less than 2 per 100, and the effectiveness is highest when the drug is taken in the first 24 hours compared to the second or third 24 hours.

The approved emergency contraceptives have clearly been shown to inhibit ovulation. It is believed that they may also interfere with the actual process of fertilization by interfering with transport of the egg or sperm or with the necessary changes that the sperm must undergo to be able to fertilize an egg. It is also commonly believed that these drugs could also interfere with implantation by inducing changes in the endometrium. However, neither of these latter mechanisms of action have been demonstrated.

It appears likely that the women for whom emergency contraception fails are those who have already ovulated prior to taking the medication.

It is clear that emergency contraception will not work after implantation and will not interrupt an already-established pregnancy. This is in clear contrast to mifepristone (RU-486), an anti-progestin, which is an abortifacient and does interrupt an established pregnancy after implantation.

The definition of pregnancy, according to 45 CFR 46.203(b) is the following: "Pregnancy" encompasses the period of time from confirmation of implantation (through any of the presumptive signs of pregnancy, such as missed menses, or by a medically acceptable pregnancy test), until expulsion or extraction of the fetus.

Dena R. Hixon, M.D.
Acting Deputy Director
Division of Reproductive and Urologic Drug Products
5/23/02

TUMMINO-30169

## Emergency Contraception 2002

Dena R Hixon, MD
Daniel Davis, MD, MPH
Division of Reproductive/Urologic Drugs

Linda Katz, MD, MPH
Andrea Leonard-Segal, MD, MS
Division of Over-the-Counter Drugs

10/21/2002

1

---

## Emergency Contraception 2002

- Definitions
- Pharmacologic background
- FDA Regulatory History
- Efficacy and Safety
- Marketing data
- Current Issues

10/21/2002

2

---

## Definitions

- HHS definition of pregnancy (3/83)- "pregnancy encompasses the time from confirmation of implantation ... until expulsion or extraction of the fetus"
- Emergency Contraception (EC)- Method of pregnancy prevention to be used following a contraceptive failure or unprotected intercourse (approved products must be started within 72 hours); not for routine use
  - 2 FDA Approved products for EC: Preven and Plan B
  - Off-label use of oral contraceptives (OCs) and Copper IUD

10/21/2002

3

---

## Mistaken Beliefs about Fertility

- Pregnancy occurs only when a woman has intercourse after ovulation
- Fertilization occurs immediately after intercourse
- The only way to prevent pregnancy after intercourse is to prevent implantation

10/21/2002

4

---

1

TUMMINO-30170

## Facts about Fertility

- It is difficult to predict when ovulation will occur in any given cycle
- An egg is viable for only about 24 hours
- Sperm are viable for 3-5 days
- Pregnancy is possible only with intercourse from 5 days before to 2 days after ovulation
- Fertilization occurs 4 to 72+ hours after intercourse
- Implantation begins 6 days after fertilization and takes 5-7 days to complete

10/21/2004

5

## Mechanisms of Action of Emergency Contraceptives

- Acts primarily by inhibiting ovulation
- Theoretically may inhibit fertilization
- Theoretically may inhibit implantation
- Is not effective after implantation

10/21/2004

6

## Regulatory History

**1960s**
Oral contraceptives (OCs) approved for pregnancy prevention
High dose estrogens were used off-label for EC
**1970s-1980s**
Yuzpe regimen (estrogen/progestin) for EC published in 1974
  • Approved in UK as the first EC in 1984
OCs replaced high dose estrogen for off-label use as EC
**1990s**
11/94 Citizen's Petition for EC regimen in OC labeling
6/96 Advisory committee endorsed Yuzpe regimen for EC
2/97 FR requesting NDAs for the Yuzpe regimen for EC
10/21/2004

7

## Preven

- Yuzpe regimen
- Approved 9/98
- 10 published clinical trials with 5,957 women
- 75% reduction in unintended pregnancies
  - 8 pregnancies expected per 100 women with a single act of unprotected intercourse
  - 2 pregnancies occur per 100 women with use of Yuzpe regimen for EC

10/21/2004

8

2

**TUMMINO-30171**

## Plan B

- Progestin only
- Approved 7/99
- Two large comparative studies:
  -WHO study ('98)- in 14 countries with N >1,950
  -Ho/Kwan ('93)- 1 Hong Kong site with N> 800
- Plan B was at least as effective as the Yuzpe regimen in both studies

10/31/2004                                    9

## Effect of Dosing Time on Pregnancy Rate

| Time to first dose | Pregnancy Rate Yuzpe E+P | Pregnancy Rate Plan B |
|---|---|---|
| <24 hr | 2.0 % | 0.4 % |
| 25-48 hr | 4.1 % | 1.2 % |
| 49-72 hr | 4.7 % | 2.7% |

10/31/2004                                    10

## Evidence of Safety

- Clinical trials with ~9,000 women
- UK data with 4 million uses (E+P) over 13 years
- EU data with 2.5 million uses (P alone), 5/99-02
- Extensive use of OCs, including off-label use for EC
- EC use has not been associated with serious adverse events
- Accidental use in early pregnancy has not been associated with adverse outcomes

10/31/2004                                    11

## Marketing

- **EC in the US:**
  – Preven and Plan B available by prescription only
  – Direct access from pharmacies in some states
- **EC worldwide:**
  – Available without prescription in 23 countries (over the counter in 4 countries)
  – Prescription only in 14 countries
  – Approval or launch pending in 23 more countries

10/31/2004                                    12

3

TUMMINO-30172

## Possible Public Health Impact

- Of 6.3 million pregnancies per year in the US, nearly half are unintended

- Approximately 1.3 million abortions take place in the US annually

10/21/2004

13

## OTC Requests

- Citizen Petition (2/01) currently pending
  - Requested direct switch of EC to OTC status
  - Two FDA-approved drugs for consideration
  - > 68 organizations endorse change
- Manufacturers interested in OTC EC
  - WCC (Plan B)
  - Others

10/21/2004

14

## General Principles for Rx to OTC Switches

- Acceptable margin of safety based on prior prescription marketing experience
- Low misuse and abuse potential
- Reasonable therapeutic index of safety
- Self treatment and self monitoring with minimal physician intervention
- Benefits of the OTC switch clearly outweigh risks

10/21/2004

15

## Review Issues for OTC Use of EC

- Proper self-selection for use of EC
- Correct use at the proper intervals
- Correct use by people at grade 5-6 reading level
- Use by women who are already pregnant
- Impact on use of more effective routine methods
- Impact on evaluation and treatment of STDs
- Management of vomiting or unexpected bleeding

10/21/2004

16

4

TUMMINO-30173

## OTC Review Process

- Submission of new NDA or supplement
- Review of application by DRUDP and DOTCDP
- Review of actual use and label comprehension studies by DOTCDP
- Public Advisory Committee anticipated for first in class switch

10/21/2004                                                          17

5



**DEPARTMENT OF HEALTH & HUMAN SERVICES**
Public Health Service
Food and Drug 'Administration
Center for Drug Evaluation and Research

## MEMORANDUM

**DATE:**      July 10, 2002

**FROM:**      Director, Center for Drug Evaluation and Research (CDER)

**SUBJECT:**   Emergency Contraception

**TO:**        Lester M. Crawford, D.V.M., Ph.D
               Deputy Commissioner

               Daniel E. Troy
               Chief Counsel

At the briefing on June 5, 2002 on emergency contraception, CDER was asked to provide additional information on the use of emergency contraception (EC) products. Emergency contraception products come in two forms: progestin-only (levonorgestrel, Plan B) and combined estrogen/progestin (Yuzpe regimen, Preven). Unless otherwise indicated, the discussion that follows applies to both types of EC products.

