UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
ANNIE TUMMINO, et al.,

                                 Plaintiffs,

                    v.                                              **DECISION AND ORDER**

ANDREW C. VON ESCHENBACH, in his official                          CV 05-366 (ERK)(VVP)
capacity as Acting Commissioner of the Food and
Drug Administration,

                                 Defendant.
-----------------------------------------------------------------x

POHORELSKY, Magistrate Judge:

The defendant has filed a motion for reconsideration pursuant to Local Civil Rule 6.3 concerning a May 15, 2007 ruling by this court as to the document identified by bates number TUMMINO-8068, which, along with two other documents, the court required the defendant to produce because they were not covered by the deliberative process privilege. (*See Tummino v. von Eschenbach*, No. 05-CV-366, slip op. at i (E.D.N.Y. May 15, 2007) (Appendix A listing non-privileged documents), *available at* docket entry no. 245.)  The defendant does not dispute this finding but requests that the court reconsider its order with respect to the three lines at the top of TUMMINO-8068 which he seeks permission to redact before that document is produced. Those three lines are part of an email communication, *see* TUMMINO-8066 to 8067, which the defendant correctly points out was properly withheld on the basis of the deliberative process privilege (*see Tummino*, slip op. at iii (Appendix B listing 8066 and 8067 as documents evidencing bad faith)).  Accordingly, the defendant's motion is granted and the three lines at issue may be redacted.  The remainder of TUMMINO-8068 shall be produced to the plaintiffs for inspection and copying within five days.

**SO ORDERED:**

                                                    *Viktor V. Pohorelsky*
                                                    VIKTOR V. POHORELSKY
                                                    United States Magistrate Judge

Dated:  Brooklyn, New York
          June 1, 2007