UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

ANNIE TUMMINO, *et al.*,

        Plaintiffs,                05-CV-0366 (ERK/VVP)

v.

ANDREW C. VON ESCHENBACH,
in his official capacity as Commissioner
of the Food and Drug Administration,

        Defendant.

---

## NOTICE OF CHANGE OF ADDRESS AND LAW FIRM FOR ANDREA COSTELLO

PLEASE TAKE NOTICE that the undersigned counsel for Plaintiffs Annie Tummino, Lori Tinney, Stephanie Seguin, Jennifer Brown, Francie Hunt, Candace Churchill, Erin Mahoney, Carol Giardina and Kelly Mangan hereby notifies the Court that she is no longer employed with the Center for Constitutional Rights.  All further pleadings and notices in this matter should be sent to:

> Andrea Costello
> Florida Institutional Legal Services
> 12921 S.W. 1st Road, Ste. 107, #346
> Newberry, FL 32669
> (352) 375-2494, ext. 1012 (phone)
> (352) 331-5202 (fax)
> acostello@filsinc.org

Dated:  September 23, 2008                          Respectfully submitted,

                                                                        s/ Andrea Costello
                                                                   ANDREA COSTELLO (AC-6197)*

Florida Institutional Legal Services
12921 S.W. 1st Road, Ste. 107, #346
Newberry, FL 32669
(352) 375-2494, ext. 1012 (phone)
(352) 331-5202 (fax)
acostello@filsinc.org
* Admitted Pro Hac Vice

ATTORNEY FOR PLAINTIFFS
TUMMINO, MAHONEY,
GIARDINA, MANGAN, SEGUIN,
TINNEY, BROWN, CHURCHILL
AND HUNT

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was furnished by electronic notification and U.S. First Class Mail to:

>F. Franklin Amanat
>Assistant United States Attorney
>Deputy Chief, Civil Division
>Eastern District of New York
>1 Pierrepont Plaza, 14th Floor
>147 Pierrepont Street
>Brooklyn, NY 11201-2776

    s/ Andrea Costello
    ANDREA COSTELLO