Exhibit A



THE SECRETARY OF HEALTH AND HUMAN SERVICES

WASHINGTON, D.C. 20201

## MEMORANDUM

TO:  Margaret A. Hamburg, M.D.
Commissioner of Food and Drugs

FROM:  Kathleen Sebelius

SUBJECT:  Supplemental New Drug Application (NDA 21-998/S002)

DATE:  December 7, 2011

On February 7, 2011, Teva Women's Health Inc. submitted to the Food and Drug Administration (FDA) a supplemental new drug application (NDA 21-998/S002) for Plan B One-Step (levonorgestrel 1.5 mg), an emergency contraceptive that can prevent pregnancy if taken within 72 hours of sexual intercourse. The application seeks FDA approval to market Plan B One-Step as a non-prescription drug product without any age restriction. Currently, this drug product, like other FDA-approved (levonorgestrel) emergency contraception drug products, is sold exclusively from behind the pharmacy counter and is available without a prescription only for women ages 17 years and older; women 16 and younger can obtain this drug product only by prescription.

I have carefully considered FDA's Division Director Summary Review of Regulatory Action, dated November 30, 2011, for the supplemental application, which represents the position of the FDA and recommended approval of the application. Based on my review, I have concluded that the data submitted for this product do not establish that prescription dispensing requirements should be eliminated for all ages.[1]

The label comprehension and actual use studies submitted to FDA do not include data on all ages for which the drug would be approved and available over-the-counter. Yet, it is commonly understood that there are significant cognitive and behavioral differences between older adolescent girls and the youngest girls of reproductive age, which I believe are relevant to making this determination as to non-prescription availability of this product for all ages. Although the average age of the onset of menses for girls in the United States is 12.4 years of age, about ten percent of girls reach menarche by 11.1 years of age.[2] If the application is approved, the product would be available, without a prescription or other point-of-sale restrictions, even to the youngest girls of reproductive age.

---

[1] *See* 21 C.F.R. § 310.200(b).
[2] Chumlea WC, Schubert CM, Roche AF, Kulin HE, Lee PA, Himes JH, Sun SS: Age at Menarche and Racial Comparisons in U.S. Girls. Pediatrics 2003;111(1): 110-113.

The Federal Food, Drug, and Cosmetic Act provides that "[t]he Secretary [of Health and Human Services], through the Commissioner, shall be responsible for executing" its provisions.[3]  As such, I direct FDA to issue a complete response letter because the data submitted for this product are inadequate to support approval in that they do not establish that prescription dispensing requirements should be eliminated for all ages.

---

[3] 21 U.S.C. § 393(d)(2).



U.S. Department of Health & Human Services
HHS.gov

Frequent Questions    A-Z Index

Search _____ Search
⦿ This Site    ○ All HHS Sites

Email Updates ✉    Font Size − +    Print 🖨    Download Reader ⬇

| Home | About Us | HHS Secretary | News | Jobs | Grants/Funding | Families | Prevention | Diseases | Regulations | Preparedness |

HHS Home > Newsroom

## News Release

Newsroom

Speeches

Testimony

Reports

Freedom of Information Act (FOIA)

Audio / Video / Photo

E-mail Updates/RSS Feeds

New Media

Contacts

FOR IMMEDIATE RELEASE
December 7, 2011

Contact: HHS Press Office
(202) 690-6343

### A Statement by U.S. Department of Health and Human Services Secretary Kathleen Sebelius

Plan B One-Step is an emergency contraceptive, sometimes referred to as the "morning after pill." Plan B One-Step is currently labeled over the counter to women ages 17 years and older, but is sold behind the pharmacy counter. It is available by prescription only to women 16 years and younger. My decision does not change any current availability of the drug for all women.

In February 2011, Teva Women's Health Inc. submitted to the FDA a supplemental new drug application for Plan B One-Step. This application sought to make Plan B One-Step available over the counter for all girls of reproductive age. The science has confirmed the drug to be safe and effective with appropriate use. However, the switch from prescription to over the counter for this product requires that we have enough evidence to show that those who use this medicine can understand the label and use the product appropriately. I do not believe that Teva's application met that standard. The label comprehension and actual use studies did not contain data for all ages for which this product would be available for use.

FDA has recommended approval of this application in its Summary Review for Regulatory Action on Plan B One-Step. After careful consideration of the FDA Summary Review, I have concluded that the data, submitted by Teva, do not conclusively establish that Plan B One-Step should be made available over the counter for all girls of reproductive age.

The average age of the onset of menstruation for girls in the United States is 12.4 years. However, about ten percent of girls are physically capable of bearing children by 11.1 years of age. It is common knowledge that there are significant cognitive and behavioral differences between older adolescent girls and the youngest girls of reproductive age. If the application were approved, the product would be available, without prescription, for all girls of reproductive age.

The Secretary of the Department of Health and Human Services is responsible, acting through the FDA Commissioner, for executing the Federal Food, Drug, and Cosmetic Act. Today's action reflects my conclusion that the data provided as part of the actual use study and the label comprehension study are not sufficient to support making Plan B One-Step available to all girls 16 and younger, without talking to a health care professional. Plan B One-Step will still be available over the counter to women ages 17 and older.

Because I do not believe enough data were presented to support the application to make Plan B One-Step available over the counter for all girls of reproductive age, I have directed FDA to issue a complete response letter denying the supplemental new drug application (SNDA) by Teva Women's Health, Inc..

Letter to FDA Commissioner.

### ###

Note: All HHS press releases, fact sheets and other press materials are available at *http://www.hhs.gov/news*.

Last revised: December 7, 2011

HHS Home | Questions? | Contacting HHS | Accessibility | Privacy Policy | FOIA | Disclaimers | Plain Writing Act | No FEAR Act | Viewers & Players
The White House | USA.gov | Inspector General | PaymentAccuracy.gov | HHS Archive | Environmental Justice
U.S. Department of Health & Human Services - 200 Independence Avenue, S.W. - Washington, D.C. 20201