United States District Court
Eastern District of New York

## NOTICE OF RELATED CASE

The Civil Cover Sheet filed in civil action

<u>05</u> CV <u>366</u>

1) indicated that this case is related to the following case(s):

<u>12cv763</u>

_____

_____

-OR-

2) the case was directly assigned to Judge _____ and Magistrate Judge _____ as a Pro Se or Habeas case related to

___ CR/CV ___