Specifically, we were asked to:

- Explain the finding (and provide supporting data) that accidental use of emergency contraception in early pregnancy has not been associated with adverse outcomes

- Discuss the mechanism(s) of action (inhibition or delay of ovulation, inhibition of fertilization and/or inhibition of implantation)

- Provide a bibliography of published relevant references on these issues

We have conducted a review of the literature and provided a discussion of these key issues and the requested references (Attachment 1: Safety of Emergency Contraception: A Review of the Literature; Attachment 2: Mechanism of Action for Emergency Contraception). The material is summarized here.

## I.    EC PRODUCT SAFETY

Although associated with some adverse events, EC products are generally safe.

### A.    Assessment of Teratogenic Risk

EC products are taken to prevent pregnancy and will not interrupt an existing pregnancy. The doses of sex

TUMMINO-30219

Emergency Contraceptive Memo
Page 2

hormones in EC products are approximately 2 to 5 times those of oral contraception pills containing the same hormones. There are many reported cases of women inadvertently taking oral contraception (estrogen/progestin or progestin-only) for up to several months while pregnant. These reports provide strong evidence that exposure to sex hormones during early pregnancy does not have a teratogenic effect. Much of the epidemiologic literature dates to the 1970s and 1980s when use of oral contraceptives in doses higher than currently prescribed was extensive. During those years, reports of congenital anomalies were analyzed with regard to general risk factors (such as maternal age) and maternal medication use around the time of conception or during pregnancy. The study results from that time period suggested some risk, but this has not been confirmed in larger, more comprehensive studies done in the 1990s.

### B.    Adverse Events (AEs)

The adverse events known to be related to use of EC products include nausea, vomiting, abdominal pain, headache, dizziness, breast tenderness, and menstrual changes (heavier or lighter bleeding). FDA's adverse event reporting system (AERS) data show only one case of deep venous thrombosis (DVT) associated with EC products. Except for the one case of DVT in over 1 million uses of approved EC products, no serious adverse events (SAEs) have been reported to the FDA.

## II.    MECHANISM OF ACTION

Studies of the mechanism of action of EC products suggest that there may be more than one mechanism of action, depending on the timing of treatment in relation to the menstrual cycle. The most recent and reliable studies show that the primary mechanism of action of EC products is to prevent or significantly delay ovulation, if taken soon enough before ovulation begins. Although not demonstrated in any published studies, when EC products are given at or shortly after ovulation, they may inhibit the process of fertilization by interfering with sperm capacitation or the transport of sperm and/or egg in the fallopian tube. When estrogen-progestin products are taken after ovulation, they produce limited effects on the endometrium that may or may not be sufficient to prevent implantation (no published study has either confirmed or ruled out the possibility that the observed endometrial effects are adequate to inhibit implantation). It is also possible that EC products are ineffective in preventing pregnancy if administered after the process of ovulation has already begun.

Cc:    Director, ODE III
       Director, DRUDP
       Director, ORP

Attachment 1

## Safety of Emergency Contraception: A Review of the Literature[1]

### A.    Teratogenic Risk

There is very limited information specifically on EC use during pregnancy since it is taken for the prevention of pregnancy, requires only two doses, and will not interrupt an existing pregnancy. A review of the literature on inadvertent use of oral contraceptives (OCs) during pregnancy provides the most information relevant to fetal exposure to sex hormones in early pregnancy. The doses of sex hormones in EC pills are about 2-5 times that of OC pills containing the same hormones. There are many reported cases of women inadvertently taking OCs, either combination hormonal pills containing an estrogen and a progestin, or progestin-only pills (POPs), for up to several months while pregnant. The comprehensive reviews listed here provide strong evidence that exposure to sex hormones (both combination hormonal products and levonorgestrel-alone pills) in early pregnancy does not have a teratogenic effect. Much of the epidemiologic literature dates to the 1970s and 1980s when use of higher-dose oral contraceptives than currently prescribed was extensive. During those years, reports of congenital anomalies were analyzed with regard to general risk factors (such as maternal age) and maternal medication use around the time of conception or during pregnancy. The study results from that time period suggested some risk, but this has not been confirmed in the larger, more comprehensive studies done in the 1990s.

### 1. Review articles

The following are important review articles about teratogenic risk with sex hormone exposure around the time of conception and during the first trimester of pregnancy. These articles summarize the current state of science and primarily rely on clinical trials and prospective, cohort studies, which have less bias than case-control observational studies.

1. *Reproductive Toxicity Review*, last revised 2/01/01, from REPROTOX, a reproductive toxicity database. "A large number of reports [13 are referenced] have failed to find an association between OC/progestin exposure just before or during pregnancy and congenital heart defects or other nongenital abnormalities. There have been reviews that detail the much larger collection of reports from which this sample was taken [5 are referenced]."

2. Raman-Wilms L, et al., "Fetal genital effects of first-trimester sex hormone exposure: a meta-analysis," *Obstet Gynecol* 1995;85(1):141-9. Of 168 articles initially identified, 14 studies (7 cohort and 7 case-control) involving 65,567 women, met the criteria for meta-analysis. The authors concluded, "There was no association between first trimester exposure to sex hormones generally (or to OCs specifically) and external genital malformations. Thus, women exposed to

---

[1] Daniel Davis, Division of Reproductive/Urologic Drug Products, June 2002.

TUMMINO-30221

Safety of Emergency Contraception: Literature Review
Page 2

sex hormones after conception may be assured there is no increased risk of fetal sexual malformation."

3. McCann MF and Potter LS, "Progestin-only oral contraception: A comprehensive review," *Contraception* 1994;50(6)(S1):S9-195. "Conclusion: based on the findings of these studies, it is unlikely that fetal anomalies or developmental lags will occur because of accidental use of POPs [progestin-only pills] during pregnancy, nor is there any hypothesized biological mechanism for such an effect." (S52)

4. Simpson JL and Phillips OP, "Spermicides, hormonal contraception and congenital malformations," *Adv Contracept* 1990;6:141-67. This detailed review of the literature examined 18 major prospective studies evaluating the effects of progestin exposure during pregnancy, and determined that the doses received were not teratogenic.

5. Bracken MB, "Oral contraception and congenital malformations in offspring: a review and meta-analysis of the prospective studies," *Obstet Gynecol* 1990;76:552-57. Overall, the author analyzed data from 6,102 exposed and 83,167 unexposed women. He points out that it is improbable that a single source of bias would have influenced all the studies systematically. He concluded that the overall relative risk for all malformations from the 12 prospective cohort studies was the same for exposed and unexposed women. "This lack of association between OCs and birth defects in prospective studies agrees with the results of most of the better-designed case-control studies."

6. Population Council, "Norplant Levonorgestrel implants: a summary of scientific data," *The Population Council* 1990, New York. Clinical trials of NORPLANT system found no evidence of teratogenicity of levonorgestrel administered by implants.

7. Wilson JC and Brent RL, "Are female sex hormones teratogenic?," *Am J Obstet Gynecol* 1981;141:567-80. The four major teratogenic concerns associated with sex hormones are heart, limb, vertebral, and GI tract anomalies. The authors concluded that there is no association between oral contraceptives and birth defects based on several findings, including extensive surveillance data that did not show a corresponding rise in the incidence of the suspected birth defects as the use of OCs increased. They pointed out that because sex hormones act specifically on tissues with hormone receptors that are primarily on reproductive/genital tissues, the probability of receptor binding causing anomalies on non-genital tissue is low.

## 2. Animal Toxicology Review

Maier WE and Herman JR, "Pharmacology and toxicology of ethinyl estradiol and norethindrone acetate in experimental animals," *Regulatory Toxicology and Pharmacology* 2001;34:53-61. The authors concluded, "for over 30 years various combinations of synthetic estrogens and progestins have been used in OCs. Ethinyl estradiol (EE) and norethindrone (NA) alone or in combination, possess low acute and chronic toxicity. These agents are not teratogenic when given in combination. Overall, the animal data demonstrates that long-term exposure to EE and NA formulations pose very little health risk to humans."

Safety of Emergency Contraception: Literature Review
Page 3

**B.    Adverse Events (AEs) and Emergency Contraception**

The adverse events known to be related to administration of EC pills are nausea, vomiting, abdominal pain, headache, dizziness, breast tenderness and menstrual changes (heavier or lighter bleeding).   Comparative clinical trials and recent articles have concluded that levonorgestrel alone (progestin-only, Plan B) administered specifically for emergency contraception is better tolerated than the Yuzpe (levonorgestrel + ethinyl estradiol) regimen.  Plan B is labeled as having "demonstrated a superior safety profile" over the Yuzpe regimen for nausea [23% compared to 50%] and vomiting [6% compared to 19%].  There is conflicting evidence that one product is better than the other with regards to irregular bleeding and other common symptoms.

FDA adverse event reporting system (AERS) data shows only one case of deep venous thrombosis (DVT) associated with EC pills.  Serious adverse events (SAEs) are difficult to interpret in terms of causation because only two doses of EC pills are administered for the correct use.  SAEs associated with the use of oral contraceptives, specifically myocardial infarct (MI), stroke, deep vein thrombophlebitis, and pulmonary embolus (PE) have not been reported to the FDA with the use of emergency contraception, except for the one case of DVT.

**Overall, the use and safety database for emergency contraception includes:**

- Randomized clinical trials for EC with ~9,000 women (7,500 Yuzpe; 1,500 levonorgestrel alone) reported no cases of DVT, PE, MI or stroke.
- UK data:  June 2002 Medicines Control Agency update on the levonorgestrel-alone product [Rx in 1999; available from pharmacies January 2001] had 211 adverse reports including 186 pregnancies and 10 ectopic pregnancies; there were no reports of DVT, PE, MI or stroke. See Appendix A, Table 1
- UK data:  4 million uses (Yuzpe regimen) over 13 years. See Appendix B, Table 2
- EU data:  more than 9.9 million uses (levonorgestrel alone); levonorgestrel-alone products are marketed worldwide in at least 23 countries without a prescription and in 14 countries with a prescription. See Appendix B, Question 1 (Table 1)
- CDER, Office of Drug Safety (ODS), postmarketing safety and use review (June 2002) based on data from AERS and IMS Health Inc.:  one case of DVT with Preven use [over 300,000 uses- sponsor data].  No cases of PE, MI or stroke for either Preven or Plan B. See Appendix C.
- Extensive off-label use of OCs for EC since the 1960s has shown the Yuzpe regimen has not been associated with reports of SAEs, including DVT, PE, MI, stroke, and death.
- Approved EC product use has not been associated with serious adverse events; ectopic pregnancies have been reported with the levonorgestrel-only products, but there is no evidence that the ectopic pregnancy is caused by the use of EC.

TUMMINO-30223

# Attachment 2

# Mechanisms of Action for Emergency Contraception[1]

## A. Summary

Studies on the mechanism of action of hormonal emergency contraceptives (ECs) are limited by difficulties in design and interpretation. However, the available data suggest that there may be more than one mechanism of action, depending on the timing of treatment in relation to the menstrual cycle:

1.      The most recent and reliable studies show that both progestin-only (levonorgestrel) ECs and the combined estrogen/progestin (Yuzpe) regimen, when initiated soon enough before ovulation begins, will prevent or significantly delay ovulation, and this appears to be the primary mechanism of action in preventing pregnancy.

2.      Although not demonstrated in any published studies, when ECs are given at or shortly after ovulation, they may inhibit the process of fertilization by interfering with sperm capacitation or the transport of sperm and/or ova in the fallopian tube.

3.      If the Yuzpe regimen is given after ovulation, it produces limited effects on the endometrium that some but not all investigators believe to be sufficient to prevent implantation; however, no published study has either confirmed or ruled out the possibility that the observed endometrial effects are adequate to inhibit implantation. Inhibition of implantation is a theoretical mechanism of action for a woman who has unprotected intercourse before ovulation and receives ECs after ovulation.

It is possible that ECs are not effective when administered after the process of ovulation has already begun. When intercourse occurs after the day of ovulation, pregnancy is not likely to result, even without treatment.

## B. Human Reproductive Physiology

The menstrual cycle in women is complex and involves specific hormonal signals to control the development and release of an egg from the ovary. Once released from the ovary, the egg enters the fallopian tube, where it must be fertilized within 24 hours or it loses its capability to be fertilized. Sperm, on the other hand, can survive in the woman's reproductive organs for at least 3 to 5 days after intercourse. They travel rapidly through the uterus and fallopian tubes, where they undergo capacitation, changes that make them capable of fertilizing an egg. Fertilization takes place in the fallopian tube when the egg is available, and the fertilized egg then travels to the uterus within about 3 days after fertilization. The developing early embryo begins to implant into the endometrium (uterine lining) about 6 days after fertilization, and the process takes about

---

[1] Dena R. Hixon, Division of Reproductive and Urologic Drug Products (DRUDP), June 2002.

Emergency Contraception- Mechanisms of Action
Page 2

a week to be completed. Most studies indicate that the possibility that intercourse will result in pregnancy is confined to a period of approximately 6 days, ending with the day of ovulation.

There are three theoretical ways that ECs could act to prevent pregnancy when given after sexual intercourse: inhibition or delay of ovulation, inhibition of fertilization (most likely by affecting transport of the sperm or egg or the capacitation process), or inhibition of implantation.

## C. Mechanistic Clinical Studies

Clinical studies to examine the mechanism of action of ECs are difficult to design. This is in part due to the relatively small number of pregnancies that occur with a single act of unprotected intercourse (about 8 for every 100 women exposed) and the even smaller number that occur with the use of EC (about 2 for every 100 women treated). One cannot assume that every woman who did not become pregnant after treatment represents a treatment success because 92 percent of women seeking EC may not become pregnant even without treatment.

In evaluating the mechanisms of action of EC, it is important to consider the timing of treatment in relation to the menstrual cycle. Women are at risk of pregnancy only during a limited interval of about 6 days before and on the day of ovulation. Therefore, treatment at other times in the menstrual cycle may not accurately reflect the contraceptive mechanism of action. However, normal variability in cycles makes it very difficult to predict in advance exactly when ovulation will occur. Most of the early studies of pregnancy probabilities on various cycle days used basal body temperatures from previous regular cycles, an imprecise method, to estimate the date of expected ovulation.

It is now possible to more accurately predict the time of ovulation with daily urine or serum testing to identify the surge of luteinizing hormone (LH) that begins about 36 hours before ovulation and peaks 12 hours before ovulation. In addition, modern ultrasound technology allows visualization of the dominant ovarian follicle that will burst and release the egg at the time of ovulation. These methods are useful in mechanistic trials but not practical in large efficacy trials in the setting of a contraceptive emergency, because women who need emergency contraception are unlikely to have been monitored in advance for such evidence of ovulation. Prediction of the date of ovulation based on the woman's own recall of her previous cycles remains the most feasible, although imprecise, method for estimation of cycle day in relation to the expected day of ovulation.

## D. Inhibition of Ovulation

Inhibition of ovulation can be clearly demonstrated by (1) the lack of luteal phase elevation of serum progesterone levels, (2) failure of ultrasound to detect a follicle that subsequently disappears, or (3) endometrial biopsy showing a secretory pattern in the endometrium.

Human studies of postcoital contraceptives date back to the 1960s. In the early studies, investigators assumed that inhibition of implantation is the mechanism of action of EC and did not evaluate the effect of treatment on ovulation or fertilization. Instead, treatment with estrogen/progestin combination ECs was given only after ovulation.

Emergency Contraception- Mechanisms of Action
Page 3

A recent study (Croxatto et al., 2001) of levonorgestrel-only EC suggested that inhibition of ovulation depends on the stage of follicular development. Ovulation was prevented only when treatment was initiated before ovulation. Administration of levonorgestrel at or after ovulation did not impair corpus luteum function or endometrial morphology and was therefore considered unlikely to impair implantation.

Another study (Hapangama et al., 2001) showed that treatment with levonorgestrel-only EC immediately before ovulation (within one day before the LH surge) significantly delayed or prevented ovulation in only 4 of 12 women, suggesting that the timing of treatment for these women was too late to influence an event already well underway.

In another study (Swahn et al., 1996) the Yuzpe regimen (estrogen/progestin combination) was administered to women on cycle day 12 (before ovulation) or day LH + 2 (just after ovulation) and repeated in 12 hours. When given before ovulation, the treatment either prevented or delayed ovulation, an effect that would definitely prevent pregnancy. Treatment after ovulation had no effect on ovarian hormone secretion and only a limited effect on the endometrium that the author did not deem sufficient to prevent pregnancy.

The clinical trials that provided the evidence of safety and efficacy for approval of the currently available ECs demonstrated a significant reduction in the number of pregnancies (compared to the predicted number of pregnancies, considering the cycle days on which unprotected intercourse occurred). In addition, a clear trend for improved efficacy with earlier treatment (within 24 hours after intercourse) was seen. This would suggest a mechanism of action affecting ovulation or fertilization, because a method that would inhibit implantation should remain equally effective beyond 24 hours and possibly through the expected time of implantation. Furthermore, a 1992 study (Webb et al.) comparing efficacy of the Yuzpe method with 2 unapproved EC products revealed that only one of five pregnancies following use of the Yuzpe regimen resulted from intercourse prior to the predicted day of ovulation. This suggests that the Yuzpe regimen is not as effective, if at all, once ovulation has occurred.

## E. Inhibition of Fertilization

To date, no published studies have directly examined the effect of ECs on fertilization. The 2001 Hapangama et al., study mentioned above showed ovulation inhibition in only 4 of 12 women when levonorgestrel-only EC was administered within one day of the LH surge. However, the clinical trials supporting approval of the levonorgestrel-only EC demonstrated better efficacy with early treatment (within 24 hours after intercourse), suggesting a pre-fertilization effect as discussed above. This suggests that inhibition of fertilization may be a mechanism of action for this product when administered too late to prevent or delay ovulation.

## F. Inhibition of Implantation

No studies have yet been published that actually demonstrate inhibition of implantation in humans. Instead, investigators have relied upon ovarian hormone profiles and endometrial biopsy findings as surrogate endpoints. While a "luteal phase defect" with asynchronous

Emergency Contraception- Mechanisms of Action
Page 4

development of endometrial glands is seen in a small percentage of infertile women, it is not clear what degree of endometrial effect is required to inhibit or prevent implantation.

Animal studies dating back to 1926 have shown that estrogens can interrupt pregnancy in rats and mice and can prevent implantation (and in higher doses can result in placental separation and death of the fetus) in rabbits. These studies are not applicable to human reproduction because these species differ from the human and other primates in many aspects of their reproductive process. In these species, ovulation always occurs within 12 hours or less after coitus. Some species require an estrogen surge for implantation, and some species may also be more sensitive to changes in oviductal transport. Non-primates are fairly sensitive to treatments that involve a relative estrogen excess or progesterone deficit and are fairly insensitive to an excess of progestins. Even primate studies must be interpreted with caution, because luteal effects may be more critical in monkeys than in humans.

Human studies of combined estrogen/progestin regimens by Yuzpe and others in the 1970s demonstrated efficacy of ECs in decreasing the number of pregnancies following unprotected intercourse. However, most of these studies were not designed to examine the mechanism of action. Endometrial biopsies suggested an effect of ECs on the endometrium. However, no data are presented to correlate the endometrial findings with the timing of treatment in relation to the time of ovulation. Many of the subjects presumably already ovulated prior to the time of exposure and may therefore not have been at actual risk of pregnancy.

Most studies that did examine the mechanism of action of the Yuzpe regimen involved treatment at or shortly after the expected time of ovulation when it was too late to prevent ovulation. Minor changes in the endometrium were seen. However, no data are available to demonstrate whether such endometrial changes are sufficient to prevent implantation.

The data available for levonorgestrel-alone EC suggest that treatment at or after ovulation has no significant effect on the endometrium.

## G. Unanswered Questions

These studies provide clear evidence that the available ECs will prevent or delay ovulation if given early enough in the menstrual cycle before ovulation. However, a number of questions remain unanswered: (1) If the Yuzpe regimen is given too late to prevent ovulation, will effects on the endometrium be the same as when treatment is given after ovulation? (2) Are those effects sufficient to prevent implantation? (3) If intercourse takes place before ovulation, but the woman is not treated until after ovulation is initiated, will pregnancy be prevented? (4) If so, is inhibition of implantation the mechanism of action?

TUMMINO-30227

Emergency Contraception- Mechanisms of Action
Page 5

## H. Bibliography

The following review articles are presented in reverse chronological order.

Durand M, et al. On the mechanisms of action of short-term levonorgestrel administration in emergency contraception. *Contraception* 2001;64:227-234.

> 45 sterilized women received 2 doses of levonorgestrel 0.75 mg 12 h apart on cycle day 10 (group A), at LH surge (group B), 48 hours after the urinary LH peak (group C), or late follicular phase (group D). Transvaginal ultrasounds, Serum estradiol (E2) and progesterone (P), and endometrial biopsy on day LH +9 were evaluated. Results suggested that inhibition of ovulation depends on the stage of follicular development. Thus, anovulation results from disrupting the normal development and/or the hormonal activity of the growing follicle only when levonorgestrel is given pre-ovulation. In addition, peri- and post-ovulation administration of levonorgestrel did not impair corpus luteum function or endometrial morphology.

Croxatto HB, Devoto L, Durand M, et al. Mechanism of action of hormonal preparations used for emergency contraception: a review of the literature. *Contraception* 2001;63:111-121.

(A literature review and analysis)

1. The first major clinical trial for EC was undertaken in Yale in 1963 using DES 25-50 mg/day or EE 0.5-2 mg/d for 4-6 days following intercourse. No pregnancies occurred in the first 100 cycles.
2. Non-primate animal models differ from the human and other primates in many aspects of their reproductive process.
3. In rhesus monkey, supraphysiological doses of estrogen given in mid-follicular phase induce atresia or luteinization without rupture of the dominant follicle, and other effects that are detrimental to the oocyte. Although administration of E2 in the mid-luteal phase induces premature luteal regression, this is not the case when macaques and Cebus monkeys are treated in the early luteal phase. Thus, luteolysis is not involved in the prevention of pregnancy by post-coital estrogen in monkeys.
4. E2+P before the LH surge effectively inhibits ovulation in monkeys, whereas administration in the early luteal phase induces premature luteolysis. Premature luteolysis is more critical in the monkey than the human because in the monkey the embryonic signal for CL rescue arises 2 or 3 days later.
5. Clinical studies suggest that when treatment precedes the LH peak, the Yuzpe regimen inhibits or delays ovulation and/or causes insufficient luteinization to support normal progesterone secretion.
6. Preovulatory treatment with the Yuzpe regimen has the ability to inhibit or delay ovulation in some but not all women. What makes the difference (timing or individual bioavailability profiles) has not been determined. Ultrasound assessment of the stage of follicular development at the time of treatment and subsequent verification of the fate of the leading follicle is missing.

Emergency Contraception- Mechanisms of Action
Page 6

7. Effects on ovarian secretion of E and P show wide interindividual variation.
   Effects on the endometrium are not consistent
8. Decreasing efficacy with time from intercourse to treatment supports a significant role of pre-fertilization mechanisms.
9. With few exceptions, the fact that an entity or a process is altered by the treatment does not necessarily mean that it explains how pregnancy is prevented in real life situations. Ovulation inhibition by itself can explain how pregnancy is prevented whereas abnormal expression of a given molecule in the endometrium lacks that strength until it is shown that its normal expression is essential for pregnancy to occur.
10. The mechanism may differ for the same EC treatment depending upon when it is given relative to time of intercourse and relative to time of ovulation. Chances are that there is a specific window in the cycle in which treatment is more likely to fail.

Hapangama D, Glasier AF, Baird DT. The effects of peri-ovulatory administration of levonorgestrel on the menstrual cycle. *Contraception* 2001;63:123-129.

> 12 women took 2 doses of LNG 0.75 mg, 12 hours apart within 72 h of unprotected intercourse immediately before the day of the first significant rise in urinary LH in 12 cycles. In 4 women, the LH peak and onset of next menses were significantly delayed and one woman did not ovulate at all, despite a normal LH peak and cycle length. In the remaining 8 women LNG did not affect ovulation or the cycle length, but the length of the luteal phase and the total luteal phase LH concentrations were significantly reduced. *It is possible that the timing of LNG dosing in these women was "too late" to influence an event already well underway.*

Rivera R, Yacobson I, Grimes, D. The mechanism of action of hormonal contraceptives and intrauterine contraceptive devices. *Am J Obstet Gynecol* 1999;181(pt1):1263-1269. Review article

> ECPs have effects on the endometrium that, theoretically, could affect implantation. However, no scientific evidence indicates that prevention of implantation actually results from the use of these methods.
> Both Yuzpe and LNG-only regimens are most effective when administered within 24 hours of unprotected intercourse. This suggests that effects that prevent ovulation or fertilization are likely to be the main mechanism of action of EC pills. If endometrial effects that would prevent implantation played an important role, the same level of effectiveness of ECs should continue beyond 24 hours, possibly until implantation is established.

Piaggia G, van Hertzen H, Grimes DA, Van Look, PFA. Timing of emergency contraception with levonorgestrel or the Yuzpe regimen; *Lancet* 1999;353:721.
> A consistent linear relationship existed between efficacy and the time from intercourse to treatment: pregnancy rates increased from 0.5% (2 of 386) when treatment was given within 12 h of intercourse to 4.1% (6 of 146) when given between 61 and 72 hours after intercourse.

TUMMINO-30229

Emergency Contraception- Mechanisms of Action
Page 7

With both LNG and Yuzpe regimens, the earlier the treatment begins, the more effective it is. Delaying the first dose by 12 hours increased the odds of pregnancy by almost 50%.

Glasier A: Emergency postcoital contraception. *N Engl J Med* 1997;337:1058-1062.
Review article

Most of the research on estrogen alone has concentrated on its effects after ovulation. In theory, large doses of estrogen given before ovulation might be expected to inhibit follicular development and maturation or the release of the ovum itself. There is, however, no evidence of any of these actions. Given before or at the time of ovulation, both E+P and danazol sometimes inhibit or delay ovulation. There is no direct evidence that any of the hormonal methods of EC prevent fertilization, although such an effect cannot be ruled out.
Minor changes in the histologic and biochemical features of the endometrium occur when high-dose estrogen, the estrogen-progestin combination, or danazol is administered after ovulation, but the effects may not be sufficient to inhibit implantation.

Trussell J, Ellertson C, Rodriguez G. The Yuzpe regimen of emergency contraception: How long after the morning after? *Obstet Gynecol* 1996;88:150-154.

Analysis of 9 published studies. Conclusions: Insistence on taking the first dose as soon as possible may be counterproductive in circumstance when taking the second dose 12 hours later would be difficult. Clinical protocols that deny treatment after 72 hours may be excessively restrictive.
*Comment: The authors suggest that inhibition of implantation is the primary mechanism of action based upon comments in other published studies included in this review. As noted elsewhere, many of these comments appear to be based upon assumption and are not supported by scientific observations in the studies.*

Trussell J, Ellertson C, Stewart F. The effectiveness of the Yuzpe regimen of emergency contraception. *Family Planning Perspectives* 1996;28:58-64,87.

An analysis of the efficacy of the Yuzpe regimen including published studies of methodologies used to assess the probability of pregnancy on various days of the menstrual cycle. Pregnancy is predicted to occur only with intercourse or insemination from 4 days before ovulation to 1 to 2 days after ovulation, with prediction of the time of ovulation based on previous regular cycles.

Swahn ML et al. Effect of post-coital contraceptive methods on the endometrium and the menstrual cycle. *Acta Ob/Gyn Scand* 1996;75:738-44.

32 women with regular cycles were treated with the Yuzpe regimen or 600 mg Danazol on cycle day 12 (before ovulation) or day LH + 2 (just after ovulation) and repeated in 12 hours. Endometrial biopsy was performed on cycle day +6 to +8 in both control and treatment cycles. Following treatment with the Yuzpe regimen on day 12, the LH surge was either undetectable or postponed. Treatment on day LH +2 did not affect the hormonal pattern or length of the

Emergency Contraception- Mechanisms of Action
Page 8

menstrual cycle, and only a discreet effect on the development of the endometrium was seen (morphometric dating did not differ considerably from chronological dating, but a significantly increased number of vacuolated cells and a wider diameter of glandular lumen was seen, compared to control cycle).
The author concludes that, when given before ovulation, the Yuzpe regimen results in anovulation or delayed ovulation with deficient luteal function. When treatment is administered after ovulation and fertilization may have taken place, treatment has no effect on ovarian hormone secretion and only a limited effect on endometrial morphology." The relatively minor changes in endometrial development does not seem sufficiently effective to prevent pregnancy.

Wilcox AJ, Weinberg CR, Baird DD. Timing of sexual intercourse in relation to ovulation. *N Engl J Med* 1995;333:1518-1521.
221 women who were planning to become pregnant stopped using birth-control and collected daily urine specimens and kept daily records of whether they had sexual intercourse. E and P metabolites in urine were measured to estimate the day of ovulation. In a total of 625 menstrual cycles for which the dates of ovulation could be estimated, 192 pregnancies were initiated. Conception occurred only when intercourse took place during a 6-day period that ended on the estimated day of ovulation. Probability of conception ranged from 0.1 when intercourse occurred 5 days before ovulation to 0.33 when it occurred on the day of ovulation itself.

Grou F, Rodrigues I: The morning-after pill—How long after? *Am J Obstet Gynecol* 1994;171:1529-1534.

Review of previous studies on mechanism of action.
5 studies on ovulation inhibition: The author concludes that these 5 studies indicate that ovulation did not appear to be prevented in rabbits and was prevented in only 1 of 3 women. Therefore this mode of action would not explain the other 2/3 of cases in which pregnancy was avoided.
*Comment: Studies in rabbits cannot be extrapolated to humans.*
*The author does not acknowledge the possibility that most or all of the prevented pregnancies may be in women who have not yet ovulated and that women who have already ovulated or are very near to the time of ovulation may be destined to failure of the regimen.*
Studies of the luteal phase show that in a minority of patients hormonal regimens reduce progesterone levels or the length of the luteal phase. However, most patients had unaffected cycles. The authors conclude that the luteolytic effect was not the main means of action.
*Comment: The studies reviewed involved treatment at or after ovulation or without regard to ovulation.*
Studies on tubal transit time, embryotoxicity, and induction of abortion were performed on non-primate animals.
*Comment: Studies on non-primate animals may not be applicable to human reproduction.*
Several studies have shown changes in endometrial morphology and receptors with treatment following ovulation. The authors conclude that disturbances in the normal

Emergency Contraception- Mechanisms of Action
Page 9

development or function of the endometrial cell likely render the nidation site unsuitable for implantation and that this could explain the majority of cases where pregnancy is prevented by EC.

*Comment: Results of treatment following ovulation may not be applicable to most women who have had unprotected intercourse during the 6 days (ending on the day of ovulation) when intercourse could result in unintended pregnancy.*

Taskin O, et al. High doses of oral contraceptives do not alter endometrial $\alpha v \beta 3$ integrins in the late implantation window. *Fertil Steril* 1994;61:850-855.

Endometrial sampling was performed 11 days after the LH surge in a control cycle. In following cycle, the Yuzpe regimen was administered 9 days after LH surge and endometrial biopsy was performed 2 days later. The author concludes "There is no apparent change in the level of these 2 integrins in the human endometrium when high-dose oral contraceptives (OCs) are given in the later stages of the implantation window. This suggests that the high doses of steroids used in ECs may exert their effect through more complex mechanisms than endometrial cell surface changes.

*Comment: The sponsor assumes that ECs act by inhibiting implantation, based on interpretation of studies in the 1960s using high dose estrogens. Furthermore, this study administered treatment at a time in the menstrual cycle that is well beyond the 6-day window (ending on the day of ovulation) when intercourse could result in pregnancy.*

Webb AMC, Russell J, Elstein M. Comparison of Yuzpe regimen, danazol, and mifepristone (RU486) in oral postcoital contraception. *BMJ* 1992;305:927-931.

Study of 616 women randomized to Yuzpe regimen, danazol, or mifepristone for EC. Only 5 pregnancies occurred in the Yuzpe group, in which 11.3 were predicted based upon cycle days. Of these, 1 had intercourse the day before predicted ovulation, 2 on the day of expected ovulation, 1 two days after expected ovulation, and 1 three days after. *Comment: Whereas it is unlikely for pregnancy to occur with intercourse later than the day of ovulation, it is possible that the estimation of the date of ovulation may have been in error or that the latter two subjects also had earlier intercourse. Nonetheless, these results are suggestive that the Yuzpe regimen works less effectively, if at all, when administered after ovulation.*

Rowlands S, Kubba AA, Guillebaud J, Bounds W. A possible mechanism of action of danazol and an ethinylestradiol/norgestrel combination used as postcoital contraceptive agents. *Contraception* 1986;33:539-545.

27 women requesting postcoital contraception were randomized to receive Eugynon-50 (EE/*dl*-norgestrel) or danazol. Urine specimens were assayed for LH and pregnanediol-3-G levels and beta hCG. There was one pregnancy, in a woman who received danazol. There was no evidence of ovulation in the Eugynon patients. No consistent pattern of urinary steroids was seen, and the authors therefore postulate that the main mechanism of action of these drugs is at the endometrial level and operates before implantation. *Comment:*

TUMMINO-30232

Emergency Contraception- Mechanisms of Action
Page 10

*1. No data is provided concerning the timing of intercourse or treatment in relation to ovulation. No endometrial evaluation was performed. It is therefore impossible to concur with the authors' conclusions that the main mechanism of action is at the endometrium. 2. The lack of any evidence of early pregnancy by sensitive beta hCG assay in any subject who menstruated at the end of the treatment cycle supports that there was no implantation and that treatment did not result in abortion.*

Kubba AA, et al. The biochemistry of human endometrium after two regimens of postcoital contraception: a dl-norgestrel/ethinylestradiol combination or danazol. *Fertil Steril* 1986;45:512-516.

8 women received the Yuzpe regimen 48 hr after the start of the LH surge and a second dose 12 hours later. Endometrial biopsies 24 h after the first dose showed a significant reduction in receptor concentration, suggesting an effect on endometrial metabolism. There is a wide genetically determined variation in steroidal receptor concentration. *Comment: The clinical significance of this effect has not been studied.*

Ling WY, et al. Mode of action of dl-norgestrel and ethinylestradiol combination in postcoital contraception. III. Effect of preovulatory administration following the luteinizing hormone surge on ovarial steroidogenesis. *Fertil Steril* 1983;40:631-636.

The Yuzpe regimen was administered at 18 hours and 30 hours after detection of the pre-ovulatory luteinizing hormone (LH) rise in 6 women (probably after the LH surge but just before ovulation). Each woman showed a different hormonal response. All cycles were judged to be ovulatory. It appears that postcoital treatment at different parts of the menstrual cycle can result in different degrees of ovarian responses. When given just before ovulation, it may act to disturb the subsequent development and function of the corpus luteum and endometrium. The author concludes that treatment consistently brought about an asynchronous development of the glandular epithelium and the stroma, and that histologic dating of the endometrial biopsies as a whole showed a developmental stage slightly in advance of those from the control cycles. If this disturbance is sufficient to prevent implantation, then it could be the major mode of action for this agent.

Ling WY, et al. Mode of action of dl-norgestrel and ethinylestradiol combination in postcoital contraception. II. Effect of postovulatory administration on ovarian function and endometrium. *Fertil Steril* 1983;39:292-297.

12 women were treated with the Yuzpe regimen at 36 and 48 hours after detection of the LH peak (post-ovulation). 5 subjects showed no change in ovarian hormone levels but had a shortened luteal phase. 3 subjects had significantly decreased E2 and P levels, 2 had decreased E2 levels, and 2 had decreased P levels and fluctuating E2. Endometrial biopsies showed asynchronous development of the epithelial and stromal components in the treatment cycle. The author concludes that corpus luteum function was variously affected by the action of the Yuzpe regimen and that the changes are probably sufficient to prevent implantation.
*Comment: In this publication, the authors do not consider any other possible mechanism of action. Inhibition of implantation has not been demonstrated.*

Emergency Contraception- Mechanisms of Action
Page 11

Ling WY, et al. Mode of action of dl-norgestrel and ethinylestradiol combination in postcoital contraception. *Fertil Steril* 1979;32:297-302.

> 12 women received the Yuzpe regimen at the predicted time of ovulation (based on basal body temperature (BBT)) and 12 hours later. Hormone profiles suggested a range of individual variations in pituitary and/or ovarian responses, including anovulation in 3 women. Endometrial histology 7 days after treatment consistently showed significant alteration in endometrial development with a dissociation in maturation of glandular and stromal components. The author concludes that the Yuzpe regimen acts by either 1) suppressing ovulation or 2) disrupting luteal function by acting directly on the corpus luteum or by interfering with endometrial responses to ovarian steroids.

Yuzpe AA, et al. Post coital contraception—a pilot study. *J Reprod Med* 1974;13:53-58.

> 143 women were treated with 100 mcg EE plus 1.0 mg *dl*-norgestrel for 148 cycles, the first dose as soon as possible after unprotected intercourse, and no later than 5 days, regardless of the time in the cycle when they were exposed. There were a total of 3 pregnancies, and there is some question in all three cases as to whether they were truly a result of method failure. (One was exposed at mid cycle, day 15 of a 28 day cycle, but was not treated until 5 days later. One was treated during 3 separate cycles with exposure on all 3 occasions on day 10 of a 28 day cycle. Treatment on the last occasion was within 24 hours of exposure. The third was exposed on day 21 of a 28 day cycle and was treated one day later.)
> Histologic examination of endometrial biopsies taken on the first day of bleeding following treatment showed evidence of ovulation in the majority of subjects and were highly suggestive that the endometrial stroma undergoes more rapid maturation than do the glands. This "out of phase" pattern suggests that there is a significant effect of the medication on the endometrium.
> *Comments:*
> 1. *No data is provided to correlate endometrial findings with timing of treatment in relation to time of ovulation. Most of the subjects may have ovulated prior to treatment.*
> 2. *The author suggests the possibility of an abortifacient effect when administered late in the cycle, based entirely on the 42 per cent of prolonged cycles compared to 6 per cent and 13 per cent when treatment is instituted before or at midcycle. Subsequent studies on cycle effects of hormonal EC have not supported this theory.*
> 3. *Various subsequent reviews refer to this article and suggest that the mechanism of action is postovulatory because a majority of the women in this study were treated at or after mid-cycle. This rationale is not consistent with other studies that show the probability of pregnancy to be small, if any, when intercourse occurs at any time after ovulation.*

Morris JM, Van Wagenen G. Compounds interfering with ovum implantation and development. III. The role of estrogens. *Am J Obstet Gynecol* 1966;96:804-815.

TUMMINO-30234

A total of 28 monkeys had 204 positive matings and 42 pregnancies in 3 years of normal breeding before experiments on contraception. Under identical breeding conditions, estrogens were administered for 6 days following positive mating, and in up to 2 years of normal breeding with this treatment, there were no pregnancies following 321 positive matings.

Rape victims received 50 mg stilbestrol for 4 to 6 days after exposure. In most cases accepted for treatment, exposure was at midcycle and fern crystallization of cervical mucus as well as presence of sperm were demonstrated. No pregnancies occurred. A limited number of volunteers were studied following midcycle coitus. Administration of 5 to 50 mg stilbestrol or 0.5 mg ethinyl estradiol (EE) counteracted the rise in basal body temperature typically produced by progesterone or shortened the luteal phase. Endometrial biopsies on post-ovulation days 5 to 7 and 10 to 12 showed a progestational effect.

The author concluded that estrogens administered in the third week of the menstrual cycle may inhibit implantation of the fertilized ovum.

*Comments:*

1. *The publication does not provide the number of women treated.*
2. *Clinical findings prior to treatment suggest that the subjects were near ovulation or may have already ovulated.*
3. *The progestational effect on the endometrium suggests that the subjects ovulated.*
4. *It is unclear if an adequate number of women were studied to provide significant results.*
5. *The author does not consider the possibility of a direct effect of postcoital estrogen therapy on fertilization.*
6. *Actual inhibition of implantation has not been demonstrated.*

TUMMINO-30235



**DEPARTMENT OF HEALTH & HUMAN SERVICES**                    Public Health Service

---

Food and Drug Administration
Rockville, MD 20857

NDA 21-045/S011

Women's Capital Corporation
Attention: Sharon Camp, Ph.D.
President and Chief Executive Officer
1990 M St. N.W., Suite 250
Washington, D.C. 20036

Dear Dr. Camp:

Please refer to your April 16, 2003 supplemental new drug application submitted under section
505(b) of the Federal Food, Drug, and Cosmetic Act for Plan B® (levonorgestrel) Tablets,
0.75 mg for emergency contraception.

We have completed our filing review and have determined that your application is sufficiently
complete to permit a substantive review. Therefore, this application has been filed under section
505(b) of the Act on June 20, 2003 in accordance with 21 CFR 314.101(a).

In our filing review, we have identified the following potential review issues and request that
your submit the following information:

Clinical

1.  Please re-organize the "Methods" of the Actual Use Study into the following sections: study
    design (procedure), subject enrollment and treatment (clearly indicating inclusion/ exclusion
    criteria, product dispensing/purchasing), data collection/process/analyses, self-selection/de-
    selection assessment, efficacy assessment (including pregnancy outcome), safety assessment
    (all Adverse Events). Provide any deviations from the Actual Use Study protocol separately
    from the other sections.

2.  The following pages in Volume 59 (the case reports for Actual Use study) are not legible:
    016, 017, 026, 030, 036, 047, 048, 049, 056, 063, 072, 075, 089, 106, 109, 110, 133, 141,
    160. Please re-submit.

3.  Appendices 18.1.1 to 18.1.8 cited in the Actual Use study report (Volume 27) can not be
    found. Are they Appendices 16.1.1 to 16.1.8? Please clarify.

TUMMINO-30293

NDA 21-045/S011
Page 2

Labeling

1. Please submit the graphic specifications for your Drug Facts Labeling, in accordance with 21 CFR 201.66(d). Specify the font type and size for the title, headings, subheadings, text, barlines, hairlines, etc., and also font type and size for bullets.

2. On initial review, problems with the Drug Facts contents, patient package insert, and general formatting were identified. We will forward to you a complete set of comments from the review of the proposed labeling later in the review cycle. We noted that your patient package insert was written to be more like a prescription product package insert than an OTC package insert (consumer information leaflet). A consumer information leaflet provides an opportunity for you to expand on the uses, directions, warnings and other information that a consumer should know when using your product. In revising your patient package insert to a consumer information leaflet, you may want to refer to the leaflets from other OTC products as guides (i.e., vaginal antifungals, acid reducers).

We are providing the above comments to give you preliminary notice of potential review issues. Our filing review is only a preliminary evaluation of the application and is not indicative of deficiencies that may be identified during our review. Issues may be added, deleted, expanded upon, or modified as we review the application. Please note that although these requests were not filing issues, response to them is requested.

If you have any questions, call Karen Anderson, N.P., Regulatory Project Manager, at (301) 827-4260.

Sincerely,

*{See appended electronic signature page}*

Donna Griebel, M.D.
Deputy Director
Division of Reproductive and Urologic Drug
  Products, HFD-580
Office of Drug Evaluation III
Center for Drug Evaluation and Research

**TUMMINO-30294**

This is a representation of an electronic record that was signed electronically and
this page is the manifestation of the electronic signature.

/s/
- - - - - - - - - - - - - - - - - - - -
Donna Griebel
7/2/03 11:37:17 AM

TUMMINO-30295

.

NDA 21-045/S-011
Page 1

# MEMORANDUM OF TELECONFERENCE MEETING

**MEETING DATE:** Friday, September 26, 2003
**TIME:** 2:30-2:45PM, resumed and continued 3:00-3:32PM
**APPLICATION:** NDA 21-045/S-011
**MEETING CHAIR:** Tia Frazier
**RECORDER:** Tia Frazier

## FDA ATTENDEES, TITLES, AND OFFICE/DIVISION

| Name of FDA Attendee | Title | Division Name and HFD# |
|---|---|---|
| 1. Curtis Rosebraugh, M.D., M.P.H. | Deputy Director | Division of Over-the-Counter Drug Products HFD-560 |
| 2. Tia Frazier, R.N., M.S. | Regulatory Project Manager | Division of Over-the-Counter Drug Products HFD-560 |
| 3. Andrea Leonard-Segal, M.D. | Medical Team Leader | Division of Over-the-Counter Drug Products HFD-560 |
| 4. Jin Chen, M.D. | Medical Reviewer | Division of Over-the-Counter Drug Products HFD-560 |
| 5. Helen Cothran | Interdisciplinary Scientist Team Leader | Division of Over-the-Counter Drug Products HFD-560 |
| 6. Arlene Solbeck, M.S. | Interdisciplinary Scientist | Division of Over-the-Counter Drug Products HFD-560 |
| 7. Yongman Kim, Ph.D. | Statistical Reviewer | Division of Analgesic and Opthalmic Drug Products, HFD-550 |
| 8. Donna Griebel, M.D. | Deputy Director | Division of Reproductive and Urologic Drug Products, HFD-580 |
| 9. Daniel Davis, M.D. | Medical Officer | Division of Reproductive and Urologic Drug Products, HFD-580 |
| 10. Karen Anderson, R.N., N.P. | Regulatory Project Manager | Division of Reproductive and Urologic Drug Products, HFD-580 |
| 11. Karen Templeton-Somers, Ph.D. | Supervisory Health Science Administrator | Office of Executive Programs, Advisors and Consultants Staff |
| 12. Jayne Peterson, R.Ph., J.D. | Supervisory Health Science Administrator | Office of Executive Programs, Advisors and Consultants Staff |
| 13. Lee Lemley | Executive Secretary | Office of Executive Operations, HFD-006 |
| 14. Maureen Hess, M.P.H, RD | Science Policy Analyst | Office of Executive Operations, HFD-006 |

TUMMINO-30342

NDA 21-045/S-011
Page 2

| 15. Julie Beitz, M.D. | Deputy Director | ODE III, HFD-103 |
|---|---|---|
| 16. Karen Lechter, J.D., Ph.D. | Social Science Analyst | Division of Surveillance, Research, & Community Support (DSRCS); HFD-400 |
| 17. Brian Harvey, M.D., Ph.D. | Deputy Director | ODE V, HFD-105 |

## EXTERNAL CONSTITUENT ATTENDEES AND TITLES:

| | External Attendee | Title | Sponsor/Firm Name |
|---|---|---|---|
| 1. | John Pinney | President | Pinney Associates (consultant) |
| 2. | Sharon Camp, Ph.D. | Chief Executive Officer | Women's Capital Corporation |
| 3. | Debbie Wilkerson, M.D. | Director, Scientific Affairs | Women's Capital Corporation |
| 4. | Jessica Rosenberg | Operations and Research Associate | Women's Capital Corporation |
| 5. | Lauren Lind | Director of Operations | Women's Capital Corporation |

### BACKGROUND:

The agenda for the meeting consisted of questions about Women's Capital Corporation's plans for the December 16, 2003, Advisory Committee meeting to address the supplemental new drug application for Plan B (0.75mg levonorgestrel) tablets. FDA also planned to inquire about the applicant's timeline for responding to FDA's September 11, 2003 information requests.

At the beginning of the meeting, Women's Capital Corporation (WCC) read a prepared statement announcing that on September 23, 2003, a majority of its board voted to sell the entire new drug application for the Plan B product to Barr Laboratories. WCC voiced uncertainty about when Barr Laboratories would assume control of the application and responsibility for developing presentations for the upcoming December Advisory Committee meeting.

After a 15 minute interruption in the teleconference, WCC provided the following tentative list of speakers. WCC stated that they had not yet finalized their speakers list.

List of Potential Speakers
1. Vivian Dickerson, M.D., American College of Obstetricians and Gynecologists, President
2. Horacio Croxatto, M.D., Instituto Chileno de Medicina Reproductiva, Santiago, Chile
3. Sharon Camp, Ph.D., President and CEO, Women's Capital Corporation

TUMMINO-30343

NDA 21-045/S-011
Page 2

4.   Elizabeth Raymond, M.D., M.P.H., Family Health International, Associate
     Medical Director, Clinical Research Division

5.   Tina Raine, M.D., M.P.H., Department of Obstetrics, Gynecology, and
     Reproductive Science, Center for Reproductive Health Research and Policy,
     University of California, San Francisco

FDA requested that the applicant respond to our information requests by
October 17, 2003, in order allow us to consider these responses in our presentations
during the Advisory Committee meeting.

FDA had the following additional information request:

1.   Provide the label used for the label comprehension studies, the actual use study, and the
     label proposed for approval in this supplemental new drug application in a format that
     allows FDA to compare and contrast each of the labels.

The meeting concluded cordially, and the sponsor voiced plans to request a follow-up
meeting including representatives from Barr Pharmaceuticals, Inc.

TUMMINO-30344

---

**This is a representation of an electronic record that was signed electronically and this page is the manifestation of the electronic signature.**

---

/s/
--------------------
Curtis Rosebraugh
10/27/03 02:32:36 PM

TUMMINO-30345